Debtor name  **MBF Inspection Services, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW MEXICO

Case number (if known)  **18-11579**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*............................................................................................  $ _____0.00

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*..........................................................................................  $ _____8,480,137.00

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*............................................................................................  $ _____8,480,137.00

---

**Part 2:    Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ _____3,479,317.47

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ _____135,475.12

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$ _____267,544.22

4.  **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b

  $ _____3,882,336.81

Debtor name **MBF Inspection Services, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) **18-11579**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Ebay Account** | | | $1,875.00 |
| 3.2. | **Valley Bank - Certificate Of Deposit** | | | $250,053.00 |
| 3.3. | **Wells Fargo - Certificate Of Deposit** | | | $263,902.00 |
| 3.4. | **Bank Of The Southwest** | | | $1,621,814.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,137,644.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     **4,276,861.00**    -    **0.00**   = ....    **$4,276,861.00**

                      face amount                     doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$4,276,861.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Leasehold Improvements | $0.00 | | $29,882.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

43. **Total of Part 7.**                                                           | $29,882.00 |
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Leased equipment and vehicles from<br>Inspection Leasing, Inc.** | **$0.00** | | **Unknown** |

51. **Total of Part 8.**                                                           | $0.00 |
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

|  | apartment or office building, if available. | | | | |
|---|---|---|---|---|---|
| 55.1. | **Office building leased from 805 Partners, LLC** | | **$0.00** | | **Unknown** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | **$0.00** |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.mbfinspection.com** | **$0.00** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | **Current value of debtor's interest** |
|---|---|---|---|

| 71. | **Notes receivable** | | |
|---|---|---|---|
| | Description (include name of obligor) | | |
| | **Employee advance payments to Emily Molinar** | **250.00** - **0.00** = | **$250.00** |
| | | Total face amount   doubtful or uncollectible amount | |

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|
| | Description (for example, federal, state, local) |

| 73. | **Interests in insurance policies or annuities** |
|---|---|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|---|---|

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|---|---|---|
| | **Work In Process** | **$2,035,500.00** |

| 78. | **Total of Part 11.** | **$2,035,750.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,137,644.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,276,861.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $29,882.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,035,750.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,480,137.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $8,480,137.00 |

**Fill in this information to identify the case:**

Debtor name __**MBF Inspection Services, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW MEXICO__

Case number (if known) __18-11579__

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A** | **Column B** |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

| 2.1 | **Inspection Leasing, Inc.** | Describe debtor's property that is subject to a lien | $2,978,639.39 | $6,912,611.00 |
|---|---|---|---|---|
| | Creditor's Name | **A/R & WIP** | | |

**805 N. Richardson**
**Roswell, NM 88201**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Valley Bank Of Commerce** | Describe debtor's property that is subject to a lien | $250,678.08 | $250,678.08 |
|---|---|---|---|---|
| | Creditor's Name | **CD** | | |

**217 W. 2nd St.**
**Roswell, NM 88201**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.
_____

| 2.3 | **Wells Fargo (Liberty Mutual)** | Describe debtor's property that is subject to a lien | $250,000.00 | $250,000.00 |

Creditor's Name

**CD**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,479,317.47** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name **MBF Inspection Services, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW MEXICO**

Case number (if known) **18-11579**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Employee Garnishment**<br>**See Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,351.57** | **$9,351.57** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**See Attachment** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**Unpaid 401 k**<br>**See Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,183.56** | **$17,183.56** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**See Attachment** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address<br>**Unpaid Insurance**<br>**See Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,333.44** | **$10,333.44** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**See Attachments** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,412.73 | $8,412.73 |
|---|---|---|---|---|
| | **Unpaid Loan Interest** | Check all that apply. | | |
| | **See Attachment** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **See Attachment** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,500.00 | $8,500.00 |
|---|---|---|---|---|
| | **Unpaid Rent** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **See Attachment** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,693.82 | $8,500.00 |
|---|---|---|---|---|
| | **Unpaid Taxes  \*** | Check all that apply. | | |
| | **See Attachment** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | | ☐ Yes | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $88.96 |
| | **Accent Flowers** | ☐ Contingent | |
| | **3110 N. Main** | ☐ Unliquidated | |
| | **Roswell, NM 88201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37.49 |
| | **Allied Digital Security, Inc** | ☐ Contingent | |
| | **PO Box 821** | ☐ Unliquidated | |
| | **Roswell, NM 88202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

\* Taxes incurred during the normal course of business and will be paid by due date.

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,915.00 |
|-----|---|---|---|

Amanda Craig
609 N Goldsmith Ave
Goldsmith, TX 79741

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,405.17 |
|-----|---|---|---|

American Express
PO Box 30384
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1003__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-----|---|---|---|

Anthony Rice

1195 Dawson Road
Brighton, TN 38011

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-----|---|---|---|

Audrey Tsinnie-Gilmore
22359 Gull Lake Drive
Nisswa, MN 56468

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,288.30 |
|-----|---|---|---|

Backgrounds Online
1915 21st St.
Sacramento, CA 95811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.67 |
|-----|---|---|---|

Benchmark Business Solutions, Inc
L-3845
Columbus, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-----|---|---|---|

Benjamin Bolton
2116 W 21st Ave
Kennewick, WA 99337

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.53 |
|-----|---|---|---|

Bob Reed Pest Control
1206 W Hobbs
Roswell, NM 88203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Bryan Malone
712 West Ave.
Levelland, TX 79336

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,458.57 |
|---|---|---|---|

Capitol One
PO Box 30285
Salt Lake City, UT 84130-0287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __4460__

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,599.75 |
|---|---|---|---|

Carpet Clinic, Inc
722 S. Sunset, Suite B
Roswell, NM 88203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Casey Chadborn
602 Locust St
Clayton, NM 88415

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Charles King
216 Tasono
Victoria, TX 77904

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Concho Resources, Inc.
c/o Corey Devine
1201 Louisiana Street, Suite 850
Houston, TX 77002

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Indemnity__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,977.00 |
|---|---|---|---|

David E. Brown Jr.
222 Cypress Lane
Natchitoches, LA 71457

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

David L Berryman
709 E Scharbauer
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | **Dennis Decker**<br>**2012 CR 214**<br>**Durango, CO 81303** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | **Dustin Campbell**<br>**3006 Bandolina**<br>**Roswell, NM 88201** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | **Eddie Sellers**<br>**PO Box 823**<br>**Artesia, NM 88211** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | **Elton Pennington**<br>**6220 S. Morris Rd.**<br>**Carlsbad, NM 88220** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $285.76 |
|---|---|---|---|
| | **Emerald Lawn & Sprinkler**<br>**1526 N. Kansas**<br>**Roswell, NM 88201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | **Ernie Tyson**<br>**PO Box 901**<br>**Oologah, OK 74053** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | **Frank D. Brown**<br>**2175 N Trikell Rd #A-9**<br>**Casa Grande, AZ 85122** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | **Gary Brooks**<br>**2848 Cochrane Loop**<br>**McAlester, OK 74501** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gary Klug**<br>**3004 Colfax**<br>**Carlsbad, NM 88220** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gary Marshall**<br>**812 Lynchburg Highway**<br>**Mulberry, TN 37359** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,798.68** |
|---|---|---|---|
| | **Glynn Estess**<br>**PO Box 181**<br>**Osyka, MS 39657** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Hatchet Construction**<br>**PO Box 6003**<br>**Roswell, NM 88202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,555.00** |
|---|---|---|---|
| | **Intak Rental & Supply, LLC**<br><br>**Houma, LA 70361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,197.73** |
|---|---|---|---|
| | **James Isanhart**<br>**4920 Pompano Dr.**<br>**New Port Richey, FL 34652** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,393.43** |
|---|---|---|---|
| | **James Jenkins**<br>**2101 Blood Bend Rd**<br>**Saint Landry, LA 71367** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,423.46** |
|---|---|---|---|
| | **James Klug**<br>**605 N. Chestnut**<br>**Carlsbad, NM 88220** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case 18-11579-t11   Doc 25   Filed 07/06/18   Entered 07/06/18 15:02:28 Page 15 of 51

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Klug**
605 N. Chestnut
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Silvia**
28857 Avd De Las Flores
Sun City, CA 92587

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason Hale**
638 Bernard Rd
Pioneer, LA 71266

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeffrey Schild**
2660 Whispering Trail
Little Elm, TX 75068

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeremy McCullough**
2961 Mawpat Drive
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jesse Smith**
1 Matro Ave
Berlin, NJ 08009

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,057.68 |
|---|---|---|---|

**John Bass**
1467 Nicely Rd.
Blanchester, OH 45107

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Hansen**
225 Ice Pond Rd.
Brewster, NY 10509

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-11579-t11    Doc 25    Filed 07/06/18    Entered 07/06/18 15:02:28 Page 16 of 51

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Jenkins**
**5031 Redwood Drive**
**Monroe, MI 48161**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnnie Dicks**
**17 Shennecock Court**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Bales**
**8953 Hwy 10**
**Tahlequah, OK 74464**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Ray Hughes**
**2414 W Fir**
**Lovington, NM 88260**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Woods**
**919 S Roselawn**
**Artesia, NM 88210**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,524.92** |
|---|---|---|---|

**Kari Geldert**
**93 Three Mile Creek Rd**
**Fort Bridger, WY 82933**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Greaves**
**310 Perry Road**
**Woodbine, NJ 08270**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,938.48** |
|---|---|---|---|

**Kyle Wimberly**
**207 Koldin Dr.**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 25    Filed 07/06/18    Entered 07/06/18 15:02:28 Page 17 of 51

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,291.69 |
|---|---|---|---|

**Larry Alexander**
12201 Hwy 35 N
Kosciusko, MS 39090

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Lunsford**
PO Box 733
Carlsbad, NM 88221

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,579.72 |
|---|---|---|---|

**Lisa McCurry**
341 N. Bar Ct.
Myrtle Beach, SC 29579

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marilyn Goins**
1202 Spring Branch Drive
Baytown, TX 77523

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Granahan**
411 E Sadosa
Eastland, TX 76448

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Shepherd**
2390 N. Hillcrest Rd.
Vincennes, IN 47591

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,254.92 |
|---|---|---|---|

**Michael Steiner**
50 Emery St. #47
Pahrump, NV 89048

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Thompson**
324 E Derrick
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michelle Lee**
13805 Limestone Rd
Kingston, OK 73439

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**NCCER**
13614 Progress Blvd
Alachua, FL 32615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.47** |
|---|---|---|---|

**Nice Ice Co**
801 W 2nd St
Roswell, NM 88201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0740**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.21** |
|---|---|---|---|

**Nice Ice Co.**
801 W 2nd St.
Roswell, NM 88201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.47** |
|---|---|---|---|

**Nice Ice Co.**
801 W 2nd St.
Roswell, NM 88201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/18**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.73** |
|---|---|---|---|

**Nice Ice Co.**
801 W. 2nd St
Roswell, NM 88201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/18**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.21** |
|---|---|---|---|

**Nice Ice Co.**
801 W. 2nd St
Roswell, NM 88201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/21/18**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,668.12** |
|---|---|---|---|

**nQativ**
5214 68th St, Suite 200
Lubbock, TX 79424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,391.04 |
|---|---|---|---|

**Patsy Marano**
**18 Jordan Street**
**Fairchance, PA 15436**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Stat.labor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paul Tahtinen**
**234 Wisconsin Ave.**
**Chetek, WI 54728**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,655.00 |
|---|---|---|---|

**Pipeline Testing Consortium, Inc.**
**PO Box 842566**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.99 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Raul Sanchez**
**117 Tenderfoot Trail**
**Del Rio, TX 78840**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,610.00 |
|---|---|---|---|

**REDW**
**PO Box 93656**
**Albuquerque, NM 87199**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Gill**
**622 Stan Dr**
**Grand Junction, CO 81504**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Gilson**
**4459 Morse Road**
**Alexandria, OH 43001**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Richard Streun**<br>8672 County Road 291<br>Early, TX 76802 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Robert Nichols**<br>695 County Road 414<br>Dayton, TX 77535 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Robert Ray**<br>1207 Grassy Creek Rd<br>Pinnacle, NC 27043 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,505.00 |
|---|---|---|---|
| | **Ron Spangler**<br>5075 West Berrendo Rd.<br>Roswell, NM 88201 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ronald Lancaster**<br>4711 Peaceful Pine Rd<br>Rapid City, SD 57702 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ronald Melancon**<br>PO Box 622<br>Duson, LA 70529 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **Roswell High School**<br>Coyotes Cheer Booster Club, Inc.<br>500 W. Hobbs St.<br>Roswell, NM 88203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Rotary Desert Sun**<br>Pro-Am Golf Classic<br>PO Box 1573<br>Roswell, NM 88202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,438.57 |
|------|---|---|---|

**Sandra Seelye**
**921 Upper Georges Creek Rd**
**Frostburg, MD 21532**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.07 |
|------|---|---|---|

**Tascosa Office Machines, Inc**
**321 N Main St**
**Roswell, NM 88201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Ted Nunez**
**218 NE Main St.**
**Lees Summit, MO 64063**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Terry Vining**
**20356 US Hwy 84E**
**Rusk, TX 75785**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,701.34 |
|------|---|---|---|

**Thomas Ganci**
**380 Big Sky**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Victor Martinez**
**402 South Daniel**
**Tatum, NM 88267**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Virgil Howell**
**4967 Herndon Dr.**
**Auburndale, FL 33823**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,218.09 |
|------|---|---|---|

**Wendy Brann**
**1055 Pine Street, #361**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,745.57 |
|---|---|---|---|

**William Bryner**
**100 Victory Lane**
**Lemont Furnace, PA 15456**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,829.43 |
|---|---|---|---|

**William Sperber**
**380 Grand Ave.**
**Forestville, WI 54213**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 135,475.12 |
| **5b. Total claims from Part 2** | 5b. + $ | 267,544.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 403,019.34 |

Case 18-11579-t11    Doc 25    Filed 07/06/18    Entered 07/06/18 15:02:28 Page 23 of 51

| Type of Debt | Creditor's Name and Mailing Address | Date Incurred | Account Number | Amount of Debt | Is Debt Disputed? | Is Anyone Else Liable on this Claim? |
|---|---|---|---|---|---|---|
| Unpaid rent | 805 Partners<br>805 N. Richardson Ave.<br>Roswell, NM 88201 | 06/08/18 | None | 8,500.00 | No | No |
| Unpaid taxes | New Mexico Dept. of Taxation & Revenue<br>1100 South St. Francis Drive<br>Santa Fe, NM 87504 | 06/01/18 | 03049804000 | 45,751.03 | No | No |
| Unpaid taxes | New Mexico Dept. of Taxation & Revenue<br>1100 South St. Francis Drive<br>Santa Fe, NM 87504 | 06/22/18 | 03049804000 | 34,615.49 | No | No |
| Unpaid taxes | EFTPS-Internal Revenue Service<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005 | 06/22/18 | 20-3125709 | 162,508.20 | No | No |
| Unpaid taxes | EFTPS-Internal Revenue Service<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005 | 06/22/18 | 20-3125709 | 1,613.38 | No | No |
| Unpaid taxes | Arizona Department of Revenue<br>P.O. Box 29009<br>Phoenix, AZ 85038 | 06/22/18 | 203125709 | 491.44 | No | No |
| Unpaid taxes | Southern Ute Indian Tribe<br>Tero Tax Division<br>P. O. Box 737<br>Ignacio, CO 81137 | 06/22/18 | None | 980.09 | No | No |
| Unpaid taxes | South Dakota Department of Revenue | | | 4,120.68 | No | No |
| Unpaid taxes | California Employment Dev. Dept.<br>Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0651 | 06/22/18 | 287-3611-4 | 4,413.13 | No | No |
| Unpaid taxes | Colorado Department of Revenue<br>Denver, CO 80261 | 06/22/18 | 28-64242-0000 | 349.20 | No | No |
| Unpaid taxes | Montana Department of Revenue<br>PO Box 8021<br>Helena, MT 59604-8021 | 06/22/18 | 5872926-002-WTH | 1,171.00 | No | No |
| Unpaid taxes | Oregon Department of Revenue<br>PO BOX 14260<br>Salem, OR 97309-5060 | 06/22/18 | 1539939-2 | 887.00 | No | No |
| Unpaid taxes | Pennsylvania Department of Revenue<br>PO BOX 280901<br>HARRISBURG, PA 17128-0901 | 06/22/18 | 94-392-908 | 774.65 | No | No |
| Unpaid taxes | State of California<br>P.O. Box 826276<br>Sacramento, CA 94230-6276 | 06/22/18 | 287-3611-4 | 2,234.48 | No | No |
| Unpaid taxes | Colorado State Treasurer<br>P.O. Box 46545<br>Denver, CO 80201-6545 | 06/22/18 | 733248.00-9 | 131.53 | No | No |
| Unpaid taxes | Idaho Department of Labor<br>317 W. Main Street<br>Boise, ID 83735-0610 | 06/22/18 | 0002827620 | 200.97 | No | No |
| Unpaid taxes | Kansas Dept. of Labor<br>P. O. Box 400<br>Topeka, KS 66601-0400 | 06/22/18 | 036-203125709-F01 | 15.58 | No | No |
| Unpaid taxes | Kentucky Office of Employment & Training | 06/22/18 | 000339305 | 341.04 | No | No |
| Unpaid taxes | U.I. Tax Liability and Adjudication<br>P.O. Box 94186<br>Baton Rouge, LA 70804-9186 | 06/22/18 | 592162-6 | 570.91 | No | No |
| Unpaid taxes | Massachusetts Labor & Workforce<br>19 Staniford St.<br>Boston, MA 02114 | 06/22/18 | 10042710 | 1,983.00 | No | No |
| Unpaid taxes | Job Services North Dakota<br>P.O. Box 5507<br>Bismarck, ND 58506-5507 | 06/22/18 | 1126237 | 5,420.62 | No | No |

Attachment to Part 1
2.1 - 2.6

| | | | | | | |
|---|---|---|---|---|---|---|
| Unpaid taxes | NM Department of Workforce Solutions<br>P. O. Box 2281<br>Albuquerque, NM 87103-2281 | 06/22/18 | | 8,130.53 | No | No |
| Unpaid taxes | NYS Unemployment Insurance<br>PO Box 4301<br>Binghamton, NY 13902-4301 | 06/22/18 | 48-72508 8 | 476.88 | No | No |
| Unpaid taxes | Ohio Dept. of Job & Family Services<br>209 W Fourth St<br>Lorain, OH 44052 | 06/22/18 | 1550862-00-5 | 9,960.89 | No | No |
| Unpaid taxes | Oklahoma Employment Security<br>PO Box 52004<br>Oklahoma City, OK 73152-2004 | 06/22/18 | 14778075 | 143.00 | No | No |
| Unpaid taxes | Office of UC Tax Services<br>P.O. Box 60848<br>Harrisburg, PA 17106-0848 | 06/22/18 | 82-25643 1 | 4,939.26 | No | No |
| Unpaid taxes | Tennessee Department of Labor<br>P.O. Box 101<br>Nashville, TN 37202-0101 | 06/22/18 | 0743-669 2 | 547.70 | No | No |
| Unpaid taxes | Texas Workforce Commission<br>PO Box 149037<br>Austin, TX 78714-9037 | 06/22/18 | | 10,353.91 | No | No |
| Unpaid taxes | Utah Department Workforce Services<br>140 East 300 South<br>PO Box 45233<br>Salt Lake City, UT 84145-0233 | 06/22/18 | C 3-444106-0 | 5,100.48 | No | No |
| Unpaid taxes | Employment Security Department<br>PO Box 34467<br>Seattle, WA 98124-1467 | 06/22/18 | | 60.40 | No | No |
| Unpaid taxes | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT, 84134 | 06/22/18 | 13058553-003-WTH | 822.19 | No | No |
| Unpaid taxes | Alabama Department of Revenue | 06/22/18 | WTH-R008266485 | 445.14 | No | No |
| Unpaid taxes | Indiana Department of Revenue<br>P.O. Box 7221<br>Indianapolis, IN 46207-7221 | 06/22/18 | 0137193580-001 | 334.94 | No | No |
| Unpaid taxes | Kansas Dept. of Revenue<br>Division of Taxation<br>915 SW Harrison St.<br>Topeka, KS 6625-2007 | 06/22/18 | 036-203125709-F01 | 274.00 | No | No |
| Unpaid taxes | Kentucky State Treasurer | 06/22/18 | 000339305 | 386.00 | No | No |
| Unpaid taxes | Louisiana Dept. of Revenue<br>P.O. Box 91017<br>Baton Rouge, LA 70821-9017 | 06/22/18 | 4944682001 | 7,540.54 | No | No |
| Unpaid taxes | Massachusetts Department of Revenue<br>PO Box 7000<br>Boston, MA 02204 | 06/22/18 | 203125709 | 2,133.93 | No | No |
| Unpaid taxes | Missouri Department of Revenue<br>301 W High St # 330<br>Jefferson City, MO 65101 | 06/22/18 | 21603596 | 2,078.00 | No | No |
| Unpaid taxes | Mississippi State Tax Commission<br>Witholding Tax<br>P.O. Box 23075<br>Jackson, MS 39225-3075 | 06/22/18 | 1144-4491 | 7,554.00 | No | No |
| Unpaid taxes | ND Office of State Tax Commissioner<br>600 E. Boulevard Ave., Dept. 127<br>Bismarck, ND 58505-0550 | 06/22/18 | 203125709 01 | 6,159.00 | No | No |
| Unpaid taxes | Ohio Dept. of Job & Family Services<br>209 W Fourth St<br>Lorain, OH 44052 | 06/22/18 | 53040105 | 8,473.69 | No | No |
| Unpaid taxes | Oklahoma Tax Commission<br>2501 N Lincoln Blvd<br>Oklahoma City, OK 73194 | 06/22/18 | WTH1011469602 | 4,425.00 | No | No |
| Unpaid taxes | Rhode Island Department of Revenue | 06/22/18 | 20312570900 | 375.69 | No | No |
| Unpaid taxes | Wisconsin Department of Revenue<br>Central Collection Section<br>P.O. Box 8960<br>Madison, WI 53708-8960 | 06/22/18 | 036-1026606009-04 | 978.65 | No | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| | Other: | | | | | |
|---|---|---|---|---|---|---|
| Employee garnishment | HAB-DLT (ER)<br>Berkheimer<br>P.O. Box 21690<br>Lehigh Valley, PA 18002-1690 | 06/01/18 | 6722540 | 100.98 | No | No |
| Employee garnishment | Oregon Department of Revenue<br>P.O. Box 14725<br>Salem, OR 97309-5018 | 06/01/18 | 544255130 | 500.00 | No | No |
| Unpaid insurance | Liberty Mutual Insurance<br>P.O. Box 85307<br>San Diego, CA 92186-5307 | 06/02/18 | 4-444371-5200 | 5,697.57 | No | No |
| Employee garnishment | US Treasury<br>Internal Revenue Service<br>1205 Texas Avenue, Room 609<br>Lubbock, TX 79401-4037 | 06/08/18 | 465909116 | 1,100.00 | No | No |
| Employee garnishment | HAB-DLT (ER)<br>Berkheimer<br>P.O. Box 21690<br>Lehigh Valley, PA 18002-1690 | 06/15/18 | 6722540 | 311.34 | No | No |
| Employee garnishment | Oregon Department of Revenue<br>P.O. Box 14725<br>Salem, OR 97309-5018 | 06/15/18 | 544255130 | 500.00 | No | No |
| Unpaid insurance | Excelsior Companies / Lifelock<br>P.O. Box 13930<br>Scottsdale, AZ 85267-3930 | 06/15/18 | 8950429 | 157.36 | No | No |
| Employee garnishment | US Treasury<br>Internal Revenue Service<br>1205 Texas Avenue, Room 609<br>Lubbock, TX 79401-4037 | 06/21/18 | 465909116 | 1,100.00 | No | No |
| Employee garnishment | Expert Pay | 06/22/18 | None | 866.19 | No | No |
| Unpaid 401(k) | American United Life Insurance Company<br>Attn: ACCT/Control<br>3761 Reliable Parkway<br>Chicago, IL 60686-0054 | 06/22/18 | G38162 | 17,183.56 | No | No |
| Unpaid insurance | United Healthcare Insurance Company<br>22561 Network Place<br>Chicago, IL 60673-1225 | 06/22/18 | 303800 | 5,616.77 | No | No |
| Unpaid insurance | New Benefits, Ltd.<br>P.O. Box 803475<br>Dallas, TX 75380 | 06/22/18 | HUB1006A | 166.98 | No | No |
| Unpaid insurance | United Healthcare Specialty Benefits<br>P.O. Box 860511<br>Minneapolis, MN 55486-0511 | 06/25/18 | 303800 | 3,567.82 | No | No |
| Unpaid loan interest | Valley Bank of Commerce<br>217 W. 2nd St.<br>Roswell, NM 88201 | 06/22/18 | 203125709 | 647.26 | No | No |
| Unpaid loan interest | Inspection Leasing, Inc.<br>805 N. Richardson Ave.<br>Roswell, NM 88201 | 06/22/18 | None | 7,765.47 | No | No |

Debtor name **MBF Inspection Services, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) **18-11579**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City State Zip Code | | | |
| 2.2 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City State Zip Code | | | |
| 2.3 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City State Zip Code | | | |
| 2.4 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City State Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name   **MBF Inspection Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known)   **18-11579**

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<span style="background:black;color:white">**Part 1:**</span>   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | $28,817,493.00 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other  _____ | $56,889,176.00 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other  _____ | $44,311,951.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | Interest, Rental Income | $2,241.00 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | Interest, Rental Income,<br>Credit Card Rewards | $4,652.00 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | Interest, Rental Income, IRS<br>Penalty Refund | $552,380.00 |

<span style="background:black;color:white">**Part 2:**</span>   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attachment** | | **$5,383,756.65** | ☑ Secured debt<br>☑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☑ Services<br>☑ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **See Attachment** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **ENMSF Jr. Livestock Sale** | **Cash Donation** | | **$1,000.00** |
| Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **B.L.F., LLC**<br>**PO Box 7070**<br>**Albuquerque, NM 87194-7070** | **Chapter 11 Retainer** | | **$35,000.00** |
| Email or website address<br>**jennie@jdbehles.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **B.L.F., LLC**<br>**PO Box 7070**<br>**Albuquerque, NM 87194-7070** | **Chapter 11 Filing Fee** | | **$1,717.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.3.   **B.L.F., LLC**<br>**PO Box 7070**<br>**Albuquerque, NM 87194-7070** | Legal Fees re: Statutory Labor Claims | | $35,154.40 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:
    Name of plan                                     Employer identification number of the plan
    **MBF Inspection Services, Inc. 401 (K) Plan**          EIN:  **G38162**

    Has the plan been terminated?
    ☑ No
    ☐ Yes

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:
    Name of plan                                     Employer identification number of the plan
    **MBF Inspection Services, Inc. 401 (k) Plan**          EIN:  **G37363 & G35815**

    Has the plan been terminated?
    ☐ No
    ☑ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Bobby Carroll** **3012 Barcelona Dr.** **Roswell, NM 88201** | **6/2016 To Present** |
| 26a.2.  **Amanda Ballinger** **1505 S. Lea** **Roswell, NM 88203** | **6/2016 To Present** |
| 26a.3.  **Valuation Advisory Services, LLC** **1271 Barclay Blvd.** **Buffalo Grove, IL 60089** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Bank Of The Southwest**
PO Box 1638
Roswell, NM 88201

26d.2. **Frank Sturges**
2708 Gaye Dr.
Roswell, NM 88201

26d.3. **Mark Daniels**
5275 W. Country Club Rd.
Roswell, NM 88201

26d.4. **Inspection Leasing, Inc.**
805 N. Richardson Ave.
Roswell, NM 88202

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Frank Sturges | 2708 Gaye Dr.
Roswell, NM 88201 | President/Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Mark Daniels | 5275 W. Country Club
Roswell, NM 88201 | Vice-President/Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

Case 18-11579-t11    Doc 25    Filed 07/06/18    Entered 07/06/18 15:02:28 Page 35 of 51

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See Attachment** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☐ No
    ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Inspection Leasing, Inc** | **EIN:**  27-0706535 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____          **Frank Sturges**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Debtor  **MBF Inspection Services, Inc.**                                  Case number (if known)  18-11579

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7 / 6 / 18___

_____          **Frank Sturges**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| Name and address of creditor | Date of payments | Amount paid | Reasons for payment |
|---|---|---|---|
| 8? ? Partners<br>? ?5 N. Richardson Ave<br>?oswell, NM 88201 | 04/06/18<br>05/04/18 | 8,500.00<br>8,500.00 | Suppliers or vendors |
| American Express<br>P.O. Box 30384<br>Salt Lake City, UT 84130 | 03/26/18<br>04/13/18<br>05/01/18<br>06/13/18 | 781.36<br>9,871.12<br>15,987.05<br>9,069.81 | Suppliers or vendors |
| Arizona Department of Revenue<br>P.O. Box 29009<br>Phoenix, AZ 85038 | 04/04/18<br>04/10/18<br>03/27/18<br>04/25/18<br>04/18/18<br>05/02/18<br>05/15/18<br>05/08/18<br>05/23/18<br>05/31/18<br>06/05/18<br>06/12/18<br>06/19/18 | 906.57<br>467.97<br>496.22<br>496.22<br>853.53<br>812.53<br>924.93<br>658.86<br>680.85<br>545.90<br>737.36<br>536.11<br>765.61 | Tax agency |
| B.L.F. LLC<br>P.O. Box 7070<br>Albuquerque, NM 87194-7070 | 05/11/18<br>05/31/18<br>06/11/18<br>06/19/18 | 7,302.00<br>52,011.00<br>3,814.40<br>8,744.00 | Suppliers or vendors |
| California Employment Dev. Dept.<br>Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0651 | 04/04/18<br>04/18/18<br>04/26/18<br>05/02/18<br>05/15/18<br>05/31/18<br>06/12/18 | 2,328.65<br>1,813.96<br>4,546.52<br>1,739.73<br>2,140.35<br>2,246.72<br>2,620.85 | Tax agency |
| EFTPS-Internal Revenue Service<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005 | 03/26/18<br>04/02/18<br>04/09/18<br>04/16/18<br>04/23/18<br>04/30/18<br>05/07/18<br>05/14/18<br>05/21/18<br>04/10/18<br>05/29/18<br>06/04/18<br>06/11/18<br>06/18/18<br>06/18/18 | 225,522.92<br>164,649.26<br>221,814.45<br>127,049.59<br>229,206.18<br>149,398.67<br>229,900.42<br>152,460.23<br>222,512.65<br>12,237.09<br>157,075.07<br>217,591.36<br>137,565.80<br>220,091.62<br>309.54 | Tax agency |

Attachment to # 3

| | Date | Amount | Reason |
|---|---|---|---|
| Expert Pay | 03/26/18 | 1,149.51 | Child support agency |
| | 03/26/18 | 3,262.75 | |
| | 04/04/18 | 705.93 | |
| | 04/09/18 | 3,664.05 | |
| | 04/19/18 | 1,491.85 | |
| | 04/25/18 | 3,703.37 | |
| | 04/30/18 | 1,514.00 | |
| | 05/08/18 | 3,475.29 | |
| | 05/17/18 | 1,188.23 | |
| | 05/25/18 | 3,009.56 | |
| | 05/25/18 | 1,188.23 | |
| | 06/04/18 | 2,733.06 | |
| | 06/11/18 | 726.23 | |
| | 06/18/18 | 2,299.68 | |
| GGMD, LLC<br>P.O. Box 335<br>Roswell, NM 88202 | 04/06/18 | 8,195.31 | Suppliers or vendors |
| Gregory Law Firm<br>On Behalf of Mr. Silvia | 06/20/18 | 20,000.00 | Suppliers or vendors |
| Inspection Leasing, Inc.<br>805 N. Richardson Ave.<br>Roswell, NM 88201 | 04/09/18 | 12,428.66 | Suppliers or vendors |
| | 05/11/18 | 12,428.66 | |
| | 06/11/18 | 12,428.66 | |
| Inspection Leasing, Inc.<br>805 N. Richardson Ave.<br>Roswell, NM 88201 | 05/04/18 | 250,000.00 | Secured debt |
| Lane Alton Horst LLC<br>Attn: Accounting Department<br>Two Miranova Place, Suite 220<br>Columbus, OH 43215 | 04/13/18 | 10,017.40 | Suppliers or vendors |
| | 05/11/18 | 23,496.39 | |
| | 05/31/18 | 12,790.60 | |
| Liberty Mutual Insurance<br>P.O. Box 85307<br>San Diego, CA 92186-5307 | 04/13/18 | 5,814.37 | Suppliers or vendors |
| | 05/18/18 | 11,518.25 | |
| Louisiana Dept. of Revenue<br>P.O. Box 91017<br>Baton Rouge, LA 70821-9017 | 04/04/18 | 4,154.49 | Tax agency |
| | 04/20/18 | 3,278.40 | |
| | 05/14/18 | 3,582.57 | |
| | 05/22/18 | 3,885.04 | |
| | 06/12/18 | 3,784.79 | |
| Massachusetts Department of Revenue<br>PO Box 7000<br>Boston, MA 02204 | 04/05/18 | 2,285.94 | Tax agency |
| | 05/17/18 | 2,108.07 | |
| | 06/12/18 | 2,575.92 | |
| Massachusetts Labor & Workforce Develop.<br>19 Staniford St.<br>Boston, MA 02114 | 04/26/18 | 9,889.55 | Tax agency |
| MBF Management Systems, Inc.<br>805 N. Richardson<br>Roswell, NM 88201 | 04/09/18 | 8,626.66 | Services |
| | 05/14/18 | 8,626.66 | |
| | 06/11/18 | 8,626.66 | |
| Michigan Department of Revenue<br>41300 Dequindre Rd #200<br>Sterling Heights, MI 48314 | 04/05/18 | 3,290.31 | Tax agency |
| | 05/16/18 | 3,058.61 | |
| | 06/12/18 | 3,269.55 | |

| | | | |
|---|---|---|---|
| Michigan Unemployment Insurance Agency<br>PO Box 8068<br>Royal Oak, MI 48068-8068 | 04/26/18 | 7,836.84 | Tax agency |
| Mississippi State Tax Commission<br>Witholding Tax<br>P.O. Box 23075<br>Jackson, MS 39225-3075 | 04/05/18<br>05/16/18<br>06/12/18 | 6,889.20<br>7,653.00<br>7,420.00 | Tax agency |
| Missouri Department of Revenue<br>301 W High St # 330<br>Jefferson City, MO 65101 | 04/05/18<br>05/18/18<br>06/12/18 | 3,347.50<br>3,392.35<br>2,510.50 | Tax agency |
| Montana Department of Revenue<br>PO Box 6577<br>Helena, MT 59604-6577 | 04/04/18<br>04/18/18<br>05/02/18<br>05/15/18<br>05/31/18<br>06/12/18 | 1,027.00<br>1,384.00<br>1,247.00<br>1,207.00<br>1,384.00<br>1,162.00 | Tax agency |
| ND Office of State Tax Commissioner<br>600 E. Boulevard Ave., Dept. 127<br>Bismarck, ND 58505-0550 | 04/23/18 | 7,692.00 | Tax agency |
| New Mexico Dept. of Taxation & Revenue<br>1100 South St. Francis Drive<br>Santa Fe, NM 87504 | 04/26/18<br>03/25/18<br>04/27/18<br>04/11/18<br>05/29/18<br>05/29/18 | 62,827.12<br>49,382.44<br>15,509.15<br>266.60<br>50,861.22<br>322.08 | Tax agency |
| NM Department of Workforce Solutions<br>2110 S Main St<br>Roswell, NM 88203 | 04/26/18 | 37,724.80 | Tax agency |
| North Dakota Job Services<br>P.O. Box 5507<br>Bismarck, ND 58506-5507 | 04/26/18 | 49,946.23 | Tax agency |
| Ohio Dept. of Job & Family Services<br>209 W Fourth St<br>Lorain, OH 44052 | 04/26/18 | 6,961.76 | Tax agency |
| Oklahoma Tax Commission<br>2501 N Lincoln Blvd<br>Oklahoma City, OK 73194 | 04/04/18<br>04/05/18<br>04/20/18<br>05/14/18<br>05/22/18<br>06/12/18 | 4,206.00<br>100.00<br>2,208.00<br>3,277.00<br>2,864.00<br>2,595.00 | Tax agency |

| | | | |
|---|---|---|---|
| One America<br>American United Life Insurance Company<br>Attn: ACCT/Control<br>5761 Reliable Parkway<br>Chicago, IL 60686-0054 | 04/03/18<br>03/27/18<br>04/10/18<br>04/16/18<br>04/23/18<br>05/01/18<br>05/08/18<br>05/15/18<br>05/22/18<br>05/30/18<br>06/05/18<br>06/11/18<br>06/18/18 | 17,761.71<br>20,916.55<br>21,500.26<br>16,589.83<br>20,826.76<br>17,307.81<br>22,228.24<br>18,077.53<br>20,571.94<br>17,760.28<br>21,596.26<br>16,751.65<br>23,723.19 | Suppliers or vendors<br>(401(k) payments) |
| Oregon Department of Revenue<br>PO BOX 14260<br>Salem, OR 97309-5060 | 04/04/18<br>04/06/18<br>04/10/18<br>03/27/18<br>04/20/18<br>04/25/18<br>04/18/18<br>05/02/18<br>05/07/18<br>05/18/18<br>05/15/18<br>05/08/18<br>05/23/18<br>05/31/18<br>06/06/18<br>06/12/18<br>06/20/18 | 319.00<br>500.00<br>490.00<br>446.00<br>500.00<br>402.00<br>223.00<br>287.00<br>500.00<br>500.00<br>255.00<br>358.00<br>402.00<br>367.00<br>402.00<br>887.00<br>358.00 | Tax agency |
| Pennsylvania Department of Revenue<br>PO BOX 280901<br>HARRISBURG, PA 17128-0901 | 04/04/18<br>04/10/18<br>03/27/18<br>04/25/18<br>04/18/18<br>05/02/18<br>05/15/18<br>05/08/18<br>05/23/18<br>05/31/18<br>06/06/18<br>06/12/18<br>06/20/18 | 971.52<br>1,750.85<br>1,595.30<br>1,846.44<br>923.18<br>909.05<br>862.60<br>2,089.25<br>2,188.03<br>673.11<br>2,180.06<br>707.97<br>2,148.08 | Tax agency |

| | | | |
|---|---|---|---|
| Pennsylvania Dept. of Labor & Industry | 04/30/18 | 616.42 | |
| Office of UC Tax Services | 04/26/18 | 616.42 | Tax agency |
| P.O. Box 60848 | | | |
| Harrisburg, PA 17106-0848 | 04/26/18 | 16,515.94 | |
| South Dakota Department of Revenue | 04/23/18 | 4,333.07 | |
| | 03/26/18 | 2,361.63 | |
| 445 E Capitol Ave | 05/22/18 | 4,615.94 | Tax agency |
| Pierre, SD 57501 | 06/21/18 | 5,675.90 | |
| Tedford Insurance | | | |
| P.O. Box 1050 | 03/29/18 | 739,504.03 | Insurance agency |
| Jenks, OK 74037 | | | |
| Texas Workforce Commission | | | |
| PO Box 149037 | 04/26/18 | 72,660.76 | Tax agency |
| Austin, TX 78714-9037 | | | |
| | 03/29/18 | 2,973.82 | |
| | 04/04/18 | 172,386.03 | |
| | 04/04/18 | 7.13 | |
| United Healthcare Insurance Company | 04/27/18 | 3,270.32 | |
| 22561 Network Place | 05/04/18 | 153,245.42 | Insurance agency |
| Chicago, IL 60673-1225 | 05/04/18 | 194.57 | |
| | 06/01/18 | 3,052.42 | |
| | 06/04/18 | 145,228.80 | |
| | 06/04/18 | 7.03 | |
| Utah Department Workforce Services | | | |
| 140 East 300 South | | | |
| PO Box 45233 | 04/26/18 | 7,935.17 | Tax agency |
| Salt Lake City, UT 84145-0233 | | | |
| | 04/04/18 | 3,365.71 | |
| | 04/10/18 | 223.96 | |
| | 03/27/18 | 223.96 | |
| | 04/25/18 | 265.91 | |
| | 04/18/18 | 1,074.45 | |
| Utah State Tax Commission | 05/02/18 | 2,903.70 | |
| 210 North 1950 West | 05/15/18 | 2,378.42 | Tax agency |
| Salt Lake City, UT, 84134 | 05/08/18 | 244.94 | |
| | 05/23/18 | 244.94 | |
| | 05/31/18 | 1,751.08 | |
| | 06/05/18 | 223.96 | |
| | 06/12/18 | 1,052.51 | |
| | 06/19/18 | 244.94 | |
| Valley Bank of Commerce | | | |
| 217 W. 2nd St. | 05/30/18 | 250,000.00 | Suppliers or vendors |
| Roswell, NM 88201 | | | |
| Valuation Advisory Services, LLC | | | |
| 1271 Barclay Boulevard | 04/13/18 | 20,946.16 | Services |
| Buffalo Grove, IL 60089 | | | |
| Wesierski & Zurek LLP | 04/13/18 | 5,553.69 | |
| One Corporate Park, Suite 200 | 05/11/18 | 1,525.60 | Services |
| | 05/25/18 | 29,228.02 | |
| Irvine, CA 92606 | 06/19/18 | 3,688.35 | |

| | |
|---|---|
| **Case Title:** | Ganci v. MBF Inspection Services |
| **Case Number:** | 2:15-cv-2959-GCS-TPK |
| **Nature of Case:** | Wage Hour |
| **Court or Agency's Name:** | United States District Court Souther District of Ohio Eastern Division |
| **Address:** | Columbus, OH |
| **Status:** | Pending |

| | |
|---|---|
| **Case Title:** | James M Silvia v.Chevron Corporation; Chevron U.S.A., Inc.; Garth Kuhagen; and DOES 1-50 |
| **Case Number:** | 16cv300419 |
| **Nature of Case:** | Retaliation |
| **Court or Agency's Name:** | Superior Court for the State of California In the County of Santa Clara |
| **Address:** | Santa Clara, CA |
| **Status:** | Pending |

| | |
|---|---|
| **Case Title:** | Barron Wesley v. COG Operating LLC |
| **Case Number:** | 4:17-cv-01845 |
| **Nature of Case:** | Wage hour |
| **Court or Agency's Name:** | U.S. District Court Southern District, Texas, Houston Division |
| **Address:** | TX |
| **Status:** | Pending |

| | |
|---|---|
| **Case Title:** | Richard L. Bonlie v MBF Inspection Services, Inc., et al. |
| **Case Number:** | WID: 1153059 |
| **Nature of Case:** | W/C |
| **Court or Agency's Name:** | State of Minnesota Office of Administrative Hearings Workers Compensation Section |
| **Address:** | PO Box 64620, St. Paul, MN 55164-0620 |
| **Status:** | Pending |

| | |
|---|---|
| **Case Title:** | Joseph W Petrovic vs. Enbridge Energy, Company, Inc. |
| **Case Number:** | 15 L 60 |
| **Nature of Case:** | |
| **Court or Agency's Name:** | In The Circuit Court of The Twelfth Judicial Circuit Will County, Illinois |
| **Address:** | IL |
| **Status:** | Pending |

| | |
|---|---|
| **Case Title:** | May, Lycia Lynn v. Texas Lobo Trucking Company |
| **Case Number:** | 2:17-cv-00889-KRS-SMV |
| **Nature of Case:** | W/C |
| **Court or Agency's Name:** | In The United States District Court for the District of New Mexico |
| **Address:** | New Mexico |
| **Status:** | Pending |

| | |
|---|---|
| **Case Title:** | Eugene Heath vs. BP Products North America, Inc |
| **Case Number:** | 2013 L 000838 |
| **Nature of Case:** | Personal Injury |
| **Court or Agency's Name:** | In The Circuit Court of The Twelfth Judicial Circuit Will County, Illinois |
| **Address:** | IL |
| **Status:** | Concluded |

Attachment to # 7

Attachment to:

| Employee Name | Check Date | Gross Pay | Net Pay | Description |
|---|---|---|---|---|
| Sturges, Frank L | 06/23/17 | 8,841.35 | 5,025.28 | Salary |
| Sturges, Frank L | 07/07/17 | 8,841.35 | 5,027.28 | Salary |
| Sturges, Frank L | 07/21/17 | 8,841.35 | 5,363.33 | Salary |
| Sturges, Frank L | 08/04/17 | 8,841.35 | 5,575.44 | Salary |
| Sturges, Frank L | 08/18/17 | 8,841.35 | 5,575.44 | Salary |
| Sturges, Frank L | 09/01/17 | 8,841.35 | 5,575.44 | Salary |
| Sturges, Frank L | 09/15/17 | 8,841.35 | 5,575.44 | Salary |
| Sturges, Frank L | 09/29/17 | 8,841.35 | 5,573.44 | Salary |
| Sturges, Frank L | 10/13/17 | 8,841.35 | 5,575.44 | Salary |
| Sturges, Frank L | 10/27/17 | 8,841.35 | 5,575.44 | Salary |
| Sturges, Frank L | 11/10/17 | 8,841.35 | 5,545.28 | Salary |
| Sturges, Frank L | 11/24/17 | 8,841.35 | 6,166.87 | Salary |
| Sturges, Frank L | 12/08/17 | 8,841.35 | 6,166.87 | Salary |
| Sturges, Frank L | 12/22/17 | 8,841.35 | 6,164.87 | Salary |
| Sturges, Frank L | 01/05/18 | 8,841.35 | 5,027.28 | Salary |
| Sturges, Frank L | 01/19/18 | 8,841.35 | 5,027.28 | Salary |
| Sturges, Frank L | 02/02/18 | 8,841.35 | 5,289.22 | Salary |
| Sturges, Frank L | 02/16/18 | 8,841.35 | 5,289.22 | Salary |
| Sturges, Frank L | 03/02/18 | 8,841.35 | 5,289.22 | Salary |
| Sturges, Frank L | 03/16/18 | 8,841.35 | 5,289.22 | Salary |
| Sturges, Frank L | 03/30/18 | 8,841.35 | 5,287.22 | Salary |
| Sturges, Frank L | 04/13/18 | 8,841.35 | 5,289.22 | Salary |
| Sturges, Frank L | 04/27/18 | 8,841.35 | 5,289.22 | Salary |
| Sturges, Frank L | 05/11/18 | 8,841.35 | 5,280.73 | Salary |
| Sturges, Frank L | 05/25/18 | 8,841.35 | 5,280.73 | Salary |
| Sturges, Frank L | 06/08/18 | 8,841.35 | 5,280.73 | Salary |
| Sturges, Frank L | 06/22/18 | 8,841.35 | 5,278.73 | Salary |
| | | | | |
| Sturges, Frank L | 11/17/18 | 10,000.00 | 7,024.44 | MBF Management salary - Reimbursed by MBF Management |
| Sturges, Frank L | 11/17/18 | 15,000.00 | 9,436.47 | MBF Management salary - Reimbursed by MBF Management |

Attachment ⅃ # 30

Attachment to:

| Employee Name | Check Date | Gross Pay | Net Pay | |
|---|---|---|---|---|
| Daniels, Mark W | 06/23/17 | 8,287.85 | 4,254.23 | Salary |
| Daniels, Mark W | 07/07/17 | 8,287.85 | 4,256.23 | Salary |
| Daniels, Mark W | 07/21/17 | 8,287.85 | 4,256.23 | Salary |
| Daniels, Mark W | 08/04/17 | 8,287.85 | 4,628.13 | Salary |
| Daniels, Mark W | 08/18/17 | 8,287.85 | 4,770.08 | Salary |
| Daniels, Mark W | 09/01/17 | 8,287.85 | 4,770.08 | Salary |
| Daniels, Mark W | 09/15/17 | 8,287.85 | 4,770.08 | Salary |
| Daniels, Mark W | 09/29/17 | 8,287.85 | 4,768.08 | Salary |
| Daniels, Mark W | 10/13/17 | 8,287.85 | 4,770.08 | Salary |
| Daniels, Mark W | 10/27/17 | 8,287.85 | 4,770.08 | Salary |
| Daniels, Mark W | 11/10/17 | 8,287.85 | 4,770.08 | Salary |
| Daniels, Mark W | 11/24/17 | 8,287.85 | 4,758.17 | Salary |
| Daniels, Mark W | 12/08/17 | 8,287.85 | 5,275.87 | Salary |
| Daniels, Mark W | 12/22/17 | 8,287.85 | 5,273.87 | Salary |
| Daniels, Mark W | 01/05/18 | 8,287.85 | 4,245.73 | Salary |
| Daniels, Mark W | 01/19/18 | 8,287.85 | 4,245.73 | Salary |
| Daniels, Mark W | 02/02/18 | 8,287.85 | 4,407.00 | Salary |
| Daniels, Mark W | 02/16/18 | 8,287.85 | 4,407.00 | Salary |
| Daniels, Mark W | 03/02/18 | 8,287.85 | 4,407.00 | Salary |
| Daniels, Mark W | 03/16/18 | 8,287.85 | 4,407.00 | Salary |
| Daniels, Mark W | 03/30/18 | 8,287.85 | 4,405.00 | Salary |
| Daniels, Mark W | 04/13/18 | 8,287.85 | 4,407.00 | Salary |
| Daniels, Mark W | 04/27/18 | 8,287.85 | 4,157.00 | Salary |
| Daniels, Mark W | 05/11/18 | 8,287.85 | 4,150.00 | Salary |
| Daniels, Mark W | 05/25/18 | 8,287.85 | 4,150.01 | Salary |
| Daniels, Mark W | 06/08/18 | 8,287.85 | 4,150.00 | Salary |
| Daniels, Mark W | 06/22/18 | 8,287.85 | 4,148.01 | Salary |

| Daniels, Mark W | 11/17/18 | 10,000.00 | 5,949.41 | MBF Management salary - Reimbursed by MBF Management |
| Daniels, Mark W | 11/17/18 | 15,000.00 | 9,016.00 | MBF Management salary - Reimbursed by MBF Management |

**33.    Tax consolidation group**

If the debtor has been a member of a consolidated group for tax purposes within the last 6 years, list the name and employer identification number of the parent corporation.

☐ NONE

| Name of parent corporation | Employer identification number of the parent corporation |
| --- | --- |
| Inspection Leasing, Inc. | 27- 0706535 |

**34.    Pension funds**

If the debtor, as an employer, has been responsible for contributing to a pension fund at any time during the last 6 years, list the name and employer identification number of the fund.

☑ NONE

| Name of pension fund | Employer identification number of the pension fund |
| --- | --- |

Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

## Section 6 Supplement for Chapter 11 Cases

### Part A. Attachment to Voluntary Petition for Non-Individuals (Form 201A)

*Complete this part if the debtor is required to file periodic reports (e.g. - Forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.*

1. Are any of the debtor's securities registered under section 12 of the Securities Exchange Act of 1934? ☐ Yes ☑ No

   If so, what is the SEC file Number? _____

2. The following financial data is the latest available information and refers to the debtor's condition on (date) 06/22/18

   a. Total assets: $ 9,037,384

   b. Total debts (including debts listed in 2.c., below): $ 3,683,432

   c. Debt securities held by more than 500 holders

|  |  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

   d. Number of shares of preferred stock _____

   e. Number of shares of common stock _____

   Comments, if any:

   *I believe this section is N/A as MBF is not a public company reporting to SEC, correct?*

3. Brief description of the debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the debtor's voting securities:

Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

## Part B. Equity Security Holders

List the names and addresses of all equity security holders:

| Name and Address | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | N/A ? |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re **MBF Inspection Services, Inc.** , Case No.: 18-11579

Debtor(s).

## NON-INDIVIDUAL DEBTOR'S OMNIBUS SIGNATURE PAGE AND DECLARATION

Check all that apply:

☐ **Voluntary Petition for Non-Individuals Filing for Bankruptcy (Form 201):** The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in the petition. I have been authorized to file this petition on behalf of the debtor. I have examined the information in the petition and have a reasonable belief that the information is true and correct.

☑ **Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202):** I am the president, another officer, or an authorized agent of the corporation, a member of an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case. I have examined the information in the following documents checked below and have a reasonable belief that the information is true and correct.

    ☑ Schedule A/B: *Assets-Real and Personal Property* (Official Form 206 A/B)

    ☑ Schedule D: *Creditors Who Have Claims Secured by Property* (Official Form206 D)

    ☑ Schedule E/F: *Creditors Who Have Unsecured Claims* (Official Form 206 E/F)

    ☑ Schedule G: *Executory Contracts and Unexpired Leases* (Official Form 206G)

    ☑ Schedule H: *Codebtors* (Official Form 206(H)

    ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

    ☐ Amended Schedule _____

    ☐ Chapter 11 or Chapter 9: *List of Creditors Who have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

    ☐ Other document that requires a declaration: _____

☑ **Statement of Your Financial Affairs for Non-Individuals Filing for Bankruptcy (Form 207):** I have examined the information in the *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

☑ I declare under penalty of perjury that the foregoing is true and correct.

Signature of non-individual debtor's authorized representative
**Frank Sturges**
Printed name
**President**        Executed on   7/6/18
Title

-1-

NM LF 902A (Jan. 2016)
Best Case Bankruptcy

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

In re   **MBF Inspection Services, Inc.** _____   Case No.   18-11579
                                    Debtor(s)                Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   _____7/6/18_____          _____

**Frank Sturges/President**
Signer/Title

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☑ Other document that requires a declaration    **Petition**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/10/18    X _(signature)_
Signature of individual signing on behalf of debtor

**Frank Sturges**
Printed name

**President**
Position or relationship to debtor