UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MBF Inspection Services, Inc.

    Debtor,                                      Case No. 18-11579

                                                      Chapter 11

## DEBTOR'S APPLICATION TO EMPLOY RICH OLSON AS COUNSEL

The Debtor in Possession, MBF Inspection Services, Inc., (the "Debtor"), requests that the Court approve the employment of the Hinkle Law Firm (Rich Olson) as Attorney to Debtor in this bankruptcy case, and to assist Debtor in connection with Class Action matters in this bankruptcy case. In support of this Motion ("Motion") Debtor states:

1. On June 22nd, 2018, (the "Petition Date"), Debtor commenced this bankruptcy case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Pursuant to Bankruptcy Code §§ 1107 (a) and 1108, Debtor has retained possession of their assets, as Debtor in Possession, and is continuing to operate their business.

2. The Debtor has selected this attorney for the reason that the Debtor believes that the attorney possesses the skills and experience necessary to represent it. (See resume attached as Exhibit A.)

3. To the best of the Debtor's knowledge, information and belief, the Hinkle Law firm has no connection with the Debtor, their creditors or any party in interest or their respective attorneys, other than any connections set out in the Affidavits Pursuant to

Rule 2014 of Rich Olson, pursuant to Bankruptcy Rules 2014 and 2016 filed concurrently with this Motion.

4. The Debtor desires to employ attorney according to the terms and conditions of the Retainer Agreement between Counsel and Debtor. Counsel will be paid the hourly rate of $250.00, and $200.00 per hour for associate time. The Debtor should be allowed to pay 75% of it's attorney fees and 100% tax, as well as costs and expenses, on a monthly basis, upon receipt by the Debtor of statement for services rendered, subject to the later approval of those fees by the Court on appropriate Fee Application;

**WHEREFORE** Debtor requests, pursuant to 11 U.S.C. §327 (a, approval of the Court to employ the Hinkle Law Firm as Special Counsel for the Debtor, effective as of the date of filing of this motion, and pursuant to the terms of the listing above, and such other relief as is appropriate.

Respectfully submitted,

B.L.F., LLC

By: _s/ Jennie D. Behles_____
Jennie Deden Behles
P.O. Box 7070
Albuquerque, NM  87194-7070
(505) 242-7004, (505) 242-7066 fax

## Certificate Of Service

I certify that I sent a true and correct copy of the foregoing to the parties listed herein below on August 28th[th], 2018 either through the Court's electronic noticing system, the CM/ECF SYSTEM.

Leonard Martinez-Metzgar
United States Trustee
P.O. Box 608
Albuquerque, NM 87103
Email: leonard.martinez-metzgarusdoj.gov

James   A, Roggow
Roggow Law LLC
205 W Boutz Rd Bldg 2 Ste C
Las Cruces, NM 88005-3259
Email:   jaroggow@qwestoffice.net

Louis Puccini Jr.
Robert D. Gorman P.A.
P.O. Box 25164
Albuquerque, NM 87125-0164
Email:   louis@rdgormanlaw.com


By:     *s/ filed electronically*
        Jennie Deden Behles

# Richard E. Olson



Partner
**Location:**
Roswell, New Mexico
**Phone:**
575-622-6510
**Email:**
**rolson@hinklelawfirm.com**

Richard is chairman of the firm's executive committee and a partner in the Roswell office of Hinkle Shanor LLP. He is the Partner in Charge of the Roswell office. His practice is concentrated in State and Federal Court litigation involving tort, employment, commercial and civil rights matters.

Tort Litigation/Civil Rights - Richard has represented both the prosecution and defense of tort claims in the areas of professional malpractice, products liability, civil rights, premises liability, injuries and accidents in the oil field, industrial accidents and business tort litigation.

Commercial/Oil and Gas Litigation - Richard routinely handles litigation involving commercial and oil and gas matters. These include issues involving royalty disputes, disputes between working interest partners and operators, and surface use, zoning, environmental liability and creditor - debtor issues and the defense of class actions. He has also represented the defense and prosecution in a number of antitrust cases.

Employment Litigation - Mr. Olson has been involved in the prosecution and defense of claims under Title VII, the Age Discrimination in Employment Act, The Americans with Disabilities Act, procedural due process cases, as well as claims under the State Human Rights Act, Fair Labor Standards Act issues, for breach of express and implied employment contracts and breach of restrictive employment covenants.

Mr. Olson received his Bachelor of Arts degree with Honors in 1975 from the University of Mississippi and his law degree in 1978 from Southern Methodist University where he

was a member of the Order of the Coif. He is a member of the State Bar of New Mexico, and the Defense Research Institute. He has been a fellow of the American College of Trial lawyers since 2004. He has been listed as a Best Lawyer in America in Commercial Litigation since its inception, and has been listed as a New Mexico SuperLawyer since 2007. He is a former Roswell city councilman, former member of the New Mexico House of Representatives, and former member of the Board of Trustees of Eastern New Mexico Medical Center in Roswell.

Areas of Practice

- Tort Litigation/Civil Rights
- Commercial/Oil and Gas Litigation
- Employment Litigation

Litigation Percentage

- 80% of Practice Devoted to Litigation

Bar Admissions

- New Mexico, 1978
- U.S. Supreme Court, 1988

Education

- **Southern Methodist University School of Law, Dallas, Texas**
    - J.D. - 1978
    - Honors: Order of the Coif
- **University of Mississippi, Oxford, Mississippi**
    - B.A. *summa cum laude* - 1975
    - Honors: With Honors

Honors and Awards

- Best Lawyers in America

- New Mexico SuperLawyer, 2007 – to date

Professional Associations and Memberships

- Defense Research Institute, Member, 1983 - Present
- Roswell City Council, Councilman, 1986 - 1988
- New Mexico State Representative, 1989 - 1994
- State Bar of New Mexico, Member
- Defense Research Institute, Member
- American College of Trial lawyers, Fellow