Debtor name **MBF Inspection Services, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW MEXICO**

Case number (if known) **18-11579**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Employee Garnishment**<br>**See Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,351.57 | $9,351.57 |
| Date or dates debt was incurred | Basis for the claim:<br>**See Attachment** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Unpaid 401 k**<br>**See Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,183.56 | $17,183.56 |
| Date or dates debt was incurred | Basis for the claim:<br>**See Attachment** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>**Unpaid Insurance**<br>**See Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,333.44 | $10,333.44 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**See Attachments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Unpaid Loan Interest**<br>**See Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,412.73 | $8,412.73 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**See Attachment** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Unpaid Rent** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,500.00 | $8,500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**See Attachment** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Unpaid Taxes**<br>**See Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81,693.82 | $8,500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**A Conrad Neumann**
**3206 CR 325**
**Navasota, TX 77868**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aaron E Bishop**
**168 W Ave H**
**Lovington, NM 88260**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aaron G Esiline**
**2900 Grant Ln**
**Midland, MI 48642**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aaron R. Taschek**
**1720 Old Marlton Pike**
**Marlton, NJ 08053**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.96 |

**Accent Flowers**
**3110 N. Main**
**Roswell, NM 88201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adam Bret Dillon**
**8340 South River Rd.**
**Blue Rock, OH 43720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adam J LeBlanc**
**1133 Fields Hwy**
**DeQuincy, LA 70633**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adam L Schrock**
**P O Box 93**
**Rollins, MT 59931**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adam Michael Crawford**
**1426 Avon Road**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adam Michael Shewey**
**12444 East 225th Road**
**Marshall, IL 62441**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adam R Fieldsted**
**40993 N. Arbor Ave**
**San Tan Valley, AZ 85140**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adrian Newberry**
**3941 Valley Ridge Rd.**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan B Dortch**
**1850 Guywire Rd.**
**Levelland, TX 79336**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan Dexter McDermand**
**PO Box 256**
**Nome, TX 77629**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alan J. Nelson**
**4074 N. Hwy, M-94**
**Manistique, MI 49854**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alan L Niswonger**
**PO Box 146**
**Tioga, ND 58852**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alan M Rafferty**
**2737 NW 140th Street, Apt 1301**
**Oklahoma City, OK 73142**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Albert Charlie Everd**
**612 Steyer Mine Road**
**Oakland, MD 21550**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Albert D Thornton**
**1606 Park Avenue**
**Deer Park, TX 77536**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Albert L LEsperance**
**69 Purgatory Rd.**
**Sutton, MA 01590**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Albert L. Jr Wood**
**6 Crockett Circle**
**Levelland, TX 79336**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alberto Deacon**
**211 South Beach Blvd Space #25**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alberto Ramirez**
**1846 CR 460**
**Brownfield, TX 79316**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alesia S Hybarger**
**1824 Roane St. Hwy 214**
**Harriman, TN 37748**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander Joe Osborne**
**458 State Route 26**
**Lacon, IL 61540**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alfred Jr Pickett**
**PO Box 394**
**Lake, MS 39092**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alfred O. Burt**
**702 NW 12th**
**Andrews, TX 79714**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alice A Hellenschmidt**
**1 Iron Ave**
**Highspire, PA 17034**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Name

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alicia Gomez**
**1411 W Tilden Ave**
**Roswell, NM 88203**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allan A. Johnson**
**PO Box 467**
**Reeds Spring, MO 65737**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen C Wilks**
**4236 S US Hwy 79 South**
**Carthage, TX 75633**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen C. Rutherford**
**7518 Nickaburr Creek Dr**
**Magnolia, TX 77354**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen J LeBlanc**
**308 Lake Crescent Circle**
**Houma, LA 70360**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen W Littlepage**
**2116 FM 51N**
**Weatherford, TX 76085**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37.49 |
|---|---|---|---|

**Allied Digital Security, Inc**
**PO Box 821**
**Roswell, NM 88202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alma S Daniels**
**#3 Del Norte**
**Roswell, NM 88201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alton E Praytor**
**62011 East 340 Road**
**Grove, OK 74344**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alton Smith**
**4800 Primavera Dr**
**Farmington, NM 87401**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alton Wayne Jr Owens**
**5801 Calhoun #243**
**Thornton, AR 71766**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alva Jason Jr Bryan**
**253 Rockwood Drive**
**Victoria, TX 77905**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alvaro Perez**
**2071 Point Loma Dr.**
**Eagle Pass, TX 78852**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alvin H Olson**
**35822 420th Ave SE**
**Fosston, MN 56542**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alvin Willis**
**2395 Road 128**
**Cheyenne, WY 82009**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amalia Luis**
**622 N Ave C**
**Denver City, TX 79323**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amanda Ballinger**
**1505 S. Lea Ave**
**Roswell, NM 88203**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,915.00 |
|---|---|---|---|

**Amanda Craig**
**609 N Goldsmith Ave**
**Goldsmith, TX 79741**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amanda M Craig**
**609 N Goldsmith Ave**
**Goldsmith, TX 79741**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amanda R Thomas**
**1829 N. Breckon**
**Hobbs, NM 88240**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ambrossio Lee Vazquez**
**9802 Peach Street**
**Houston, TX 77093**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,405.17** |
|---|---|---|---|

**American Express**
**PO Box 30384**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1003**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Amy K. Daniels**
**#1 Victoria Ct.**
**Roswell, NM 88201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Amy L Smith**
**400 Springfield Trail**
**Angelton,, TX 77515**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Amy S Headrick**
**506 Collins**
**Irving, TX 75060**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ana N Cleveland**
**803 Venus Drive**
**Roswell, NM 88203**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Analea M. Nelson**
**17231 S. 89th E. Ave.**
**Bixby, OK 74008**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew B Plotts**
**14500 Cutten Rd  Apt 7204**
**Houston, TX 77069**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew James Bacon**
**904 County Road 715**
**Belle, MO 65013**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew T Clendenin**
**141 Silverlake**
**LaMarque, TX 77568**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew T Vivio**
**446 S. Saint Bernard Drive**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew W Gannaway**
**102 Ann Street**
**Spanish Fort, AL 36527**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew W. McCurdy**
**57432 260th Ave.**
**Chariton, IA 50049**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angelika Danielle Mae Steele**
**2580 S. Green Rd.**
**University Heights, OH 44122**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anglia M Shockley**
**424363 E. 1090 Rd**
**Checotah, OK 74426**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 11 of 289

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anna M Di Iorio**
**1683 Westridge Terrace**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony A. Carter**
**PO Box 2595**
**Rockport, TX 78381**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony A. Hill**
**PO Box 449**
**Cortez, CO 81321**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony C. St. Clair**
**6789 Miro Court**
**North Port, FL 34287**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Drew Gist**
**453 East Lakeview Dr.**
**San Tan Valley, AZ 85143**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony J King**
**PO Box 841655**
**Pearland, TX 77584**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Lewis Rice**
**1195 Dawson Road**
**Brighton, TN 38011**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 12 of 289

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Anthony Rice**

**1195 Dawson Road**
**Brighton, TN 38011**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Anthony Shane Cannon**
**24 Rooker Drive**
**Jackson, TN 68305**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Anthony W. Croci**
**402 Main**
**Hope, NM 88250**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Antonio Branic**
**297 N. State College Blvd.**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Arick D Lane**
**10410 S Ocean Dr # 1006**
**Jensen Beach, FL 34957**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Arlyn O. Sollund**
**7260 Mayflower Rd NW**
**Bemidji, MN 56601**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Armando Salazar-Castillo**
**315 Hale Street**
**Kilgore, TX 75662**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Arnold Buell Stark**
**835 Serramonte Drive**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Arron Shane Vigil**
**672 North Cedar**
**Laramie, WY 82072**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Arthur Adam IV Dudley**
**311 Mineral Avenue #217**
**Libby, MT 59923**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Arthur E Richards**
**3424 Parsley**
**Bakersfield, CA 93309**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Arthur L Fleming**
**84 Dogwood Road**
**Roswell, NM 88201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Arthur Young**
**3923 N. Garfield Rd**
**Spokane, WA 99224**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Arturo Villegas**
**2249 Tierra De Paz**
**El Paso, TX 79938**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 14 of 289

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------|---------|

**Ashley Michelle Chenault**
**4008 N Grimes #170**
**Hobbs, NM 88240**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aubrey Edwin Enoex**
**500 Green Wing CT**
**Suffolk, VA 23434**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Audrey A Tsinnie-Gilmore**
**22359 Gull Lake Drive**
**Nisswa, MN 56468**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Audrey Tsinnie-Gilmore**
**22359 Gull Lake Drive**
**Nisswa, MN 56468**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**B. Frank Parker**
**Rt 4 PO Box 83-2**
**Broken Bow, OK 74728**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**B. Leon Reynolds**
**705 Rhetts Run**
**Livingston, TX 77351**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,288.30 |

**Backgrounds Online**
**1915 21st St.**
**Sacramento, CA 95811**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.92**

**Nonpriority creditor's name and mailing address**

**Barry A Stewart**
**215 Private Road 6604**
**Mineola, TX 75773**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Barry E. Corum**
**8439 S. College Ave.**
**Tulsa, OK 74137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Barry R. Irwin**
**5201 Westpark Street**
**Bakersfield, CA 93308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Barry W. Chatman**
**1836 Hwy 278 East**
**Monticello, AR 71655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Ben B Hix**
**185 Postons Chapel Lane**
**Gainesboro, TN 38562**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Benchmark Business Solutions, Inc**
**L-3845**
**Columbus, OH 43260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$31.67**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Benjamin A Bolton**
**2116 W 21st Ave**
**Kennewick, WA 99337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin Bolton**
**2116 W 21st Ave**
**Kennewick, WA 99337**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett T. III Smith**
**272 SCR 87**
**Mize, MS 39116**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennie M. Guy**
**PO Box 3100**
**Hobbs, NM 88241**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bernard E Payne**
**PO Box 1126**
**Rio Vista, CA 94571**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bert T Jones**
**P.O. Box 101**
**Waskom, TX 75692**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bill D Whetham**
**P O Box 217**
**Berthal, ND 58718**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Billie Dewayne Morgan**
**190 Wiley Dyess Rd**
**Carson, MS 39427**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.106**

**Nonpriority creditor's name and mailing address**

**Billy B Hendricks**
**5201 Largo St**
**Farmington, NM 87402**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.107**

**Nonpriority creditor's name and mailing address**

**Billy B Langley**
**302 County Rd. 1711**
**Bay Springs, MS 39422**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.108**

**Nonpriority creditor's name and mailing address**

**Billy D. Crowell**
**165 Rainbow Drive 655**
**Livingston, TX 77399**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.109**

**Nonpriority creditor's name and mailing address**

**Billy Mitchel Wade**
**20113 W. 43rd**
**Boynton, OK 74422**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**Billy W Horton - Deceased**
**43230 Lake Terrace Drive**
**Gonzales, LA 70737**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**Billy W Jr Hester**
**PO Box 1205**
**Kingsland, TX 78639**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**Billy W. Stapleton**
**4680 Hwy 4 East**
**Columbia, LA 71418**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Birch L Lobban**
1614 S Monroe
Amarillo, TX 79102

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blake Matthew Bostick**
6610 Anemone Ct
Arlington, TX 76002

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blake Noble**
3230 Cumberland Rd. #27
Ocean Springs, MS 39564

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bob Dailey Ivy**
3117 N.109th Drive
Avondale, AZ 85392

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bob E. Gatrell**
PO Box 448
Ruidoso Downs, NM 88346

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bob R. Roberts**
3116 Dumont Drive
Odessa, TX 79762

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.53 |
|---|---|---|---|

**Bob Reed Pest Control**
1206 W Hobbs
Roswell, NM 88203

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 19 of 289

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby  Dewane Fambrough**
**440 Lake Dam Rd**
**Blackwell, TX 79506**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby  G Branch**
**4064 US Hwy. 82**
**Mayhill, NM 88339**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby  J Carrera**
**1605 South 17th Street**
**Artesia, NM 88210**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby  L Jr Gooding**
**208 N Church St**
**Fremont, NC 27830**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby A Sr Marcum**
**254 Harmony Lane**
**Woodbury, TN 37190**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby D Carroll**
**3012 Barcelona Dr**
**Roswell, NM 88201**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby David Douglas**
**507 Locust Grove Drive**
**Blanchard, OK 73010**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobby G. Cornett**
**1513 Out of Bounds Dr.**
**Muskogee, OK 74403**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobby G. Davis**
**20454 Saucier-Fairley Rd**
**Saucier, MS 39574**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobby J Swatsenbarg**
**1118 W 8th St**
**Okmulgee, OK 74447**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobby J. Newman**
**6117 Carl St**
**Farmington, NM 87402**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobby K Brandow**
**PO Box 7664**
**Shonto, AZ 86054**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobby L. Jackson**
**1884 CR 1720**
**Grapeland, TX 75844**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobby Lovelady**
**6100 W Rockwell Road**
**Amarillo, TX 79118-2062**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby R Calder**
20160 Hill Lane
Kemp, TX 75143

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby R. Wall**
14391 S FM Rd 225
Douglass, TX 75943

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby S Burt**
410 E. Main St. #44
Atlanta, TX 75551

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby W. Painter**
9161 Hwy 62 W
Imboden, AR 72434

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bolero L. Rawlins**
P.O. Box 301
Shamrock, TX 79079

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bolivar Sarmiento**
2202 Southwest 52nd Main
Cape Coral, FL 33914

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Booker Inabinett**
PO Box 701
Mammoth Spring, AR 72554

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 22 of 289

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boyd B. Gamblin**
**PO Box 698**
**Anahuac, TX 77514**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boyd E Haugrose**
**14126 47th Lane NW #623**
**Williston, ND 58801**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brad R Most**
**39 Sundance Cir**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley C Powell**
**101 Goldeneye Lane**
**Hallsville, TX 75650**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley K Brooks**
**27044 Wilson Rd.**
**Henryetta, OK 74437**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley L. Poston**
**38325 Highway 75**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley Scott Durbin**
**763 Town Hollow Rd**
**Anderson, MO 64831**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley W Roney**
**1220 Brookhaven St**
**Ardmore, OK 73401**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon  W. Brown**
**444 Crystal Acres Road**
**Hespeus, CO 81326**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon D Hogle**
**4350 Noddins Rd**
**Belding, MI 48809**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon F. Cowen**
**504 Hawthorne**
**Benton, AR 72015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon L Pate**
**1101 Ogden Dr**
**Colmesneil, TX 75938**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon M. Lane**
**E 17900 Scenic Drive**
**Fall Creek, WI 54742**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon Thomas Price**
**3047 Carpenter Lp SE**
**Lacey, WA 98503**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.155**

Nonpriority creditor's name and mailing address
**Brendan Glen McCaskell**
**6098 Branch Rd**
**Smithdale, MS 39664**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.156**

Nonpriority creditor's name and mailing address
**Brendt W Baker**
**508 N Wyoming**
**Roswell, NM 88201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.157**

Nonpriority creditor's name and mailing address
**Brent A Sultemeier**
**1903 Tower Dr.**
**Carlsbad, NM 88220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.158**

Nonpriority creditor's name and mailing address
**Brent Rosi**
**3549 Simsbury Ct.**
**Carlsbad, CA 92010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.159**

Nonpriority creditor's name and mailing address
**Brent Smith**
**9632 Franklin Road**
**Hagerstown, IN 47346**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.160**

Nonpriority creditor's name and mailing address
**Brett M. Greenwalt**
**16398 East Wyoming Drive**
**Aurora, CO 80017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.161**

Nonpriority creditor's name and mailing address
**Brett P. Tirlia**
**92 North Triangle Drive**
**Plymouth, MA 02360**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

Case 18-11579-t11     Doc 56     Filed 08/30/18     Entered 08/30/18 15:35:55 Page 25 of 289

| | |
|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** |

**Brian A. Thurman**
**3850 E. 380 Rd.**
**Talala, OK 74080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** |

**Brian C McInnes**
**691B CR 2900**
**Aztec, NM 87410**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** |

**Brian D Anton**
**P O Box 851**
**Forsyth, MO 65653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** |

**Brian D Shelton**
**1900 Hwy 589**
**Oak Grove, LA 71263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** |

**Brian E. Mowry**
**191 Stepping Stone Rd.**
**Somerset, PA 15501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** |

**Brian E. Rock**
**32 Last Resort Lane**
**Blairsville, GA 30512**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** |

**Brian J Schexnayder**
**160 El Pinto**
**Lumberton, TX 77657**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Keith Evans**
**2005 S 7th Street**
**Temple, TX 76504**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Keith Thrasher**
**90 S. Harmony Dr**
**Janesville, WI 53545**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian L Hicks**
**15115 Sheffield Terrace**
**Channelview, TX 77530**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian M Logan**
**3010 English Lane Apt 718**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian P Schuman**
**777 Ludwig Dr.**
**Bayfield, CO 81122**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian S Matis**
**461 Leisenring-Vanderbilt Road**
**Vandervbilt, PA 15486**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian S. Baker**
**1008 Hopi**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian Scott Neihardt**
**6446 North 41 1/2 Road**
**Manton, MI 49663**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian T. Rawls**
**77 Davis Lake Drive**
**Rayville, LA 71269**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brice D. Rogers**
**12020 CR 23.25**
**Cortez, CO 81321**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bridget Hebert Adams**
**313 Patrick Drive**
**Schriever, LA 70395**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Britt J. Jones**
**5086 US Hwy 278**
**Emmet, AR 71835**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brittany Marie Hogle**
**106 Hogan Lane**
**Bryan, OH 43506**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brittany T. Amador**
**P. O. Box 4223**
**Roswell, NM 88202-4223**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce E. Dainwood**
**PO Box 464**
**Foreman, AR 71836**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce Curtis Gunter**
**2016 Maple Rd.**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce K. Ferguson**
**8275 Gravilhill Road**
**Bronson, TX 75930**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce L. Larson**
**37595 Driftwood Road**
**Pillager, MN 56473**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce V Miller**
**1566 Mineral Point Rd.**
**Mineral Point, PA 15942**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce Wayne Kain**
**1967 Cook Road**
**Powhatan, VA 23139**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Keith Malone**
**712 West Ave.**
**Levelland, TX 79336**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.190**

Nonpriority creditor's name and mailing address
**Bryan D. McLain**
**101 Chataigneir St.**
**Euinice, LA 70535**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.191**

Nonpriority creditor's name and mailing address
**Bryan L. Hulegaard**
**2348 206th Ave**
**St. Croix Falls, WI 54024**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.192**

Nonpriority creditor's name and mailing address
**Bryan Malone**
**712 West Ave.**
**Levelland, TX 79336**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.193**

Nonpriority creditor's name and mailing address
**Bryanna D Molinar**
**711 S Ohio**
**Roswell, NM 88203**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.194**

Nonpriority creditor's name and mailing address
**Bud J Gould**
**674 N. 2800 E**
**St. Anthony, ID 83445**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.195**

Nonpriority creditor's name and mailing address
**Bunice Harol Fuller**
**19633 St. Hwy 49**
**Lawton, OK 73507**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.196**

Nonpriority creditor's name and mailing address
**Byron K Walshak**
**157 Patton Lane**
**Sandia, TX 78383**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

---

**3.197**   **Nonpriority creditor's name and mailing address**

**C J Billiot**
**1107 Acadian Dr.**
**Houma, LA 70363**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.198**   **Nonpriority creditor's name and mailing address**

**C. Lamont Wharton**
**13230 W. Kodiak Dr.**
**Sun City West, AZ 85375**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199**   **Nonpriority creditor's name and mailing address**

**Calan R. Wilcox**
**403 W Gieger**
**Talco, TX 75487**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.200**   **Nonpriority creditor's name and mailing address**

**Calbert C. Thomas**
**2601 N. A Street**
**Midland, TX 79705**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.201**   **Nonpriority creditor's name and mailing address**

**Caleb J Walker**
**20 Cherry Hill Lane**
**North Fork, ID 83466**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.202**   **Nonpriority creditor's name and mailing address**

**Cameron J Parks**
**271 River Birch Street**
**Durango, CO 81301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203**   **Nonpriority creditor's name and mailing address**

**Capitol One**
**PO Box 30285**
**Salt Lake City, UT 84130-0287**

Date(s) debt was incurred __

Last 4 digits of account number __4460__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$3,458.57**

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.204** Nonpriority creditor's name and mailing address
**Carey S. Herring**
**128 N. Grant St.**
**Belleville, WI 53508**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.205** Nonpriority creditor's name and mailing address
**Carey T Robertson**
**11403 Iberia Drive**
**Houston, TX 77065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.206** Nonpriority creditor's name and mailing address
**Carl J. Hester**
**9696 W Hwy 31**
**Corsicana, TX 75110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.207** Nonpriority creditor's name and mailing address
**Carl L. Ward**
**141 Scenic Drive**
**Hot Springs, AR 71913**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.208** Nonpriority creditor's name and mailing address
**Carl R Langan**
**1610 Main Street**
**Bloomsburg, PA 17815**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.209** Nonpriority creditor's name and mailing address
**Carl R. Stevens**
**864 Edgemont Rd**
**Quitman, AR 72131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.210** Nonpriority creditor's name and mailing address
**Carl S. Hubble**
**16331 Hwy 16 N**
**Medina, TX 78055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carlos A Zubia**
**2013 89th Street**
**Lubbock, TX 79423**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carlton Reggie Jr Seaman**
**PO Box 1853**
**Hilltop Lakes, TX 77871**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caroll Daily**
**13103 Hwy 10**
**Gore, OK 74435**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,599.75 |
|---|---|---|---|

**Carpet Clinic, Inc**
**722 S. Sunset, Suite B**
**Roswell, NM 88203**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Casey Chadborn**
**602 Locust St**
**Clayton, NM 88415**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Casey J Schumacher**
**5815 82nd St**
**Lubbock, TX 79424**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Casey P Walsh**
**1606 E. 3rd St.**
**Superior, WI 54880**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Casey R Crider**
**1107 Wyandotte St**
**Seneca, MO 64865**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Casey W Chadborn**
**602 Locust St**
**Clayton, NM 88415**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cassandra E Thompson**
**259 E FM 1238**
**Iredell, TX 76649**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cecil E. Mashburn**
**12654 170th**
**Lynwood, KS 66052**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cecil Walters**
**1409 W. Aztec Blvd Suite 5**
**Aztec, NM 87410**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cecilia A Lorch**
**2902 S. Willis Street**
**Abilene, TX 79605**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Celso Gomez**
**P.O. Box 385**
**Blanco, NM 87412**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad A. Knight**
**700 S. Houston**
**Shamrock, TX 79079**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad A. Pennington**
**2409 Eunice**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Allan Coole**
**1016 S. Houston St**
**Shamrock, TX 79079**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad B Zellitti**
**331 CR 302**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad C. Hughey**
**50875 Shenandoah Rd.**
**Caldwell, OH 43724**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad D Duhon**
**1432 Winfred Road**
**Rayne, LA 70578**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad W Sallee**
**R212 N 13th St**
**Artesia, NM 88210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chad W Spencer**
**13820 Bellows Path**
**San Antonio, TX 78256**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chad W White**
**8700 Maple Glen Dr.**
**Chardon, OH 44024**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chad Wayne Petit**
**45403 161st Ave**
**Clearbrook, MN 56634**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chance A Vaughn**
**517 Arch St**
**Baird, TX 79504**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles A Jr Whitmire**
**3650 Maryzell Lane**
**Pocatello, ID 83201**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles B LeBlanc**
**3009 John Reddit Dr. Ste E 177**
**Lufkin, TX 75904**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles B. Hill**
**300 Arvin Street**
**Bakersfield, CA 93308**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Brad Bevans**
**9440 Highbridge Rd.**
**Wilburton, OK 74578**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles D King**
**216 Tasono**
**Victoria, TX 77904**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles D Wright**
**13121 Fort Lake Rd**
**Grand Bay, AL 36541**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles D. Bergan**
**1156 77th St.**
**Victoria, MN 55386**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles D. Graham**
**4031 Karen Elizabeth Dr**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles D. Harris**
**609 Kokopelli Dr.**
**Aztec, NM 87410**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Doug Whitehorn**
**P.O. Box 666**
**Pawhuska, OK 74056**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles E Thompson**
**1108 N. Grayson**
**Hobbs, NM 88240**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles E. Galbraith**
**7151 S. Douglas Blvd**
**Guthrie, OK 73044**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles F Conrad**
**1602 Madison Ave**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles Fred Pinell**
**2741 Chalet Av Droite "B"**
**Lake Charles, LA 70605**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles G Hebert**
**404 N. Patrick O'Toole**
**Erath, LA 70533**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles K Bridges**
**5947 Beech Springs Rd.**
**Quitman, LA 71268**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles King**
**216 Tasono**
**Victoria, TX 77904**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

---

**3.253**

**Nonpriority creditor's name and mailing address**

**Charles L Veretto**
**454 Bear Ridge Rd**
**Bowie, TX 76230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.254**

**Nonpriority creditor's name and mailing address**

**Charles L. Johnson**
**CR 2380 House #26**
**Aztec, NM 87410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.255**

**Nonpriority creditor's name and mailing address**

**Charles Lester Bollinger**
**PO Box 532**
**Dumas, TX 79029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.256**

**Nonpriority creditor's name and mailing address**

**Charles N. Jr Allen**
**5124 Harvard Drive**
**Bartlesville, OK 74006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.257**

**Nonpriority creditor's name and mailing address**

**Charles P Masters**
**PO Box 112**
**Panaca, NV 89042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.258**

**Nonpriority creditor's name and mailing address**

**Charles R Lawhon**
**4324 Locust Ave.**
**Odessa, TX 79762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.259**

**Nonpriority creditor's name and mailing address**

**Charles R Morgan**
**115 North 13th Street**
**Ponchatoula, LA 70454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles R. Grinnell**
**1487 Yorkview Dr.**
**Gloucester Point, VA 23062**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Roland Thompson**
**497 CR 5120**
**Salem, MO 65560**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles S. Johnson**
**445 Barker Road**
**Sycamore, PA 15364**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Tom Drake**
**126 Private Road 7043**
**Buna, TX 77612**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles W. Thibodeaux**
**169 Rue Savanna**
**Opelousas, LA 70570**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles W. Zalmanzig**
**1201 NE 12th Street**
**Wagoner, OK 74467**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Wes Elbe**
**792 S Dade 185**
**Everton, MO 65646**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles Wilkerson**
**757 Bee Bayou Rd.**
**Rayville, LA 71269**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charleston Larue Lambert**
**1008 Broadview Lane**
**Summit, MS 39666**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charlie A. Main PREFERRED LIST**
**5605 Avena Atrada**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charlie S. Anderson**
**22316 Overlook Drive**
**Panama City Beach, FL 32413**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charlotte Marie Vigil**
**672 North Cedar**
**Laramie, WY 82072**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Chelsea A Bowman**
**614 N Halagueno**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Chester S Barker**
**PO Box 270**
**Graham, TX 76450**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 41 of 289

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris  L. Wofford**
**5381 Nale Road**
**Indianola, OK 74442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275** **Nonpriority creditor's name and mailing address**
**Christine W Livingston**
**5910 Lakeside Dr.**
**Erie, IL 61250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.276** **Nonpriority creditor's name and mailing address**
**Christopher  L Lovett**
**1515 Kingsbridge**
**San Antonio, TX 78253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.277** **Nonpriority creditor's name and mailing address**
**Christopher  M Barrett**
**4411 South 13th Street**
**Omaha, NE 68107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278** **Nonpriority creditor's name and mailing address**
**Christopher A Devine**
**237 Town Center West #335**
**Santa Maria, CA 93458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279** **Nonpriority creditor's name and mailing address**
**Christopher A Pugh**
**7166 Hazelbrook Dr S**
**Mobile, AL 36619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280** **Nonpriority creditor's name and mailing address**
**Christopher D Bell**
**1031 E. Line**
**Sapulpa, OK 74066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher D Johnson**
**15914 Cobblestone Lake Pkwy.**
**Apple Valley, MN 55124**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher D Rice**
**4967 Dodson Branch Rd.**
**Cookeville, TN 38501**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Dupree Roach**
**682 Whitetail Drive**
**Hummelstown, PA 17036**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher G. Heaps**
**2525 Snow Hill Road**
**Chuluota, FL 32766**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher J Hollier**
**505 Ophelia Boone Rd**
**Opelousas, LA 70570**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher J Morris**
**P O Box 458**
**Crane, MO 65633**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher J. Grado**
**2705 W Richardson**
**Artesia, NM 88210**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher L Swink**
PO Box 176
Tunkhannock, PA 18657

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher L. Boss**
10140 SW Molly Ct.
Tigard, OR 97223

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher L. Meade**
397920 W 1200 Rd
Dewey, OK 74029

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher M Wambeke**
1708 27th Ave NW
Minot, ND 58703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cindy J Bamesberger**
407 Powell Street
Rock Springs, WY 82901

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cindy L Morris**
PO Box 626
Franklin, KY 42135

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarence Kendle Caples**
1129 Main St
Brownville, NE 68321

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clark K DeLaney**
**1845 Egypt Ridge Rd**
**Spencer, WV 25276**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clay H Stilley**
**1905 W. Thomas Street**
**Hammond, LA 70401**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clayton Howell**
**168 Timber Ridge**
**Lucedale, MS 39452**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clayton Martin**
**23415 CR 3185**
**Kilgore, TX 75662**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clayton Todd Reynolds**
**1230 W Alabama St**
**Hobbs, NM 88242**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cliff M. Neeley**
**RR 1 Box 4787**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cliff R Davis**
**1728 County Road 326**
**Ignacio, CO 81137**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 45 of 289

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clifford B Saunders**
9810 Autumn Serenade Ct.
Bakersfield, CA 93211

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clifford E Hixson - Deceased**
PO Box 3
Ralston, OK 74650

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clifford Neal McGarraugh**
2620 Wolflin Village
Amarillo, TX 79109

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clifford R. Tatum**
529 Boucher Rd.
Valliant, OK 74764

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clinton D. Dollar**
16141 N. Hwy 550
Aztec, NM 87410

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clinton L Jones**
2582 County Road 357
Dublin, TX 76446

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clinton N Babcock**
PO Box 745
Carlsbad, NM 88221

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cloyd A Lilley**
**7437 Mountain Road**
**Port Royal, PA 17082**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cloyd Donnie Smith**
**P O Box 1326**
**Jal, NM 88252**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clyde Jr Kramme**
**PO Box 2285**
**Bloomfield, NM 87413**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody D. Burt**
**75 Rodman Lane**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody J Frederick**
**575 Dutch Ridge Road**
**Ellwood City, PA 16117**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody Jacob Chandler**
**7727 Hunters Peak Ln**
**Baytown, TX 77523**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Colby L Thorssen**
**11442 370th St.**
**Bagley, MN 56621**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colette Bilquist**
PO Box 146
Bainville, MT 59212

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colleen K Dunker-Shequen**
36145 Aztec Rd.
Motley, MN 56466

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Collin James McElrath**
14134 E County Road 1517
Lindsay, OK 73052

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colt R. Linam**
7248 E US Hwy 270
McAlester, OK 74501

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colten J Riordan**
1425 E. Brown St
Paris, AR 72855

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colton Lee Underwood**
35 Underwood Lane
Pell City, AL 35125

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Concho Resources, Inc.**
c/o Corey Devine
1201 Louisiana Street, Suite 850
Houston, TX 77002

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Indemnity__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Connie Combs Tackett**
**HC 62 Box 1425**
**Salyersville, KY 41465**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Connie J Funk**
**7959 County Road 684**
**Sweeny, TX 77480**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Connor W. Rennels**
**PO Box 1661**
**Clinton, OK 73601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corbett W Fryar**
**162 Skyline Trail**
**Lakehills, TX 78063**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corina R. Guire**
**PO Box 727**
**Nucla, CO 81424**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cortland M Teague**
**465548 E 981 Rd**
**Sallisaw, OK 74955**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cory D Hislop**
**188 Manor Drive**
**Libby, MT 59923**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 49 of 289

| | | |
|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Cory Gene Kennett**
**610 Poplar**
**Farmington, NM 87401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Cory M. Halberg**
**205 2nd Ave**
**Wakefield, MI 49968**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Cory V Heckard**
**6426 N Davis Lane**
**Hobbs, NM 88242**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Courtney J. Morain**
**5091 Hwy 10**
**Washington, LA 70589**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Courtney P Carlson**
**5066 South Rockmount Rd**
**Poplar, WI 54864**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.335 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Crystal J Lehmann**
**12640 FM 2025**
**Cleveland, TX 77328**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.336 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Crystal M Rossi**
**1662 Ivy Ct.**
**Schereville, IN 46375**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis J. Taylor**
**900 Calzada Ct.**
**Bakersfield, CA 93309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis L Neilsen**
**3242 North Kings Hwy**
**Luther, MI 49656**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis L. DeVille**
**P O Box 2337**
**Mills, WY 82644**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis W George**
**210 E. Memorial Dr.**
**Broken Bow, OK 74728**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cynthia K Phillips**
**835 Pillowville Rd.**
**Gleason, TN 38229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**D. L. McKeefer**
**PO Box 693**
**Eufala, OK 74432**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dafton E Lambert**
**125 S. Main #106**
**McAlester, OK 74501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dale E Evans**
**692 Scanlon Road**
**Decatur, MS 39327**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dale K. Kelley**
**1203B E. Grand**
**Marshall, TX 75670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dallas G Neely**
**7500 39th Ave SE**
**Lacey, WA 98503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Damon Chad Wickson**
**1010 S Cutting Street**
**Breckenridge, TX 76424**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dan H Farley**
**401 Sosebee Bend**
**Wetherford, TX 76088**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dan K. McKeever**
**12301 W. Forrest Hills**
**Guthrie, OK 73044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dane A Moreland**
**11844 E. Bolognesi Rd.**
**Lake Nebagamon, WI 54849**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dane G. Anderson**
**29613 Friendship Trail**
**La Plata, MO 63549**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel  Lee Garrison**
**472 Main Ave W**
**Turtle River, MN 56601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel  R Lovett**
**22 Sunnybrook Lane**
**Haughton, LA 71037**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel A. Palmer**
**61 Mine Street**
**Flemington, NJ 08822**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Adam McInnes**
**80 Homestead Circle**
**Bayfield, CO 81122**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel B Williams**
**1248 Mountain Air Trail**
**Fort Worth, TX 76131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel B. Ray**
**992 CR 184**
**Carthage, TX 75633**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel Chavez**
**10340 County Loop 213**
**Webb City, MO 64870**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel Eric Forsse**
**1768 Leggitt Crossing**
**Pioneer, LA 71266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel J Arnold**
**15427 N. 169th Lane**
**Surprise, AZ 85388**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel J II Egner**
**18390 Valley Ave**
**Collinsville, OK 74021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel J Partridge**
**22 Snow Pond Road**
**Oakland, ME 04963**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel J. Boggs**
**3318 Kingford Pl**
**Bossier City, LA 71112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel L Zurkuhlen**
**4909 Tazewell Pike**
**Knoxville, TN 37918**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Daniel P Johnson**
**3717 South Merrivale Way**
**Meridian, ID 83642**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  __Stat.labor__

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| 3.366 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel P. Williams**
**688 Cooper Anderson Road**
**Jackson, TN 38305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  __Stat.labor__

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| 3.367 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel R Flores**
**46552 Swazey Rd**
**Louisville, OH 43754**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  __Stat.labor__

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| 3.368 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel R Jr Holmes**
**166 Ulman Stockstill Rd**
**Picayune, MS 39466**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  __Stat.labor__

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| 3.369 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel R Walsh**
**374 South Westshore Drive**
**Sault Saint Marie, MI 49783**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  __Stat.labor__

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| 3.370 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel Scott McInnes**
**311 Broken Arrow**
**Roswell, NM 88201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  __Stat.labor__

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| 3.371 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel T Kuhns**
**57198 Batesville Road**
**Quaker City, OH 43773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  __Stat.labor__

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 55 of 289

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.372**

**Nonpriority creditor's name and mailing address**
Daniel T. Jr Chesner
17515 Cline Ave
Lowell, IN 46356

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.373**

**Nonpriority creditor's name and mailing address**
Danny E Mansell
10108 Qual Lane
Stanwood, MI 49346

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.374**

**Nonpriority creditor's name and mailing address**
Danny G. Day
505 Day Road
Monroe, LA 71292

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.375**

**Nonpriority creditor's name and mailing address**
Danny L. Russell
P.O. Box 640
Kirbyville, TX 75956

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.376**

**Nonpriority creditor's name and mailing address**
Danny McKee Penn
P O Box 110
Benton, AR 72018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.377**

**Nonpriority creditor's name and mailing address**
Danny P Walker
PO Box 1058
Sommerville, TX 77879

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.378**

**Nonpriority creditor's name and mailing address**
Danny R Bauer
24808 S 622 Rd
Grove, OK 74344

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.379**

**Nonpriority creditor's name and mailing address**
**Danny R Lehman**
**135 Springs Edge Dr**
**Montgomery, TX 77356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.380**

**Nonpriority creditor's name and mailing address**
**Danny Ray Jr. Rudder**
**#65 Road 3451**
**Flora Vista, NM 87415**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.381**

**Nonpriority creditor's name and mailing address**
**Daren D Thomason**
**23253 Hall Road**
**Sedalia, MO 65301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.382**

**Nonpriority creditor's name and mailing address**
**Darin D Thompson**
**4715 Lake George Lane**
**Austib, TX 78754**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.383**

**Nonpriority creditor's name and mailing address**
**Darlene J. Nix**
**PO Box 659**
**Swartz, LA 71281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.384**

**Nonpriority creditor's name and mailing address**
**Daron W Morgan**
**406 West Briar Court**
**Overton, TX 75684**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.385**

**Nonpriority creditor's name and mailing address**
**Darran L Ledoux**
**979 Chanterberry Rd**
**Opelousas, LA 70570**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darrel L Hughes**
**118 Peach Street**
**Cochran, GA 31014**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darrell E Glenn**
**14 Evergreens Ln**
**Everton, MO 65646**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darrel E Jack**
**4311 Nicklaus Street**
**Midland, TX 79705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darrell L Cloud**
**3187 Rebecca St**
**Ingleside, TX 78362**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darrell W. Vickery**
**13525 Scotts Ridge Rd**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darren L Bishop**
**2875 Damascus Road**
**Susquehanna, PA 18847**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darren R Burton**
**589 Snowfall Ct.**
**Howell, MI 48843**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Darwin Ray Graninger**
1211 Ave J
Levelland, TX 79336

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | | Unknown |
|---|---|---|---|

**Daryl Clayton Seaman**
4715 Co Hwy 29
Hamilton, AL 35570

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | | Unknown |
|---|---|---|---|

**Daryl R. Howell**
406 Pecan Loop
Baytown, TX 77523

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | | Unknown |
|---|---|---|---|

**Dave A Williams**
P O Box 249
Eufaula, OK 74432

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | | Unknown |
|---|---|---|---|

**David  J. Fulmele**
631 Front Street
Freeland, PA 18224

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | | Unknown |
|---|---|---|---|

**David  W Williams**
310 E Tennyson Ave
Tecumseh, OK 74873

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | | Unknown |
|---|---|---|---|

**David A Michael**
5230 Redwood Lane
Midlothian, TX 76065

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David A Webb**
3006 Woodstone Dr.
Baytown, TX 77521

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David B Gillentine**
11015 Atwell Dr.
Houston, TX 77096

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David B Woollett**
4768 Canopy Lane
Oakley, CA 94561

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David C Blurton**
3349 Halverson Way
Roseville, CA 95661

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David C Goodspeed**
583 Brookside
Baily, CO 80421

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David C III Jones**
21185 Highway 31
Flomaton, AL 36441

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David Clint Daniels**
17177 Co Rd 223
Arp, TX 75750

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.407** Nonpriority creditor's name and mailing address

**David E Jr Brown**
**222 Cypress Lane**
**Natchitoches, LA 71457**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.408** Nonpriority creditor's name and mailing address

**David E Juarez**
**10521 Wildwood Dr**
**Tyler, TX 75707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.409** Nonpriority creditor's name and mailing address

**David E Russell**
**13530 CR 28**
**Dolores, CO 81323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.410** Nonpriority creditor's name and mailing address

**David E. Brown Jr.**
**222 Cypress Lane**
**Natchitoches, LA 71457**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

$4,977.00

---

**3.411** Nonpriority creditor's name and mailing address

**David F Cordray**
**1902 Three Towers Rd.**
**Chandlersville, OH 43727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.412** Nonpriority creditor's name and mailing address

**David Gardner Sensing**
**3176 Brookside Dr Apt #4**
**Traverse City, MI 49686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.413** Nonpriority creditor's name and mailing address

**David H Kole**
**203 W Dunlap Rd**
**Clare, MI 48617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 61 of 289

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David J Sr Smith**
**97 Lintel Dr**
**McMurray, PA 15317**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David J. Cushman**
**30 Monrose Ave.**
**Colonia, NJ 07067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David K Grogan**
**227 Liberty St.**
**Pittsfield, IL 62363**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David K. Stone**
**3000 Keith Allen Drive**
**Sedalia, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David L Bailey**
**33 Terrace Ave**
**Warwick, RI 02889**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David L Berryman**
**709 E Scharbauer**
**Hobbs, NM 88240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David L Berryman**
**709 E Scharbauer**
**Hobbs, NM 88240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 62 of 289

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David L Canfield**
PO Box 1517
Trout Creek, MT 59874

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David L Cooper**
PO Box 303
Schulter, OK 74460

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David L Fuentes**
213 Pat Street
Levelland, TX 79336

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David L Haga**
1185 C.R. 314
Ignacio, CO 81137

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David L Jr Estelle**
1436 Brocktown Road
Monroeton, PA 18832

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David L Moody**
21452 West Hammond
Porter, TX 77365

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David M Vasconi**
98 Airport Road
Mercer, PA 16137

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David M. Jenkins**
**4102 Eaton Dr.**
**Santa Fe, TX 77510**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David M. Lewis**
**704 West Hwy 60**
**Plant City, FL 33567**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David P Truitt**
**2504 Owen K Garriot Rd #107**
**Enid, OK 73703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Ryan Dickey**
**957 Mullican Rd**
**Baskin, LA 71219**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David S Jones**
**2206 Carnaby Court**
**Lehigh Acres, FL 33973**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David S Weise**
**5078 Benner Highway**
**Clayton, MI 49235**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Shane Newman**
**114 E Conner**
**Eastland, TX 76448**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David Shane Wilkinson**
**4500 Ussery Rd.**
**Jefferson, AR 72079**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David W Condon**
**1957 Allison Street**
**Graham, TX 76450**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David W Jr Butler**
**293 West St.**
**Lunenburg, MA 01462**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David W Lozier**
**P.O. Box 928**
**Lander, WY 82520**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dean C. Carlson**
**8266 S. Ross RD**
**South Range, WI 54874**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dean R Grubb**
**4806 Stanton Road**
**Oxford, MI 48371**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dean'a R Hathaway**
**2504 Owen K Garriot Rd #107**
**Enid, OK 73703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debbie L. Burgess**
P.O. Box 1212
Winnie, TX 77665

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debra A Simmons**
P O Box 484
Carlsbad, NM 88221

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debra J Blevins**
912 Jackson 323 E
Bradford, AR 72020

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debra J Kinney**
182 Kinney Lane
Cameron, WV 26033

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debra Lovelady**
6100 West Rockwell Road
Amarillo, TX 79118

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delbert J. Boone**
1832 Bentley Drive
Las Cruces, NM 88001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delon D Morgan**
166 Wiley Dyess Rd
Carson, MS 39467

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 66 of 289

| | |
|---|---|
| **3.449**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Dena Renae Allen**<br>**2070 SE 1000**<br>**Andrews, TX 79714** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Stat.labor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.450**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Dennis C Hudson**<br>**230 Anderson County Road 160**<br>**Palestine, TX 75801** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Stat.labor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.451**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Dennis D Fieldsted**<br>**PO Box 253**<br>**Waterflow, NM 87421** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Stat.labor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.452**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Dennis D Mayon**<br>**209 Bel-air Drive**<br>**New Iberia, LA 70563** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Stat.labor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.453**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Dennis Decker**<br>**2012 CR 214**<br>**Durango, CO 81303** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.454**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Dennis E Decker**<br>**2012 CR 214**<br>**Durango, CO 81303** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Stat.labor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.455**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Dennis L. McKinney**<br>**110 Woodland Way**<br>**Drumright, OK 74030** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Stat.labor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dennis P Cokely**
**184 Main Street**
**Genesee, PA 16923**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dennis Robert Fontaine**
**5753 Hwy 85 N. 5874**
**Crestview, FL 32536**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Densel M Stewart**
**14 Stewart Place**
**Carriere, MS 39426**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Denton E Frazier**
**1500 E. Main Street**
**Coldwater, KS 67029**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Denver Cox**
**PO Box 57**
**Jennings, OK 74038**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dereece D. Throckmorton Deceased**
**1606 E Main**
**Mountain View, AR 72560**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Derek M. Belley**
**23 Spruce Road**
**Grotan, MA 01450**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 68 of 289

Name

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.463** Nonpriority creditor's name and mailing address

**Derek W Migrants**
**26 Sawyer Way**
**Leominster, MA 01453**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.464** Nonpriority creditor's name and mailing address

**Derick J Okada**
**12065 Wheeling St**
**Brighton, CO 80601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.465** Nonpriority creditor's name and mailing address

**Derrick D Fieldsted**
**1118 N. Fronter**
**Bloomfield, NM 87413**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.466** Nonpriority creditor's name and mailing address

**Derrick J Breaux**
**117 Paul St**
**Pierre Part, LA 70339**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.467** Nonpriority creditor's name and mailing address

**Derrill B Birmingham**
**125 Parkwest Dr.**
**West Monroe, LA 71291**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.468** Nonpriority creditor's name and mailing address

**Derward Scott Brooks**
**6018 Stonechase Blvd**
**Pace, FL 32571**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.469** Nonpriority creditor's name and mailing address

**Devonn P Lumpkins**
**531 Timbergrove**
**Livingston, TX 77351**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

3.470   **Nonpriority creditor's name and mailing address**
**Deward Ray Stone**
**1200 Lakeair Drive #262**
**Waco, TX 76710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.471   **Nonpriority creditor's name and mailing address**
**Dewey R Stewart**
**46 County  Road 2396**
**Aztec, NM 87410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.472   **Nonpriority creditor's name and mailing address**
**Dewey W Holden**
**2002 N Perkins Ferry Rd**
**Lake Charles, LA 70611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.473   **Nonpriority creditor's name and mailing address**
**Dickie D Downs**
**12201 Crownover Mill Rd.**
**Mount Sterling, OH 43143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.474   **Nonpriority creditor's name and mailing address**
**Dina L Pollock**
**57 Rd 2650**
**Aztec, NM 87410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.475   **Nonpriority creditor's name and mailing address**
**Don  L. Mize**
**1863 A / CR 2017**
**Glen Rose, TX 76043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.476   **Nonpriority creditor's name and mailing address**
**Don C McCuan**
**6801 Canaletto Ave.**
**Bakersfield, CA 93306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 70 of 289

| 3.477 | **Nonpriority creditor's name and mailing address**<br>**Don H. Koenig**<br>**11 County Road #506**<br>**Bayfield, CO 81122** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Stat.labor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 | **Nonpriority creditor's name and mailing address**<br>**Don L Fieldsted**<br>**3128 E. La Costa Place**<br>**Chandler, AZ 85249** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Stat.labor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 | **Nonpriority creditor's name and mailing address**<br>**Don O Kaufman**<br>**P O Box 1**<br>**Alcova, WY 82620** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Stat.labor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.480 | **Nonpriority creditor's name and mailing address**<br>**Don R. Denton**<br>**P.O. Box 1121**<br>**Clarendon, TX 79226** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Stat.labor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 | **Nonpriority creditor's name and mailing address**<br>**Don W Evans**<br>**115 Marion**<br>**Meadowlakes, TX 78654** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Stat.labor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 | **Nonpriority creditor's name and mailing address**<br>**Don W Wielenga**<br>**165 N Mill Iron Rd**<br>**Muskegon, MI 49442** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Stat.labor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.483 | **Nonpriority creditor's name and mailing address**<br>**Donald E Crowley**<br>**1404 Northwood Dr**<br>**Marble Falls, TX 78654** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Stat.labor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 71 of 289

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald E Sallee**
7427 Roswell Hwy.
Artesia, NM 88210

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald E. Strege**
7328 Palace Ct. NE
Bemidji, MN 56601

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Hathorn**
11924 Caney Creek Dr
Daphne, AL 36526

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald K Stanford**
3505 Lampkin Road
Moss Point, MS 39562

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Lynn Johnston**
7670 Grabault Rd.
Bastrop, LA 71220

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald M Peifer**
276 Dautrich Rd.
Reading, PA 19606

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald R Jr Hirschfeld**
174 Sorenson Road
Clarendon, PA 16313

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald R Westfall**
823 N 100 W
Tooele, UT 84074

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald R. Hirschfeld**
165 Rainbow Dr. 6546
Livingston, TX 77399

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald W. Harmon**
P.O. Box 1318
Anahuac, TX 77514

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dorothy Jeannie Williams**
PO Box 603
Talco, TX 75487

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Doug D Grammer**
27394 East 758 Rd
Wagoner, OK 74467

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Douglas  D. Hess**
2127 Arbor Trail
Walker, MI 49534

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Douglas E Forman**
4575 W Barron Rd
Summit, MS 39666

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas K Helfrich**
**3285 Saddleback Rd #A5**
**Park City, UT 84098**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas Keith Taylor**
**528 CR 1546**
**Hughes Spring, TX 75656**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas R DeSeyn**
**940 Skelton Rd**
**Thermopolis, WY 82443**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas R Hammock**
**8448 Parkdale Dr**
**North Richland Hills, TX 76182**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas R Nicoski**
**12113 US Hwy 2**
**Maple, WI 54854**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas S Farley**
**546 CR 125**
**Hesperus, CO 81326**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas W II Richardson**
**104 Ivy Drive**
**Hendersonville, TN 37075**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 74 of 289

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Doy Lee Bone**
10164 Magnolia Rd
Irving, AL 36544

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Doyle Leroy Gellerman**
8018 Stage Coach Rd
Melba, ID 83641

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Drago R. Pejatovic**
430 E Packwood Ave
Maitland, FL 32751

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Duane J Handford**
20700 Twin Lakes Road
Frenchtown, MT 59834

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Duane McGough**
P O Box 146
Wright City, OK 74766

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Duglas A Sirios**
774 Saguaru St
Belfield, CO 81122

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dustan E Halford**
8718 W. Highlands Crossing
Highlands, TX 77562

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Stat.labor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dustin R. Andrews**
**424 NW 13th St.**
**Grand Rapids, MN 55744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | | Unknown |

**Dustin B Campbell**
**3006 Bandolina**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | | Unknown |

**Dustin Campbell**
**3006 Bandolina**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | | Unknown |

**Dustin Cody Story**
**59 Wasinger Dr.**
**Bayfield, CO 81122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | | Unknown |

**Dustin Lee Marshall**
**2351 N Coolidge Ave**
**Harrison, MI 48625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | | Unknown |

**Dustin Leon Wren**
**1069 Lake Carrie Dr.**
**Lake Placid, FL 33582**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | | Unknown |

**Dwayne E Lott**
**P O Box 518**
**Farmland, IN 47340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 76 of 289

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Earl Carter Mitchell**
**1724 Troy Smith Rd.**
**Monroe, GA 30656**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Stat.labor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Earl D. Tuttle**
**314 Sue St.**
**Houston, TX 77009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Stat.labor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eddie Davis**
**3230 Somerset Ct. SE**
**Conyers, GA 30013**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Stat.labor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eddie H Sellers**
**PO Box 823**
**Artesia, NM 88211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Stat.labor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eddie Lee Wilsey**
**16550 Highway 95**
**Marsing, ID 83639**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Stat.labor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eddie Sellers**
**PO Box 823**
**Artesia, NM 88211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Edgar Mejia**
**253 Nottingham Trail**
**San Angelo, TX 76901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Stat.labor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Edmond Loya - Deceased**
**12129 Arbor Lake Road**
**Rhome, TX 76078**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward A Kistler**
**238 West Loyalhanna St.**
**Ligonier, PA 15658**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward E Dillon**
**RR 81 1454**
**Koshkonong, MO 65692**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward E. Folk**
**12350 W. Louise**
**Odessa, TX 79764**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward F Welsh**
**105 Bedilion Road**
**Waynesburg, PA 15370**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward H Chubb**
**1308 Upton Dr**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward J. Studer**
**113 E. Sheridan Ave.**
**Somerset, OH 43783**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Name

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward L. Goodyear**
**3903 Willowview Blvd.**
**Louisville, KY 40299**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward R Shequen**
**36145 Aztec Rd**
**Motley, MN 56466**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward R. Maus**
**111 Balsam Street**
**Johnstown, PA 15909**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward Vargas**
**6760 Cayton Street**
**Houston, TX 77061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward W Read**
**1079 Hwy 392**
**Hornbeck, LA 71439**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward W Shook**
**1001 Ave N**
**Sunray, TX 79086**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward W. Remer**
**392 Morrison Creek Rd.**
**Iron River, MI 49935**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Edwin D. Armour**
**1480 Anderson Co. Rd 2206**
**Palestine, TX 75803**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Efren Jimenez**
**833 E. Denver**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elbert A. Jr Yates**
**39197 Bayou Pigeon Road**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eldon Lawrence Jowers**
**522 CR 4150**
**Clifton, TX 76634**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eli J Wall**
**PO Box 1250**
**Tulsa, OK 74571**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elizabeth  Renee Ebright**
**5062 W. River Road**
**Mount Pleasant, MI 48858**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elizabeth A Garlinger**
**1720 S. Union Ave**
**Roswell, NM 88203**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ellen G. Maxey**
**1903 Gulf Fwy, Spot #35**
**La Marque, TX 77568**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elliott Bazan**
**1101 Hazelton Street**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elliott Candelaria**
**1212 Lupine Rd.**
**Bloomfield, NM 87413**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elton L Pennington**
**6220 S. Morris Rd.**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elton Pennington**
**6220 S. Morris Rd.**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elvin J. Bancroft**
**P.O. Box 1326**
**Wodward, OK 73802**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elvis Barker**
**P.O. Box 75**
**Jarreau, LA 70749**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.76 |
|---|---|---|---|

**Emerald Lawn & Sprinkler**
**1526 N. Kansas**
**Roswell, NM 88201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emery III Butler**
**4340 Sandy Ave. S.E.**
**Canton, OH 44707**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emily C Molinar**
**715 S Cedar**
**Roswell, NM 88203**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric L Dyer**
**8 S 12th St**
**Barron, WI 54812**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric R Wendlandt**
**6541 Grand Lake Rd**
**Saginaw, MN 55779**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric Reese Deville**
**P.O. Box 277**
**Pine Prairie, LA 70576**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric W. Cusson**
**PO Box 398**
**Ray, ND 58849**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.561 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Erica C Henderson**
**810 S Main St Apt #6**
**Towanda, PA 18848**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Erick W. Sizemore**
**702 S. Muskogee Street**
**Sapulpa, OK 74066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Erik D Harris**
**133 N. Friendswood Dr**
**Friendswood, TX 77546**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Erik L Jensen**
**6897 Harding Rd**
**Valley Springs, CA 95252**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Erik X Mendoza**
**1675 Maxwell Street**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Ernest R Grimes**
**123 Craynes Run Rd.**
**Waynesburg, PA 15370**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Ernesto F. Partida**
**4103 War Admiral Dr.**
**Pasadena, TX 77503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernesto Segovia**
**709 W Coal**
**Hobbs, NM 88240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernie J Tyson**
**PO Box 901**
**Oologah, OK 74053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernie Tyson**
**PO Box 901**
**Oologah, OK 74053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eugene A. Szarkowski**
**2526 87th Ave. SE**
**Jamestown, ND 58401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eugene Rowland**
**1021 N Rodgers**
**Vian, OK 74962**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Everett Ray Jr Palmer**
**2421 Hayes Rd**
**Mineral Wells, TX 76067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**F Gail Russell**
**2718 Old Country Club Rd**
**Pearl, MS 39208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Faith McMillian**
**296 Peaceful Valley Rd**
**Roswell, NM 88201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fasha L. Griffin**
**1047 May Drive**
**Onalaska, TX 77360**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Felipe Gonzales**
**114 Hoggatt St.**
**Sanford, TX 79078**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Felipe R Aragon**
**12 County Rd 3179**
**Aztec, NM 87410**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Felix Jr Martinez**
**114 Margaret Ln**
**Del Rio, TX 78840**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ferol L Murusky**
**38307 E. 147th Pl.**
**Keenesburg, CO 80643**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Floyd L Sims**
**PO Box 1251**
**Eunice, NM 88231**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Francis T Patton**
**4830 Blue Water Circle**
**Granbury, TX 76049**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Francisco Arras Dominguez**
**1506 Churchill Ave.**
**Wolfforth, TX 79382**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank  J Horacek**
**815 8th St. South**
**St. James, MN 56081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank  R Blaydes**
**PO Box 579**
**Calvert, TX 77837**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank A Russo**
**PO Box 68**
**Breaux Bridge, LA 70517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank D. Brown**
**2175 N Trikell Rd #A-9**
**Casa Grande, AZ 85122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank D. Brown**
**2175 N Trikell Rd #A-9**
**Casa Grande, AZ 85122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank G. Jr Garbin**
1322 Deena Rd
Ocean Springs, MS 39564

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank L III Raya**
2109 Woodbine Ave
Manteca, CA 95337

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank L Sturges**
2708 Gaye Drive
Roswell, NM 88201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank R Hillyard**
2110 McCaleb Rd
Montgomery, TX 77316

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frankie R Tolbert**
13708 Saracennia Road
Moss Point, MS 39562

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fred A Mathisen**
1407 21st Ave N
Texas City, TX 77590

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fred D Marchetti**
2925 E. 93rd Place Apt 2005
Tulsa, OK 74137

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fred G Louis**
**117 Cibolo Creek Drive**
**Georgetown, TX 78633**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fred M Irlanda**
**4031 N Boyt St**
**Port Bolivar, TX 77650**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fred R. Densmore**
**8526 Hwy 17**
**Oak Grove, LA 71263**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Freddie W. Kinnison**
**PO  Box 57**
**Kempner, TX 76539**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Freddy G. Campo**
**PO Box 112**
**Lone Grove, OK 73443**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gabe Jones**
**603 Ridgecrest Dr.**
**White Oak, TX 75693**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gabriel J Roeder**
**1616 Jefferson St**
**Duluth, MN 55808**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.603**

**Nonpriority creditor's name and mailing address**
**Gabriel O Betancourt**
**4919 Shady Oaks Lane**
**Friendswood, TX 77546**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.604**

**Nonpriority creditor's name and mailing address**
**Garrett D Malouin**
**59 Marquette Street**
**Gardner, MA 01440**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.605**

**Nonpriority creditor's name and mailing address**
**Garrett R Todd**
**671 Walsh Rd.**
**Hudson, WI 54016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.606**

**Nonpriority creditor's name and mailing address**
**Garrett W Dougay**
**221 Summerwood**
**Sulfer, LA 70663**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.607**

**Nonpriority creditor's name and mailing address**
**Garry Myers**
**269 Emerson**
**Lucedale, MS 39452**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.608**

**Nonpriority creditor's name and mailing address**
**Garry W VanGilder**
**551 NW 10th Lane**
**Lamar, MO 64759**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.609**

**Nonpriority creditor's name and mailing address**
**Gary B Hopper Deceased**
**14881 Jordan Ct**
**Glenpool, OK 74033-6010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 89 of 289

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary Brooks**
**2848 Cochrane Loop**
**McAlester, OK 74501**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary C. Anderson**
**8264 Weaver Rd.**
**Fillmore, NY 14735**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary C. Cleaver**
**600 Little Rabbit Drive**
**Aztec, NM 87410**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary C. McBride**
**327 Young Rd.**
**Wilson, OK 73463**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary D Hargrove**
**11 Sul Tre Rd**
**Los Lunas, NM 87031**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary D Jr Albrecht**
**1626 East FM 389**
**Round Top, TX 78954**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary D Klug**
**3004 Colfax**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 90 of 289

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary D Sr Albrecht**
**1626 East FM 389**
**Round Top, TX 78954**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary D. Folk**
**12350 W. Louise**
**Odessa, TX 79764**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary Don Bradford**
**3538 ArkLa Rd.**
**Kilbourne, LA 71253**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary Don Cox**
**HC 60 Box 3495**
**Clayton, OK 74536**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary Don Melton**
**9525 OK Hwy. 22**
**Kenefic, OK 74748**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary Dwayne Beeson**
**112 Loblolly Lane NE**
**Brookhaven, MS 39601**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary E Burnfield**
**2009 Oak Leaf Drive**
**Portland, TX 78374**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary E Cooper**
**176 Deer Oaks Drive**
**Lake Hills, TX 78063**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary E Webb**
**PO Box 1055**
**Hurley, MS 39555**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Eugene Brooks**
**2848 Cochrane Loop**
**McCallister, OK 74501**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Gibb B. Cron**
**209 Davis Ave SW**
**Flaxton, ND 58737**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary J Sinnen**
**2465 Auburn Dr**
**Victoria, MN 55386**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Klug**
**3004 Colfax**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary L Harvey**
**519 American Legion Road**
**Deridder, LA 70634**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary L Jr Anderson**
P.O. Box 476
Fred, TX 77616

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary L Marshall**
812 Lynchburg Highway
Mulberry, TN 37359

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary L Stewart**
909 East 1st Street
Rural Valley, PA 16249

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary L. Roebuck**
3708 McKinley Drive
Plano, TX 75023

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary Lynn Carson**
201 E. C.R. 1995
Kingsville, TX 78363

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary M Jaasko**
1146 Ingot St.
Hancock, MI 49930

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary Mark Dearman**
14024 Dream River Trail
Haslet, TX 76052

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 93 of 289

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Marshall**
**812 Lynchburg Highway**
**Mulberry, TN 37359**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary R Irwin**
**1933 Suntrail**
**Troy, MO 63379**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary R. Nash**
**12113 Cty Rd 348**
**Sidney, MT 59270**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Rees**
**790241 S 3400 RD**
**Tryon, OK 74875**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary W Alexander**
**15068 Old Atlanta Hwy**
**Vivian, LA 71082**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary W Eure**
**60131 Transmitter Rd.**
**Lacombe, LA 70445**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary W. Widmark**
**3825 Mission Rd. NE**
**Bemidji, MN 56601**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.645**

**Nonpriority creditor's name and mailing address**
**Gavin T. Feist**
**132 Cherrywood Drive**
**Mineral Point, PA 15942**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.646**

**Nonpriority creditor's name and mailing address**
**Gayla Christy Stanford**
**3505 Lampkin Road**
**Moss Point, MS 39562**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.647**

**Nonpriority creditor's name and mailing address**
**Gayle V. Redd**
**329 Swiss Circle**
**Crowley, TX 76036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.648**

**Nonpriority creditor's name and mailing address**
**Gene  B Hillyard**
**182 Shingle Hollow Rd**
**Jersey Shore, PA 17740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.649**

**Nonpriority creditor's name and mailing address**
**George A. Dean**
**15A Road 5173**
**Bloomfield, NM 87413**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.650**

**Nonpriority creditor's name and mailing address**
**George A. Herrera**
**2011 Rebecca Ct.**
**Roseville, CA 95661**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.651**

**Nonpriority creditor's name and mailing address**
**George C Pendergraft**
**1443 Hottel Springs Rd**
**Seneca, MO 64865**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**George E. Upky**
25530 S. Mulberry Meadow
Claremore, OK 74019

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**George L. Jr Martens**
PO Box 2056
Woodville, MS 39669

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**George Pat Burton**
379152 East 1180 Rd.
Wetumka, OK 74883

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**George Randall II Grey**
10660 Freetown Rd
Vicksburg, MS 39183

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**George W Wolfe**
2313 Clark Dr.
La Marque, TX 77568

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gerald C Jr Durall**
P.O. Box 1630
Cortez, CO 81321

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gerald Dwyane Jr Short**
P.O. Box 44
Burger, TX 79007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerald E. Newell**
P.O. Box 1001
Woodward, OK 73802

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerald G Therrell**
375 Roma Rd
Waskom, TX 75692

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerald Jude Jr Barras**
2002 Gray Falls
Houston, TX 77077

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerald L. Kaiser**
6300 Taylor Street
Frederick, CO 80530

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerald Miller**
3801 Yorkshire St.
Farmington, NM 87402

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerard P Frost**
10920 Glen Brooke St.
Beaumont, TX 77713

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerry Lee Breshears**
202 Saint Matthew Road
Broken Bow, OK 74728

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

3.666 **Nonpriority creditor's name and mailing address**
**Gilbert Joseph Gonzales**
**3401 Wrenwood St**
**Bakersfield, CA 93309**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.667 **Nonpriority creditor's name and mailing address**
**Ginger M Brown**
**1825 Poplar St**
**Abilene, TX 79602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.668 **Nonpriority creditor's name and mailing address**
**Glenn A Bray**
**123 CR 2390**
**Aztec, NM 87410**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.669 **Nonpriority creditor's name and mailing address**
**Glenn D. Capps**
**304 E. McDonald Rd.**
**Plant City, FL 33567**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.670 **Nonpriority creditor's name and mailing address**
**Glenn Dale Viola**
**4074 Harrisonbro Road**
**Montgomery, LA 71454**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.671 **Nonpriority creditor's name and mailing address**
**Glenn M Richard**
**314 Ellison Rd**
**Sulphur, LA 70665**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.672 **Nonpriority creditor's name and mailing address**
**Glenn R. Short**
**6880 Durango Circle**
**Beaumont, TX 77708**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Glennis F. Leigh**
**806 6th St.**
**Pawnee, OK 74058**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Glynn A Wyatt**
**1312 Harper St**
**Poplar Bluff, MO 63901**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Glynn E Jr Estess**
**PO Box 181**
**Osyka, MS 39657**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,798.68 |
|---|---|---|---|

**Glynn Estess**
**PO Box 181**
**Osyka, MS 39657**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gordon D Smith**
**625 William Harris Road**
**West Monroe, LA 71292**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Greg  K. Taylor**
**PO Box 1**
**Ivel, KY 41642**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Greg Forse**
**16 RD 5511**
**Bloomfield, NM 87413**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 99 of 289

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gregg G Reichert**
**2012 Mapleleaf**
**Collinsville, IL 62234**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gregg W. Wiley**
**1502 Bellaire Blvd.**
**Alvin, TX 77511**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gregory  C Worley**
**132 Grandpappy Drive**
**Denison, TX 75020**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gregory A Storms**
**Rt 5 Box 234**
**Eufaula, OK 74432**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gregory A. Schloer**
**377 Anawanda Ave**
**Pittsburgh, PA 15228**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gregory B Strickland**
**15211 63rd Place North**
**Laxahatchee, FL 33474**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gregory G. Williams**
**348 Pine Tree Rd**
**Litchfield, ME 04350**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gregory H. Lindsay**
PO Box 438
Sapulpa, OK 74067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address |
|---|---|

**Gregory K Campbell**
311 Wood Road
Grafton, WV 26354

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address |
|---|---|

**Gregory Keith Jr Branson**
22667 Robin Hood Drive
Twain Heart, CA 95383

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address |
|---|---|

**Gregory M. Davis**
1736 HWY 135
Winsboro, LA 71295

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address |
|---|---|

**Gregory Paul Jenkins**
449 CR 1240
Vinemont, AL 35179

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address |
|---|---|

**Gregory R Eisenhour**
300 S. 1st Street #126
Donna, TX 78537

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address |
|---|---|

**Gus Thomas Bergeron**
283 Hwy. 665
Montegut, LA 70377

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gustavo Velasquez**
P.O. Box 802
Clyde, TX 79510

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**H Michael Shook**
20516 Lakeshore Drive
Thornton, TX 76687

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Haley M Boozer**
5902 Shadow Creek Court
Baytown, TX 77523

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hank S. Roper**
201 County Road 1241
Fairfield, TX 75840

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harold L Pigg**
8705 151st Street
Wolfforth, TX 79382

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harold Ray Carroll**
118 Cascade Spring Rd
Hohenwald, TN 38462

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harold Todd Nelson**
2507 North County Road 1110
Midland, TX 79706

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harold Wayne Medford**
**1637 Lenland Ave**
**Knoxville, TN 37920**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harold Wes Cooper**
**13501 Ranch Road 12 Suite 103 Box 124**
**Wimberley, TX 78676**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harry D Boyington**
**11361 Elaine Drive**
**Stockton, AL 36579**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harry H Capes**
**5411 Ricci**
**Wichita Falls, TX 76302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harry Lee Jr Horstmann**
**114 Lincoln Ridge Circle**
**Monroe, LA 71203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harvey Dale Rudd**
**HC 60 Box 8D**
**Fencelake, NM 87315**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Haskell Joe Thompson**
**479 Sheldon Road**
**Susquehanna, PA 18847**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset?  ☒ No  ☐ Yes

---

---

**3.708**

**Nonpriority creditor's name and mailing address**

**Hatchet Construction**
**PO Box 6003**
**Roswell, NM 88202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$500.00**

---

**3.709**

**Nonpriority creditor's name and mailing address**

**Hayward J. Paul**
**301 Post Oak**
**Livingston, TX 77351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.710**

**Nonpriority creditor's name and mailing address**

**Heath Taylor Holman**
**1179 Greenbriar Drive**
**New Lexington, OH 43764**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.711**

**Nonpriority creditor's name and mailing address**

**Helen Samora**
**1032 Crescent Drive**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.712**

**Nonpriority creditor's name and mailing address**

**Henry L. Dupree**
**9864 Hwy 98 East**
**Smithdale, MS 39664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.713**

**Nonpriority creditor's name and mailing address**

**Herbert E. Loftin**
**14910 Lanai Drive**
**Cove, TX 77523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.714**

**Nonpriority creditor's name and mailing address**

**Herman M. Hollingsworth**
**72 Gazebo St.**
**Huntsville, TX 77340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Herman Ray Jr Nutt**
**10326 Hwy 270**
**Malvern, AR 72104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

**Homer Dean Strait**
**616 Kriston Lane**
**Azle, TX 76020**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

**Howard B Belk**
**3340 Charles Ave (Rear Apt)**
**Groves, TX 77619**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

**Howard Dean Stewart**
**PO Box 520**
**Broken Bow, OK 74728**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

**Howard Leslie Thomas**
**PO Box 133**
**Sutherland Springs, TX 78161**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

**Howard Wake Inabinette**
**1201 Big Bear Rd**
**Vancleave, MS 39565**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

**Hubert L III Trawick**
**PO Box 1711**
**Martinsburg, WV 25402**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.722** Nonpriority creditor's name and mailing address

**Hugh Curtis Kinnett**
**1810 Leach Road**
**Cedargrove, TN 38321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.723** Nonpriority creditor's name and mailing address

**Hulon Robert Sizemore**
**9100 CR 2170**
**Whitehouse, TX 75791**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.724** Nonpriority creditor's name and mailing address

**Ian P. Campbell**
**10233 Sarle Road**
**Freeland, MI 48623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.725** Nonpriority creditor's name and mailing address

**Ignacio Jr Hernandez**
**15726 Cuttysark St**
**Corpus Christi, TX 78418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.726** Nonpriority creditor's name and mailing address

**Intak Rental & Supply, LLC**

**Houma, LA 70361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

$1,555.00

---

**3.727** Nonpriority creditor's name and mailing address

**Iona G. Camp**
**Rt. 1, Box 277**
**Hartshorn, OK 74547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.728** Nonpriority creditor's name and mailing address

**Ira Shawn Hunt**
**5538 CR 2648**
**Royse City, TX 75189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 106 of 289

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack A Lee**
**2119 Rice**
**Levelland, TX 79336**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack A Little**
**21011 Cimarron Parkway**
**Katy, TX 77450**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack A. Brown**
**3646 Kenowa Avenue SW**
**Grandville, MI 49418**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack D Cochran**
**112 Clipper Ct**
**New Bern, NC 28562**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack D Little**
**311 Sunset Drive**
**Cumberland, MD 21502**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack D. Nelson**
**11658 Oak Knoll Court**
**Fontana, CA 92337**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack D. Pierce**
**14055 S 305th East Ave**
**Coweta, OK 74429**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack D. Scarbrough**
**PO Box 8454**
**Tyler, TX 75711**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack E. Hight - Deceased**
**PO Box 233**
**Christoval, TX 76935**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack H. Beebe**
**215 Grand Street**
**Carmen, OK 73726**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack R. Sager**
**24155 S. 4120 Rd.**
**Claremore, OK 74019**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack W Pittman**
**#12 Timber Wolf**
**Mayhill, NM 88339**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackie A. Jobes**
**7275 Hancock Ridge Rd**
**Martinsville, IN 46151**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackie Windell II Terry**
**34804 290th Ave.**
**Wister, OK 74966**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 108 of 289

| | |
|---|---|
| 3.743 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|

**Nonpriority creditor's name and mailing address**

3.743
Jackqueline A. Richard
33030 Tamina Rd
Magnolia, TX 77354

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.744
Jacob Allen Higgins
2378 Track Rd
Melba, ID 83641

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.745
Jacob B Hankins
513 Oriole Lane
Shreveport, LA 71105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.746
Jacob D. Horton
P O Box 886
Bridgeport, TX 76426

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.747
Jacob D. Kutschenreuter
8656 Buckskin Trail
Minocqua, WI 54548

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.748
Jacob E Lepich
15603 CR 7170
Rolla, MO 65401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.749
Jacob G Yoder
2741 SWCR 769
Arcadia, FL 34266

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Ruesch**
**2124 W. 3950 S**
**Roy, UT 84067**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Yeager**
**545 Knolls Circle**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James  L. Collins**
**8980 Highway 2**
**Oak Grove, LA 71263**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James A III Yawn**
**3210 Santana Drive**
**Porter, TX 77365**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James A Klug**
**605 N. Chestnut**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James A Lester**
**610 S. Dickerson**
**Mobeetie, TX 79061**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James A. Kasecky**
**208 Red Mill Road**
**Ebensburg, PA 15931**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

Official Form 206 E/F
Schedule E/F: Creditors Who Have Unsecured Claims
Page 110 of 285

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 110 of 289

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James A. Pond**
**1188 Bison Trail**
**Broken Bow, OK 74728**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James A. Tilley**
**2187 St Hwy 233**
**Winfield, AL 35594**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James B Bollhorst**
**9 Reese Hollow Rd**
**Countersport, PA 16915**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James B Bryan**
**851 Gomez Rd**
**El Paso, TX 79932**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James B. McAlpin**
**2650 Lacie Drive**
**Cookeville, TN 38506**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Bruce Ashcroft**
**520 Winter Solstice**
**Farmington, NM 87401**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James C. McMichael**
**430 Park Drive**
**Whitesville, NY 14897**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**James C. Thurber**
**3607 10th Road**
**Bark River, MI 49807**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.765 |

**Nonpriority creditor's name and mailing address**
**James Chris Vaughn**
**115 Red Oak Lane**
**Conroe, TX 77304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.766 |

**Nonpriority creditor's name and mailing address**
**James D Pruitt**
**222 Lido Isle Way**
**Bakersfield, CA 93314-4772**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.767 |

**Nonpriority creditor's name and mailing address**
**James D. Lewis**
**90 Green Tree Drive**
**Belgrade, MT 59714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.768 |

**Nonpriority creditor's name and mailing address**
**James D. Woodruff**
**P.O. Box 1047**
**Deer Park, TX 77536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.769 |

**Nonpriority creditor's name and mailing address**
**James E II Wilborn**
**361 S. Cameno Del Rio**
**Durango, CO 81303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.770 |

**Nonpriority creditor's name and mailing address**
**James E. Jr Kjerulff**
**P.O. Box 6**
**Garden Prarie, IL 61038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James E. Marino**
**1555 Church Drive**
**Kalispell, MT 59901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Stat.labor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**James E. Sr. Wilborn**
**P O Box 1107**
**Mount Vernon, TX 75457**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Stat.labor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**James Edmund Jr Ault**
**16250 N River Road**
**Pemberville, OH 43450**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Stat.labor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**James Gordon Jones**
**147 Dutchman Creek Rd**
**Elkin, NC 28621**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Stat.labor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**James H. Hill**
**115 N 34th Street**
**Nederland, TX 77627**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Stat.labor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**James Henry Goodman**
**130 West Cherokee**
**Skiatook, OK 74070**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Stat.labor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,197.73** |

**James Isanhart**
**4920 Pompano Dr.**
**New Port Richey, FL 34652**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Stat.labor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 113 of 289

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James J Bertrand**
1325 E. Santa Fe Street
Hobbs, NM 88242

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James J Olsen**
P O Box 1072
Boulder, MT 59632

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James J. Musselwhite**
200 Alps Dr.
Hohenwald, TN 38462

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,393.43 |
|---|---|---|---|

**James Jenkins**
2101 Blood Bend Rd
Saint Landry, LA 71367

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Jessie Lee**
1098 Davisville Road
Lufkin, TX 75901

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James K Mangum**
1901 E. 19th St.
Roswell, NM 88201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James K Martin**
300 East Elmore Loop
Shepherd, TX 77371

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Kenneth Richards**
15310 Devin Lane
Crosby, TX 77532

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,423.46 |
|---|---|---|---|

**James Klug**
605 N. Chestnut
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Klug**
605 N. Chestnut
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James L Jones**
1335 County Hwy. FF
Brule, WI 54820

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James L Short**
2783 W 83rd St South
Muskogee, OK 74401

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James L. Brannon**
3615 Franklin Ave #292
Waco, TX 76710

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James L. Tilton**
1225 Sandusky Drive
Eudora, KS 66025

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James M Crowe**
**714 W. Maple Street**
**Rawlins, WY 82301**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James M Dopheid**
**7718 Citadel Peak**
**Converse, TX 78109**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James M Gallacher**
**188 Rainbow Drive**
**Livingston, TX 77399**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James M Isanhart**
**4920 Pompano Dr**
**New Port Richey, FL 34652**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James M Silvia**
**28857 Avd De Las Flores**
**Menifee, CA 92587**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James M. Vaught**
**P.O. Box 113**
**North Zulch, TX 77872**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Marion Vick**
**40 CR 3148**
**Aztec, NM 87410**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 116 of 289

| 3.799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James O Allison**
**900300 Oak Hill Drive**
**Chandler, OK 74834**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James O. Pierce**
**218 Glade Road**
**Jackson, GA 30233**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James R Choate**
**798 Highway 485**
**Natchitoches, LA 71457**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James R McKenzie**
**PO Box 30218**
**Midland, TX 79712**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James R Miller**
**1359 Brandywine Rd**
**Crown Point, IN 46307**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James R Warburton**
**2005 Rd. 48**
**Pasco, WA 99301**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James R. Casolari**
**4050 Coon Creek LN**
**Flora, IL 62839**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Name

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James R. Yeomans**
**529 W 7th Street**
**Cortez, CO 81321**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Ree Smith**
**14239 Cellini Dr**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Ronnie Jenkins**
**2101 Blood Bend Road**
**Saint Landry, LA 71367**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Silvia**
**28857 Avd De Las Flores**
**Sun City, CA 92587**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James T. III Connor**
**2638 Whipple Ave**
**Orange Park, FL 32073**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Thomas Bogut**
**N76811126 Street**
**Prescott, WI 54021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Tim Buckley**
**342 CR 1711**
**Bay Springs, MS 39422**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Tom Dooley**
**1104 E. Boynton St.**
**Hamilton, TX 76531**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James V Rossi**
**22 Fuller Way**
**Plymouth, MA 02360**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James W Amos**
**113 Enterprise Circle**
**Sycamore, PA 15364**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James W Bloodhart**
**1506 E 19th St**
**Roswell, NM 88201**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James W Eppler**
**P O Box 237**
**London, TX 76854**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James W Jr Upton**
**2731 Indian Creek Blvd**
**Oklahoma City, OK 73120**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James W Paul**
**214 CR 310**
**Cleveland, TX 77327**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James W Taber**
**851 Grapevine Lane**
**Prescott, AZ 86305**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**James W. Mullen**
**3020 63rd Street**
**Port Arthur, TX 77640**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Jameson Lee Peschel**
**PO Box 451**
**Pawnee, OK 74058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Jamie L Sizemore**
**4676 N Grant Ave**
**Harrison, MI 48625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Jamie T Seagraves**
**11076 Sandhurst Dr.**
**Boise, ID 83709**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Jamon K. Gatte**
**417 Iowa St**
**Lake Arthur, LA 70549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Janet Stephenson**
**21850 Oak Leaf Lane**
**Bullard, TX 75757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jared M L Curnett**
**8758 7 Mile Road**
**Evart, MI 49631**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jared R Groce**
**10680 CR 244**
**Caldwell, TX 77836**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jarrit Dubbs Walock**
**37723 Hwy 27**
**Hillman, MN 56338**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jarrod A Lattinville**
**5506 Wedgefield Rd**
**Granbury, TX 76049**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason A. Lamber**
**9972 Cassowary Drive**
**Conroe, TX 77385**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason Audie Harrell**
**25245 Zodiac Lane**
**Punta Gorda, FL 33983**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason C. Rhoudes**
**2401 SE 3000**
**Andrews, TX 79714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 121 of 289

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Gerald Buckley**
413 Persimmon Cv.
Florence, MS 39073

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Hale**
638 Bernard Rd
Pioneer, LA 71266

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason J Lannet**
4730 US Hwy 45 S
Bruce Crossing, MI 49912

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason J Miller**
780 Scroggins Lane
Waller, TX 77484

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason L Hale**
638 Bernard Rd
Pioneer, LA 71266

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason M Kowalski**
1031 21st Street
Wyandotte, MI 48192

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason M. McInnes**
6187 CR 510
Bayfield, CO 81122

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason P Charlet**
**105 Grand Coupe Lane**
**Pierre Part, LA 70339**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason R Dies**
**446 Landreneau Rd.**
**Eunice, LA 70535**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason R Walker**
**128 Schurman Ct**
**Piedmont, SC 29673**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason S Lasher**
**302 PR 1280**
**Fairfield, TX 75840**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason Torrey Ubell**
**8501 5500 Rd**
**Olathe, CO 81425**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Javier E Ayala**
**4512 Memphis Ave.**
**El Paso, TX 79903**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jay  A. Robinson**
**3541 Pecan Crossing Lane**
**LaPorte, TX 77571**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 123 of 289

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeanette Lopez**
**262 W. Dewey Ave**
**Wharton, NJ 07885**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeanne M Mauldin**
**3102 Radcliff**
**Roswell, NM 88203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jed E Litwiller**
**8353 North Rich Road**
**Alma, MI 48001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeff A. Boyd**
**Rt. 3 Box 3952**
**Checotah, OK 74426**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeff C. Manley**
**309 Liberty Ave**
**Lake Villa, IL 60046**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeffery A. Witte**
**1450 East Lake Drive**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeffery D Jones**
**7801 North 132nd East Court**
**Owasso, OK 74055**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 124 of 289

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffery D. Moulder**
**282 SCR 87**
**Mize, MS 39116**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffery L Twigg**
**P.O. Box 766**
**Greybull, WY 82426**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey  Landon Paxton**
**4856 HWY 550**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey A Kirkendall**
**142 Allen Drive**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Alan Bellew**
**2550 26th Avenue South**
**Grand Forks, ND 58201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Allen Moore**
**P O Box 687**
**Pinedale, WY 82941**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey H Willard**
**1135 Birk Avenue**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stat.labor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.862**

**Nonpriority creditor's name and mailing address**
**Jeffrey K Swenke**
**410 NE Drive**
**Fletcher, OK 73541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.863**

**Nonpriority creditor's name and mailing address**
**Jeffrey L. Bratina**
**518 Randall Circle**
**Hummelstown, PA 17036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.864**

**Nonpriority creditor's name and mailing address**
**Jeffrey L. Schild**
**2660 Whispering Trail**
**Little Elm, TX 75068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.865**

**Nonpriority creditor's name and mailing address**
**Jeffrey M Burleson**
**13905 Hoskins Basin Road**
**Shepherd, MT 59079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.866**

**Nonpriority creditor's name and mailing address**
**Jeffrey Mark Lawrence**
**34418 Mathews Road**
**Eugene, OR 97405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.867**

**Nonpriority creditor's name and mailing address**
**Jeffrey Matthew Barbare**
**206 Marefair Lane**
**Simpsonville, SC 29680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.868**

**Nonpriority creditor's name and mailing address**
**Jeffrey Schild**
**2660 Whispering Trail**
**Little Elm, TX 75068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeffrey Wayne Jones**
**5520 Fossil Creek Dr**
**Ft. Collins, CO 80526**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer L Ullrich**
**226 Rainbow Drive #12623**
**Livingston, TX 77399**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Whitmer**
**927 8 Mile Rd**
**Pavillion, WY 82523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerad W. Kemper**
**PO Box 12946**
**Oklahoma City, OK 73157**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeran A Gould**
**PO Box 2498**
**Farmington, NM 87499**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeremi Lemp**
**16075 West US Hwy 270**
**McAlester, OK 74501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeremy A Gwalchmai**
**2910 Caribou Cove Court**
**Missouri City, TX 77459**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset?　■ No　☐ Yes

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy D. Bennett**
**114 Galahad**
**Borger, TX 79008**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy E Rosenberry**
**289 Hellen School Road**
**Acme, PA 15610**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy M Stout**
**12229 Magnolia Street**
**Gramercy, LA 70052**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy McCullough**
**2961 Mawpat Drive**
**Lovington, NM 88260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy S McCullough**
**2961 Mawpat Drive**
**Lovington, NM 88260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy S. Hammac**
**122 Lakeshore Drive**
**Runaway Bay, TX 76426**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jerome W. Qual**
**214 13th St SW**
**Jamestown, ND 58401**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 128 of 289

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeromy E. Miller**
**33111 S 544 Rd**
**Jay, OK 74346**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerrell T Bryan**
**10280 Rd 779**
**Philadelphia, MS 39350**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerrod A Armstrong**
**211 County Road 3003**
**Newton, TX 75966**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry C Haviland**
**12614 C Bar Circle**
**Santa Fe, TX 77510**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry D Jeffrey**
**125 Julian Trail**
**Harwood, TX 78632**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry D. Draper**
**29652 Jeans Road**
**Veneta, OR 94787**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry H. Wygle**
**14182 Limber Creek Dr.**
**Meadville, PA 16335**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 129 of 289

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry K Worrell**
2409 Parkview Dr
Anna, TX 75409

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry L Alexander**
10880 N. Lakeside Dr.
Grand Bay, AL 36541

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry L Crary**
118 Chapel Hill Rd
Abilene, TX 79605

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry L Dittamore**
18389 E. County Rd. 100 N.
Charleston, IL 61920

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry Lynn Miller**
3510 Woodside Road
Hollidaysburg, PA 16648

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry M Cullum**
2668 N Dayside Ave
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerry N. Ross**
2114 Marshall Smith Rd.
Lucedale, MS 39452

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 130 of 289

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jerry V. Sullivan**
**106 Liner Drive**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jerry W Bruce**
**701 CR 2612**
**Alto, TX 75925**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jerry W. Taylor**
**179 ACR 1224**
**Elkhart, TX 75839**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jess A. Robertson**
**2040 Orbit Dr.**
**Bossier City, LA 71112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse Brian Johnson**
**PO Box 1295**
**Purcell, OK 73080**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse John Smith**
**1 Matro Ave**
**Berlin, NJ 08009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse M. Gray**
**227 N. Harvey**
**Borger, TX 79007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesse Smith**
**1 Matro Ave**
**Berlin, NJ 08009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesse W Christian**
**15303 Icet Creek Ave**
**Mont Belvieu, TX 77523-1500**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica C Romero**
**709 S. Montana**
**Roswell, NM 88203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica M Chavez**
**190 Virginia Creek Drive**
**Coldspring, TX 77331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessie  C. Shoemaker**
**3311 22nd Street, Apt #131**
**Woodward, OK 73801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesus A. Gonzales**
**1108 8th Street #8**
**Levelland, TX 79336**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesus A. Padilla**
**642 Montgomery St., Apt 1A**
**Jersey City, NJ 07306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jesus J. Vazquez**
**9110 Plume Tree Dr.**
**Humble, TX 77338**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jewel D. DeVillier**
**8659 Hwy. 105**
**Krotz Springs, LA 70750**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jim B Mangum**
**1901 E. 19th St.**
**Roswell, NM 88201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jimmie D Jr Lane**
**1815 S Eighty Eighth Rd.**
**Greensboro, PA 15338**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jimmie D. Vickery**
**1240 ACR 1212**
**Grapeland, TX 75844**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jimmie Lee Bridge**
**PO Box 91**
**Granby, MO 64844**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jimmie Lloyd Jr Walker**
**1575 Down Town Blvd**
**Knoxville, TN 37919**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.918 | **Nonpriority creditor's name and mailing address** |

**Jimmie O Anderson**
**679 South Fairview Ave**
**Boonville, AR 72927**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.919 | **Nonpriority creditor's name and mailing address** |

**Jimmy A Rutherford - Retired**
**8404 S Indianapolis Ave**
**Tulsa, OK 74137**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.920 | **Nonpriority creditor's name and mailing address** |

**Jimmy D Daniels**
**111 Twin Isles Lane**
**Kingsland, TX 78639**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.921 | **Nonpriority creditor's name and mailing address** |

**Jimmy David Wood**
**1057 Suburban Acre Rd**
**Marshal, TX 75670**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.922 | **Nonpriority creditor's name and mailing address** |

**Jimmy E Lowry - Deceased**
**20026 NightBird Trial**
**Crosby, TX 77532**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.923 | **Nonpriority creditor's name and mailing address** |

**Jimmy E. MacArthur**
**5414 W Richardson Ave**
**Artesia, NM 88210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.924 | **Nonpriority creditor's name and mailing address** |

**Jimmy O. Hall**
**2427 Morgan Ridge Lane**
**Spring, TX 77386**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jimmy R Havins**
**139 Rainbow Drive 3955**
**Livingston, TX 77399**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jimmy R Rather**
**329 W. Tucker St.**
**Hobbs, NM 88242**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jimmy W. Campbell**
**15903 Tradition Ct.**
**Bakersfield, CA 93314**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joe C. Pacheco**
**203 North Gillis**
**Ft Stockton, TX 79735**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joe E. Williams**
**604 Sunset Terrace**
**Amarillo, TX 79106**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joe M. Fortenberry**
**3710 Mt. Moriah Rd.**
**Edwards, MS 39066**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joe W Jr Rogers**
**25 CR 5194**
**Bloomfield, NM 87413**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joe W. Jr Fry**
**Rt. 1 Box 1694**
**Checotah, OK 74426**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joel Billingsley**
**256 Hwy 380 W**
**Winthrop, AR 71866**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joel E. Guthrie**
**2421 Coolidge St.**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joel K. Prall**
**415 Mustang St**
**Fritch, TX 79036**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joel M. LaVallee**
**2420 Sand Creek Rd, C-1, Box 378**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joel P. Judlin**
**2452 Autumn Pines Dr**
**Ballwin, MO 63011**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joel Robert Batton**
**169 Charphil Drive**
**New Foundland, PA 18445**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 136 of 289

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joey L McClain**
**HC71 Box 5**
**Soper, OK 74759**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John A MacQuilkin**
**3919 Lakeside Reserve Lane**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John A Metzger**
**3285 Mainesville Rd. W.**
**Junction City, OH 43748**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John A. Gadzinski**
**430 A Brick Blvd**
**Brick, NJ 08723**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Alan Clarke**
**7175 W Cactus Flower Pass**
**Marana, AZ 85658**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John B Tyree**
**469 Woodruff 250**
**Augusta, AR 72006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,057.68** |
|---|---|---|---|

**John Bass**
**1467 Nicely Rd.**
**Blanchester, OH 45107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 137 of 289

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Bieri**
**7580 River Rd**
**Evart, MI 49631**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John C Nelson**
**12325 Trooper McGrew**
**Bastrop, LA 71220**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John C. Inabinette**
**1201 Big Bear Rd.**
**Vancleave, MS 39565**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John C. Jr Black**
**1702 Dupont Dr.**
**Orange, TX 77630**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John C. Palmer**
**18411 Johnson Rd.**
**Bakersfield, CA 93314**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Cole Tucker**
**13732 Old Oak Drive**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Craig Huber**
**1404 A North St**
**Austin, TX 78756**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John D Amundsen**
PO Box 3952
Soldotna, AK 99669

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John D Bass**
1467 Nicely Rd
Blanchester, OH 45107

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John D Ridgeway**
1000 English Rd
Rockwall, TX 75032

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John D Setzer**
127 Faith Street
Coudersport, PA 16915

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John D. Schmidt**
324 E. 6th Street
Litchfield, MN 55355

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John D. Welch**
2200 Culkin Rd
Vicksburg, MS 39183

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Davis MacLaren**
2706 Fuller Springs Drive
Lufkin,, TX 75901

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

---

**3.960**

**Nonpriority creditor's name and mailing address**

**John Dennis Waugh**
**904 N 29th Street**
**Corsicana, TX 75110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.961**

**Nonpriority creditor's name and mailing address**

**John Ed Newell**
**194 El Rancho Drive**
**Rawlins, WY 82301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.962**

**Nonpriority creditor's name and mailing address**

**John Edmond Jenkins**
**5031 Redwood Drive**
**Monroe, MI 48161**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.963**

**Nonpriority creditor's name and mailing address**

**John F Powell**
**PO Box 1516**
**Bayfield, CO 81122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.964**

**Nonpriority creditor's name and mailing address**

**John F Reyna**
**10104 Homestead Ave**
**Lubbock, TX 79424**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.965**

**Nonpriority creditor's name and mailing address**

**John F. Moss**
**1323 Reynaud Road**
**Sulphur, LA 70663**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.966**

**Nonpriority creditor's name and mailing address**

**John H. Jr Monroe**
**PO Box 281**
**Maurepas, LA 70449**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 140 of 289

Name

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Hansen**
**225 Ice Pond Rd.**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Harper**
**3336 Sioux Conifer Rd**
**Watertown, SD 57201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John J. Daigle**
**5672 Cormier Road**
**Vinton, LA 70668**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Jack Hansen**
**225 Ice Pond Rd.**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Jason Watters**
**107 Melugin Rd.**
**Arkadelphi, AR 71923**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Jenkins**
**5031 Redwood Drive**
**Monroe, MI 48161**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Kenneth Price**
**2602 W. Richey Ave.**
**Artesia, NM 88210**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John L McNabb**
**8941 Meadowspring  Drive**
**Elk Grove, CA 95758**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John L Wheeler**
**3430 Cape Forest Dr**
**Kingwood, TX 77345**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John M Whiddon**
**3723 Rose Berry Dr.**
**Laporte, TX 77571**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John M. Drake**
**120 Wills Swamp Road**
**West Greenwich, RI 02817-2397**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John M. Terry**
**814 S. Houston**
**Shamrock, TX 79079**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Michael Van Ess**
**2895 Galaxy Way**
**Grants Pass, OR 97527**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John N Petree**
**207 E Whispering Hills Blvd**
**Lone Jack, MO 64070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 142 of 289

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Oliver Quam**
**PO Box 201**
**Iron River, WI 54847**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John P Addison**
**1016 East 37 ST**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John P Brown**
**250 El Dorado #188**
**Webster, TX 77598**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John R Adrian**
**1151 Marcello Blvd.**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John R LeMoine**
**5705 MacBeth Dr Apt D**
**Batan Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Robb Jr Clouser**
**43 Tara Circle**
**Bumpass, VA 23024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John S Cloud**
**P.O. Box 1917**
**Quartzsite, AZ 85346**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

Name

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Stanley Davis**
**3205 Cr 7630**
**Lubbock, TX 79423**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John T. Shepherd**
**559 SE Elmhurst**
**Bartlesville, OK 74006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John V Gheer**
**1 Alpine Ct.**
**Reading, PA 19606-3010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Vest**
**1517 Carter Road**
**Spartan, MO 65753**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John W Gross**
**616 Chad Street**
**Kennett, MO 63857**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John W Jr Cooper**
**280 Guthrie Bend**
**Bedford, IN 47421**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John W MacDonald**
**6266 Liberty Church Road**
**Cookeville, TN 38501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**John W. Balzart**
**1032 15th Street SE**
**Forest Lake, MN 55025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.996 |

**Nonpriority creditor's name and mailing address**
**John W. Gibson**
**337998 E. 770 Rd**
**Tryon, OK 74875**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.997 |

**Nonpriority creditor's name and mailing address**
**John W. Latham**
**2822 Bass Lake Rd. SW**
**South Boardman, MI 49680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.998 |

**Nonpriority creditor's name and mailing address**
**John W. Polo**
**1532 Sage Dr SE**
**Cass Lake, MN 56633**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.999 |

**Nonpriority creditor's name and mailing address**
**John Wesley Coates**
**244 County Road 2298**
**Cleveland, TX 77327**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.100 0 |

**Nonpriority creditor's name and mailing address**
**John Zinkowich - Deceased**
**964 Frank Rd.**
**Athens, WI 54411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.100 1 |

**Nonpriority creditor's name and mailing address**
**Johnathan N. Hyde**
**63397 Bennett Rd.**
**Roseland, LA 70456**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | |
|---|---|
| 3.100 2 | |

**Nonpriority creditor's name and mailing address**                                                          **Unknown**

**Johnathan T Stone**
**9909 Lone Eagle Dr**
**Ft Worth, TX 76108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 3 | |

**Nonpriority creditor's name and mailing address**                                                          **Unknown**

**Johnie Wayne Jr Herman**
**PO Box 994**
**Winnsboro, LA 71295**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 4 | |

**Nonpriority creditor's name and mailing address**                                                          **Unknown**

**Johnnie Dicks**
**17 Shennecock Court**
**Aiken, SC 29803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 5 | |

**Nonpriority creditor's name and mailing address**                                                          **Unknown**

**Johnnie M. Danford**
**16220 McAlister Rd.**
**Buhl, AL 35446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 6 | |

**Nonpriority creditor's name and mailing address**                                                          **Unknown**

**Johnnie Ray Jr Kelch**
**418 Garland Drive #142**
**Lake Jackson, TX 77566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 7 | |

**Nonpriority creditor's name and mailing address**                                                          **Unknown**

**Johnnie Wade Dicks**
**17 Shennecock Court**
**Aiken, SC 29803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 8 | |

**Nonpriority creditor's name and mailing address**                                                          **Unknown**

**Johnny Bales**
**8953 Hwy 10**
**Tahlequah, OK 74464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.1009**

**Nonpriority creditor's name and mailing address**

**Johnny C Smith**
**PO Box 261**
**Leggett, TX 77350**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Stat.labor 

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1010**

**Nonpriority creditor's name and mailing address**

**Johnny C. Cunningham**
**5104 S Thomason Rd**
**Carlsbad, NM 88220**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Stat.labor 

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1011**

**Nonpriority creditor's name and mailing address**

**Johnny E. Bales**
**8953 Hwy 10**
**Tahlequah, OK 74464**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Stat.labor 

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1012**

**Nonpriority creditor's name and mailing address**

**Johnny L OKeefe**
**5858 SW Shad Rd**
**Terre Bonne, OR 97760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Stat.labor 

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1013**

**Nonpriority creditor's name and mailing address**

**Johnny R. Parker**
**360 Cordova Road**
**Grand Cane, LA 71032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Stat.labor 

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1014**

**Nonpriority creditor's name and mailing address**

**Johnny Ray Hughes**
**2414 W Fir**
**Lovington, NM 88260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1015**

**Nonpriority creditor's name and mailing address**

**Johnny Ray Hughes**
**2414 W Fir**
**Lovington, NM 88260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Stat.labor 

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.101 6**

**Nonpriority creditor's name and mailing address**
**Johnny W Woods**
**919 S Roselawn**
**Artesia, NM 88210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**
**Johnny Woods**
**919 S Roselawn**
**Artesia, NM 88210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**
**Jonathan J. Rey**
**80 Twilight Lane**
**Bayfield, CO 81122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**
**Jonathan K. Landers**
**7 Arbor Circle**
**Cincinnati, OH 45255**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**
**Jonathan L Dean**
**101 North St.**
**Lake, MI 48632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**
**Jonathan N Scott**
**904 5th Street**
**Grand Cane, LA 71032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**
**Jonathan P Aguillard**
**3204 Windsor Ridge Drive**
**Westborough, MA 01581**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathan R. Plotts**
**3413 Chandler Lane**
**Deer Park, TX 77536**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathon C Aguillard**
**1377 Carson Rd**
**Zwolle, LA 71486**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathon Mitchell Emmons**
**1007 S Mason #1102**
**Katy, TX 77450**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathon Trent North**
**240 Milledgeville Rd**
**Enville, TN 38332**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose A Jimenez**
**40453 W. Helen Ct.**
**Maricopa, AZ 85138**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose G Jr Rios**
**402 Loma Blanca Street**
**La Joya, TX 78560**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose M II Garza**
**806 St. Joseph Street**
**Alice, TX 78332**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.103 0**

Nonpriority creditor's name and mailing address

**Joseph  C Jr. Essex**
**403 Francis Ave**
**Sterlington, LA 71280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.103 1**

Nonpriority creditor's name and mailing address

**Joseph  D. Norwood**
**2499 New Dixsonville Road**
**Traskwood, AR 72167**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.103 2**

Nonpriority creditor's name and mailing address

**Joseph A. Bankson**
**520 Iowa Blvd**
**Trenton, MO 64683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.103 3**

Nonpriority creditor's name and mailing address

**Joseph A. Rettig**
**6831 W 157th St**
**Tinley Park, IL 60477**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.103 4**

Nonpriority creditor's name and mailing address

**Joseph Cad Linsicombe**
**3366 Grays Creek Rd**
**Dry Prong, LA 71423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.103 5**

Nonpriority creditor's name and mailing address

**Joseph E. Riley**
**PO Box 253**
**Vernonia, OR 97064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.103 6**

Nonpriority creditor's name and mailing address

**Joseph H Gibbs**
**290 Cassie Coe Rd.**
**Russell Springs, KY 42642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph H. Cavin**
**#5 CR 31150**
**Aztec, NM 87410**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph K. Johnson**
**398 E New Hope Rd**
**Mt. Olive, MS 39119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph L Tague**
**2213 E. El Jay Ct.**
**Nampa, ID 83686**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph L. Duffey**
**147 Miller Rd.**
**Petal, MS 39465**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph L. Haley**
**4141 Court Land Way**
**Benton, LA 71006**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph M Hamlin**
**P O Box 1404**
**Hilltop Lakes, TX 77871**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph M. Hurt**
**12047 Coueron Drive**
**Saint Amant, LA 70774**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 151 of 289

| 3.104 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Patrick Mayberry**
**301 Cherry Lane**
**Johnstown, PA 15904**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Terry Jones**
**P O Box 1407**
**Aztec, NM 87410**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph W Peters**
**12 Second St**
**Ligonier, PA 15658**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Wayne Batiste**
**1034 Lopez**
**Winnie, TX 77665**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Josh Carlson**
**5066 South Rockmont Rd.**
**Poplar, WI 54864**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Josh M. Grotberg**
**4591 W. Rein Rd.**
**Hurley, WI 54534**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Josh Rey**
**522 Twilight Lane**
**Bayfield, CO 81122**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Stat.labor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua A. Williams**
26540 Covey St.
Shady Point, OK 74956

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua R. Devillier**
8659 Hwy 105
Krotz Springs, LA 70750

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua C Spivey**
2302 Quail Run Road
College Station, TX 77845

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua C Tankersley**
2216 Landmark Circle
Minot, ND 58703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Glen Pratt**
201 Hill St
Gladwin, MI 48624

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Heath Cook**
202 Highland St
Gassaway, WV 26624

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Paul Windham**
PO Box 2999
Laurel, MS 39442

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua R. Brown**
**12500 Joseph Dr.**
**Rolla, MO 65401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Juan M Vega**
**7030 W 24th St**
**Odessa, TX 79763**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Juan P Fuentes**
**302 Walnut**
**Levelland, TX 79336**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Judy B. Patton**
**198 Justin Lane**
**Ruston, LA 71270**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julia S Owen**
**857 E Broken Arrow Road**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julie A Baltzell**
**709 6th Ave NE**
**Mandan, ND 58554**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Juliet Danielle Scales**
**65 Wood Crest Drive**
**Durango, CO 81303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 154 of 289

| 3.106 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julio Arenivas**
PO Box 804
Presidio, TX 79845

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin A. Cook**
11116 Salinas Pueblo St.
Las Vegas, NV 89179

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin C Crossland**
4432 Mesa Circle
Amarillo, TX 79109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Christopher Blackshere**
PO Box 281
Glendo, WY 82213

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin D Pelletier**
174 Wade Rd
Augusta, ME 04330-7733

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin D. Shahan**
1 RD 3112
Aztec, NM 87410

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin J Gailey**
222 Nash St.
Johnstown, PA 15906

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 155 of 289

| 3.107 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin M Stay**
**12981 Muninn LN NW**
**Bemidji, MN 56601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.107 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin M. Pendergraft**
**PO Box 714**
**Seneca, MO 64865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.107 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin T Noe**
**3801-J Gilbert Ave**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.107 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin V Burt**
**2809 North Vista**
**Hobbs, NM 88240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.107 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kandas M Harris**
**5103 South Sheridan Road #203**
**Tulsa, OK 74145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.107 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Shook**
**20516 Lakeshore Drive**
**Thornton, TX 76687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.107 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kari Geldert**
**93 Three Mile Creek Rd**
**Fort Bridger, WY 82933**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

**$16,524.92**

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 156 of 289

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kari L Geldert**
93 Three Mile Creek Rd
Fort Bridger, WY 82933

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karl E. Jr Rubendunst**
50 Madison Rd
Durham, CT 06422

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine S Daniels**
5275 W. Country Club Rd
Roswell, NM 88201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathryn M. Webb**
906 S. Plains Park
Roswell, NM 88203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathy Ann Holmes**
311 Washington St.
Delhi, LA 71232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kayla A Atkinson**
240 CR 306
Tilden, TX 78072

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith A Greene**
22200 W 71st St S
Sand Springs, OK 74063

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Keith Alan Wood**
**PO Box 892**
**Anahuac, TX 77514**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Keith Allen Rose**
**494 Gus Craver Road**
**Harleton, TX 75651**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Keith E Jones**
**1202 W. Ural**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Keith P. Deary**
**1507 Manchester Court**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kelby J Virden**
**795 School St**
**Craig, CO 81625**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kelly D Lemons**
**#49 RD 5324**
**Farmington, NM 87401**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kelly R II Miller**
**15008 E. 88th St. N**
**Owasso, OK 74055**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.109 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kendall A Roggow**
**2120 Huntington Place**
**Ponca City, OK 74604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenith Dale Buchanan**
**6289 FM 2799**
**Jasper, TX 75951**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth  L Sanders**
**600 S. Garner Lake Rd.**
**Gillette, WY 82717**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth C Martin**
**107 Hickory Street**
**Maylene, AL 35114**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth C. Catlett**
**P.O. Box 3629**
**Muskogee, OK 74402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Cardinal**
**1111 Elmwood Road Apt 1001**
**Lansing, MI 48917**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth D Canterbury**
**1060 CR 514**
**Ignacio, CO 81137**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Dale Ratliff**
**397831 W 1200 Road**
**Dewey, OK 74029**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth E Terry**
**85 Dunkleberger Road**
**Williamsport, PA 17701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth E. Knight - Deceased**
**PO Box 1097**
**Auriceville, TX 77626**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth E. Lynn**
**522 Baltustrol Dr.**
**Cibolo, TX 78108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth L Riedl**
**213 10th St. Apt. A**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Lee Sousa**
**4204 Templeton St**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth M Meadows**
**10110 Elkhart Avenue**
**Lubbock, TX 79424**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Mitchell Hamilton**
**1635 Juno-Bargerton Rd**
**Lexington, TN 38351**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth P. Bunch**

**Bastrop, LA 71221-1178**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth R III Leach**
**510 Curtis Traxler Rd**
**Winnsboro, LA 71295**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth R Sallee**
**1407 S Lincoln Dr**
**Artesia, NM 88210-3112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth W Stanley**
**120 Shady Ln**
**Liberty, TX 77575**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth W Ward**
**600 Norton Drive**
**Satsuma, AL 36572**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenny W Fontenot**
**143 Post Oak Lane**
**Brookeland, TX 75931**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------|--------|---------|

**Kerwin Todd Lindsey**
**PO Box 1345**
**Panhandle, TX 79068**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------|--------|---------|

**Kevein Scott Morlan**
**1101 West First St.**
**Prague, OK 74864**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------|--------|---------|

**Kevin Binaut**
**448 Pike Rd.**
**Johnstown, PA 15909**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------|--------|---------|

**Kevin C. Vick**
**#40 County Road 3148**
**Aztrec, NM 87410**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------|--------|---------|

**Kevin D Hill**
**24445 Jones Road**
**Springfield, LA 70462**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------|--------|---------|

**Kevin D Shrader**
**5057 West Arrowhead Road**
**Duluth, MN 55811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------|--------|---------|

**Kevin D Simmons**
**P.O. Box 602**
**Mountainair, NM 87036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin D. Cain**
**264 Orchard Valley Dr**
**Harriman, TN 37748**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Daniel Merritt**
**6855 Eastview Rd**
**Iron River, WI 54847**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Greaves**
**310 Perry Road**
**Woodbine, NJ 08270**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Greaves**
**310 Perry Road**
**Petersburg, NJ 08270**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin M Krecmer**
**211 9th Ave SE**
**Minot, ND 58701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Shane Johnston**
**3400 Shady Hill Dr.**
**Baytown, TX 77521**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin W Berg**
**1440 State Hwy 248**
**Branson, MO 65616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kim P Himel**
**12304 Beco Road**
**St. Amant, LA 70704**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimberlee N Loya**
**2120 NW Ave B**
**Seminole, TX 79360**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimberly D. Lattinville**
**5506 Wedgefield Road**
**Granbury, TX 76049**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimberly J Ary**
**3339 Franklin Creek Lane**
**Knoxville, TN 37931**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kirk Emile Serigne**
**1900 Todd Drive**
**Saint Benard, LA 70085**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kirk W White**
**3311 22nd St. Apt. #121**
**Woodward, OK 73801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kirt R Trana**
**401 E 8th Street Ste 214-924**
**Sioux Falls, SD 57103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Klayton French**
26527 Harrison Road
Tecumseh, OK 74873

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Klyne Philip Wright**
6614 East Hill Drive
Austin, TX 78731

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristen A. Peterson**
P O Box 133
Velva, ND 58790

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristina Zimmerman**
1509 4th Ave W
Williston, ND 58801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristopher M Anderson**
PO Box 405
Hazen, ND 58545

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristopher M Cox**
915 Oak
Jennings, OK 74038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kurt D Campbell**
91 View Mesa Rd.
Durango, CO 81303

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | Nonpriority creditor's name and mailing address **Kyle G Wimberly** **207 Koldin Dr** **Aledo, TX 76008** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☒ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.114 3 | Nonpriority creditor's name and mailing address **Kyle R Brown** **3833 36th Ave S.** **Minneapolis, MN 55406** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☒ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.114 4 | Nonpriority creditor's name and mailing address **Kyle Wimberly** **207 Koldin Dr.** **Aledo, TX 76008** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☒ Disputed | **$11,938.48** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.114 5 | Nonpriority creditor's name and mailing address **Lairon Brent Gamblin** **11605 County Road 372** **Anson, TX 79501** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☒ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.114 6 | Nonpriority creditor's name and mailing address **Lance A Chisum** **24075 Lawter Rd.** **Weatherford, OK 73096** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☒ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.114 7 | Nonpriority creditor's name and mailing address **Lance A Hetland** **618 Weeping Willow Dr** **Magnolia, TX 77354** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☒ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.114 8 | Nonpriority creditor's name and mailing address **Lance W Haywood** **8601 Zuni #245** **Denver, CO 80260** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☒ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 166 of 289

| 3.114 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lance William Earley**
**20127 Sunny Shores Drive**
**Humble, TX 77346**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Landon Ty Ferguson**
**8708 CR 17**
**Briscoe, TX 79011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Larry  Dean Kimbrell**
**4570 Hwy 135 N**
**Jacksonville, TX 75766**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Larry A Alexander**
**12201 Hwy 35 N**
**Kosciusko, MS 39090**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Larry A. Dearman**
**33310 Gracie Lane**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,291.69** |
|---|---|---|---|

**Larry Alexander**
**12201 Hwy 35 N**
**Kosciusko, MS 39090**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Larry Allen Sportsman**
**26 Leaming Road**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry B. Plotts**
**1514 Holomon**
**Normangee, TX 77871**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry D. Coffman**
**1362 N. 4230 Rd**
**Hugo, OK 74743**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry D. Crooms**
**4310 FM 2208**
**Jefferson, TX 75657**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry E. Martinez**
**PO Box 6383**
**Navajo Dam, NM 87419**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Edwin Pulley**
**22445 Joe May Road**
**Denham Springs, LA 70726**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry F. Mersnick**
**7829 W Dodge Lake**
**Manistique, MI 49854**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Franks**
**426 W. 5th  Ave.**
**Hohenwald, TN 38462**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry G Moore**
**8118 CR 118**
**Bullard, TX 75757**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry J Lunsford**
**PO Box 733**
**Carlsbad, NM 88221**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry J. Pickens**
**PO Box 178**
**Oakwood, TX 75855**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Lunsford**
**PO Box 733**
**Carlsbad, NM 88221**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry M. Thompson**
**38035 Post Office Rd**
**Praireville, LA 70769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Vincent Struski**
**128 Crystal Lane**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lars H Ecklund**
**724  24 1/2 Ave**
**Cumberland, WI 54829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Laura C Melendez**<br>**1619 S. Cahoon**<br>**Roswell, NM 88203** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Stat.labor | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.117 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Lawrence J. McManus**<br>**2331 Sandridge Court**<br>**Lynwood, IL 60411** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Stat.labor | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.117 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Layne E Johnson**<br>**PO Box 5151**<br>**Grand Rapids, MN 55744** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Stat.labor | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.117 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Leah D Adams**<br>**PO Box 1842**<br>**Cedar Park, TX 78630** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Stat.labor | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.117 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Lee E Rilat**<br>**2405 22nd Ave**<br>**Texas City, TX 77590** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Stat.labor | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.117 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Lenny  Don Reed**<br>**2112 Iris St**<br>**Carlsbad, NM 88220** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Stat.labor | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.117 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Leo E. Sutcliff**<br>**PO Box 707**<br>**Wagoner, OK 74477** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Stat.labor | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.117 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leo R Rexwinkle**
**404 Eagle Ct**
**Gibson City, IL 60936**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.117 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leon Dwayne Frith**
**273 Hwy 597**
**Oak Grove, LA 71263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.117 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leonard D Owens**
**13405 Bunker Hill**
**Willis, TX 77318**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leonard D. Moreau**
**PO Box 65**
**Lake Nebagamon, WI 54849**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leonard L Jones**
**13303 Shady Lane**
**Old River, TX 77535**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lesley D McMillian**
**296 Peaceful Valley**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lesley P. Jr Griffin**
**2905 W Main St**
**Atlanta, TX 75551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lewis D. Beason**
Rt 1 Box 74-1
Grant, OK 74738

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lewis E Constuble**
105 Viau Ln
Woodsboro, TX 78393

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsay Louise Teel**
1713 NW 163rd Cirlce
Edmond, OK 73013

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lionel A Obert**
102 Russell St.
New Iberia, LA 70563

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa A Jones**
211 Rainbow Dr. #11191
Livingston, TX 77399

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa J Kerr**
2800 E. League City Parkway
League City, TX 77523

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa M Montoya**
220 E. McCune
Roswell, NM 88203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 172 of 289

| 3.119 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lisa Marie McCurry**
**341 N Bar Ct.**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,579.72** |
|---|---|---|---|

**Lisa McCurry**
**341 N. Bar Ct.**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lisha L. St. Clair**
**6789 Miro Court**
**North Port, FL 34287**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lloyd E. Martin**
**133 S. St. Louis**
**Welch, OK 74369**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lloyd Thomas Moree**
**9775 Tall Pine Lane**
**Claremore, OK 74017**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Logan J Hammer**
**11673 60th Ave**
**Evart, MI 49631**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Logan J. LaPointe**
**1204 Point Noir Rd**
**Branch, LA 70516**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lon A. Dorman**
**13902 Crowley Rd**
**Rayville, MO 64084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lonnie Lyles**
**809 Moon Ranch Rd**
**Elida, NM 88116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lonnie S. Mayfield**
**101 Packsaddle Pass**
**Wimberley, TX 78676**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Loran J Jr Hively**
**583 County Route 85**
**Addison, NY 14801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori D. Florence-Wallencheck**
**737 Zuni Dr.**
**Farmington, NM 87401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori L. Martin**
**16053 S. 4425 Rd.**
**Blue Jacket, OK 74333**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori S Hagan**
**337 Bethel Church Rd**
**Glasgow, KY 42141**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stat.labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Louis E. Jr Hollier**
**1329 D Grand Anse Hwy.**
**Breaux Bridge, LA 70517**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lucas  C. Swanson**
**740 Shane Park Circle**
**Prescott, WI 54021**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lucas K Barefield**
**8224 NW 159th St**
**Edmond, OK 73013**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lucas M. Ainsworth**
**6032 Elliot Ave S**
**Minneapolis, MN 55417**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luis Yanez**
**3027 E. 22nd St.**
**Farmington, NM 87402**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luther L Peters**
**10206 E. 42nd Pl. #100**
**Tulsa, OK 74146**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lycia L May**
**4033 Matthew Rd**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 175 of 289

| 3.121 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Lyndall D. Lewis**<br>**2212 Gresham Dr.**<br>**Amarillo, TX 79110** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Lynn K. Pierce**<br>**PO Box 9386**<br>**Midland, TX 79708** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Lynndeane Luccioni**<br>**17188 Airline Hwy**<br>**Prairieville, LA 70769** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Lyubov S Thompson**<br>**479 Sheldon Rd**<br>**Susquehanna, PA 18847** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mabry Teresa Thibodeaux**<br>**649 Bobcat Trail**<br>**Amite, LA 70422** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Makarion R Guidry**<br>**257 Guidry Road**<br>**Palmetto, LA 71358** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Malcolm R McEachern**<br>**85 Fallen Leaf Dr.**<br>**Camdenton, MO 65020** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Malcom David Switzer**
**County Rd 415 #360**
**Pecos, TX 79772**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Manuel A Sanchez**
**213 N Oak**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marcia R Lowe**
**4342 Crosswinds Dr.**
**Milton, FL 32583**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marcos M Velasquez**
**10897 East Verbina Lane**
**Florence, AZ 85132**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marcus Cade Hudson**
**2404 Sandstone Road**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marcus H. Morris**
**232 Bailey Sawmill Rd**
**Amherst, VA 24521**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marilyn Goins**
**1202 Spring Branch Drive**
**Baytown, TX 77523**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 177 of 289

| 3.122 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marilyn Goins**
**1202 Spring Branch Drive**
**Baytown, TX 77523**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marilyn V. Shykes**
**2841 E. Lismore Rd**
**Deluth, MN 55804**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark A DeWeese**
**9220 SE 1055 Ave.**
**Talihina, OK 74571**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark A Enriquez**
**3738 Amherst St**
**Odessa, TX 79762**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark A Hicks**
**2501 CR 7540**
**Lubbock, TX 79423**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark A. Carroll**
**20444 SW 80th Street**
**Pratt, KS 67124**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark A. Hankins**
**6109 River Road**
**Shreveport, LA 71105**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark C. Phillips**
**231 Genevieve St.**
**Franklin, LA 70538**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark D Hopper**
**2844 E. Main St. Ste 106 #240**
**Farmington, NM 87402**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark D McDonald**
**6 Mack Lane**
**Essex, CT 06426**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark D. Horstman**
**57705 Lenox Pl.**
**Muse, OK 74949**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Granahan**
**411 E Sadosa**
**Eastland, TX 76448**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark K. Johnson**
**845 Chestnut Ave**
**Deptford, NJ 08096-4716**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Lee Biellier**
**PO Box 665**
**Beach, ND 58621**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark R. Myers**
3093 S Nashua Rd
St. George, UT 84790

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark S Vance**
PO Box 1265
Henryetta, OK 74437

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark S Whitmire**
P O Box 2101
Buna, TX 77612

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Sean Granahan**
411 E Sadosa
Eastland, TX 76448

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Slawson**
PO Box 173
Loma, CO 81524

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark W Daniels**
5275 West Country Club Road
Roswell, NM 88201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marni S Gamboa**
1818 W. 3rd
Roswell, NM 88201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marshall E. Worland**
**3300 Elysian Fields Ave.**
**Marshall, TX 75672**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.124 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marshall Ray Jr Inabinette**
**P O Box 1534**
**Helendale, CA 92342**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.124 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marshall Ray Spears**
**124 Stonehollow Way**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.125 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marshall Ray Sr. Inabinette**
**9929 Hidden Lake Road**
**Vancleave, MS 39565**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.125 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marshall S Russell**
**1401 N. Magnolia Street**
**Woodville, TX 75979**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marshall W. Suitt**
**PO Box 822**
**Paris, TX 75461**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martha G Charboneau**
**PO Box 335**
**Roswell, NM 88202-0335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin J Masters**
**4823 W Nixon St**
**Pasco, WA 99301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin James Johansen**
**504 Belle Ave**
**Benton City, WA 99320**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin Ross Wiser**
**101 Main Street**
**Bentleyville, PA 15314**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin S. Jackson**
**401 Zulene Street**
**Burnet, TX 78611**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin T. Throckmorton**
**1190 Byrd Rd.**
**Bradford, AR 72020**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marty L. Bass**
**266 Bass Lane**
**Oak Grove, LA 71263**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marvin Ed Phillips**
**2175 Hwy 53**
**Rosston, AR 71858**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mary F Goodwin**<br>**2462 Fairview Road**<br>**Pangburm, AR 72121** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Stat.labor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.126
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mary B. Vaudrin**<br>**P.O. Box 85**<br>**Armour, SD 57313** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Stat.labor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.126
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mary F. McManus**<br>**P.O. Box 639**<br>**Montgomery, LA 71454** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Stat.labor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.126
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mary H Bachicha**<br>**1409 S Poplar**<br>**Roswell, NM 88203** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Stat.labor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.126
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mason A Holman**<br>**2510 Park Drive**<br>**Roswell, NM 88201** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Stat.labor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.126
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Matt A Parker**<br>**8818 Travis Hills Drive #517**<br>**Austin, TX 78735** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Stat.labor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.126
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Matthew A Stoudt**<br>**20 Lariat Rd**<br>**Mayhill, NM 88339** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Stat.labor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew C Andrews**
**13692 Newcastle Drive**
**Sun City, AZ 85354**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew D Welch**
**1815 E Sandy Springs Rd**
**Atoka, OK 74525**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew D Winkle**
**309 E Chenault**
**Checotah, OK 74426**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew D. Landry**
**3605 Philadelphia Rd.**
**Abingdon, MD 21009**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew J Piescher**
**1757 260th Ave**
**Mora, MN 55051**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew J. Ruskosky**
**5626 Reeve Road**
**Mazomanie, WI 53560**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew K Merket**
**23172 Via Bahia**
**Mission Viejo, CA 92691**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew M McVay**
**3916 N. Potsdam Ave. #679**
**Souix Falls, SD 57104**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew S Hays**
**101 Hays Drive**
**Rayville, LA 71269**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew W White**
**69 CR 2113**
**Bay Springs, MS 39422**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Wayne Barefield**
**3129 Owl Rd**
**Diana, TX 75040**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mattie  Lyn Gallier**
**1720 Dolphin Drive**
**Seabrook, TX 77586**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maurice Greg Petit**
**12842 N. Prairie**
**Hayward, WI 54843**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Max Alton Phillips**
**1207 SCR 8**
**Taylorsville, MS 39168**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Max Keith Bryant**
**710 14th Ave. West**
**Palmetto, FL 34221**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mazen S. Qush**
**19218 Terra Forest Ct**
**Katy, TX 77449**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Megan M Ziegenfus**
**1511 W. Walnut**
**Roswell, NM 88203**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melanie Celeste Bolfing**
**3B FM 1696 West**
**Huntsville, TX 77320**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melesio Sonny Perez**
**1904 Horse Center Road**
**Roswell, NM 88203**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melissa D Fevold**
**11350 Dakota Ridge Road**
**Minot, ND 58701**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melissa D. Campos**
**252 River Rd.**
**Roswell, NM 88203**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 9 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|---|

**3.128 9**

Nonpriority creditor's name and mailing address

**Melissa T Gerberich**
**1818 W 3rd Street**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129 0**

Nonpriority creditor's name and mailing address

**Melvin D Bartel**
**494 CR 333**
**Ignacio, CO 81137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129 1**

Nonpriority creditor's name and mailing address

**Melvin S Phillips**
**3789 Alexander Rd**
**Herman Town, MN 55811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129 2**

Nonpriority creditor's name and mailing address

**Melvin T Hoover**
**1307 Lewis Road**
**Artesia, NM 88210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129 3**

Nonpriority creditor's name and mailing address

**Merwin R Hoover**
**66993 Vista Dr**
**St. Clairsville, OH 43950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129 4**

Nonpriority creditor's name and mailing address

**Michael  A Ward**
**46 Shady Rest Lane**
**Double Springs, AL 35553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129 5**

Nonpriority creditor's name and mailing address

**Michael  A Williams**
**2513 North Crown Circle**
**Carlsbad, NM 88220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.129 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael  C. Hynes**
**904 Lehigh Ave**
**Hartshorne, OK 74547**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael  D Courtney**
**8407 Bowsong Lane**
**Powell, TN 37849**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael  D Scull**
**21 Diamante Blvd**
**Hot Springs, AR 71909**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael  D. Horton**
**672 West Louther St.**
**Carlisle, PA 17013**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.130 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael  D. Thomas**
**343 Railroad Ave.**
**Parachute, CO 81635**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.130 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael  J Flowers**
**1004 Promise Land Road**
**Charlotte, TN 37036**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.130 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael  L Thompson**
**324 E Derrick**
**Carlsbad, NM 88220**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.130 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Lee Richeson**
411 N. Lea
Roswell, NM 88201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael S Hemmingson**
#20 CR 2633
Aztec, NM 87410

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael A Prough**
12604 South Dusty Lane
Perkins, OK 74059

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael A Shepherd**
2390 N. Hillcrest Rd.
Vincennes, IN 47591

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael A Spivey**
P.O. Box 50747
Parks, AZ 86018

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael B Brown**
93 Pocket Creek Road
Boulder, WY 82923

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael B Macedo**
20 Positano Loop
Roswell, NM 88201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 189 of 289

| 3.131 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael B Peer**
**103 Cedar Court**
**Gordonsville, VA 22942**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael C Powell**
**5509 Summer Meadows Dr**
**Fort Worth, TX 76123**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael C Smith**
**1202 Old Boynton Road**
**Boynton Beach, FL 33426**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael C Snyder**
**605 South Riverbreeze Ave.**
**Winfield, PA 17889**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Chaz Cooper**
**154 Seville Way**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael D Carpenter**
**1223 Mockingbird Lane**
**Stillwater, OK 74075**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael D Curnett**
**104 North Lake Street**
**Leroy, MI 49655**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 190 of 289

| 3.131 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael D Hendrick**
**1191 FM 3208**
**Lipan, TX 76462**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael D McCamey**
**655 Roseland Dr**
**Bay City, MI 48706**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael D. Pruitt**
**12028 North Highway 19N**
**Athens, TX 75752**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Duane McGee**
**3906 Breezeway Drive**
**Seabrook, TX 77586**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael E Akins**
**2940 E 76th Place**
**Tulsa, OK 74136**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael E Dodson**
**2548 N 390 Road**
**Dustin, OK 74839**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael F CdeBaca**
**7606 Bit Circle**
**Elmendorf, TX 78112**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.     **Unknown**

**Michael F Charter**
**311 Garfield St**
**Almena, WI 54805**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.     **Unknown**

**Michael F. Duncan**
**9409 Mackenzie Rd**
**Affton, MO 63123**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.     **Unknown**

**Michael G. McCabe**
**301 Chestnut Street #908**
**Harrisburg, PA 17101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.     **Unknown**

**Michael H Cooper**
**6193 W 6 Rd**
**Mesick, MI 49668**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.     **Unknown**

**Michael Hurst**
**63717 Bennett Rd**
**Roseland, LA 70456**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.     **Unknown**

**Michael J Caillier**
**4640 Barcelona Circle**
**Farmington, NM 87401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.     **Unknown**

**Michael J Sawyer**
**PO Box 892**
**Dolores, CO 81323**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Stat.labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael J Schimpf**
**1346 Timberlane Drive**
**Lima, OH 45805**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael J Whittaker**
**210 Colony Rd**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael J. Barth**
**514 Americas Way**
**Box Elder, SD 57719**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael J. Chard**
**7090 Cuss Fork Rd**
**Wilmer, AL 36587**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael J. Jr Massine**
**5640 11th St. SE**
**Minot, ND 58701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael J. McLachlan**
**110 W 6th**
**Granite, OK 73547**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael J. Pershall**
**912 North Lawson**
**Yale, OK 74085**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael K Carr**
**7681 N Jones Blvd**
**Las Vegas, NV 89131**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael K MaLone**
**205 Tolley Town Rd.**
**Hampton, TN 37658**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Keith Cook**
**153 Ruddell Lane**
**Columbia, LA 71418**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael L Lusty**
**PO Box 3111**
**Rock Springs, WY 82902**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael L McKay**
**10581 Rd. 854**
**Philadelphia, MS 39350**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael L. Alexander**
**PO Box 2046**
**Alvin, TX 77512**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael L. Bareswilt**
**468 Stingy Creek Rd.**
**Cheshire, OH 45620**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

---

**3.134 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael L. Venosdel**<br>PO Box 1736<br>Woodward, OK 73802 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael Lauvon Pierce**<br>317 Lauvon & Sons Rd<br>Leaksville, MS 39451 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael Lobato**<br>P.O. Box 2754<br>Bloomfield, NM 87413 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael N Bradshaw**<br>142 Chapel Hill Dr<br>Belle Chasse, LA 70037 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael P Graham**<br>14521 Hwy10<br>St Francisville, LA 70775 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.135 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael P McNulty**<br>118 Crescent Ave.<br>Woodbury, NJ 08096 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.135 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael P. Clancy**<br>517 Mountain Lookout Rd.<br>Thermopolis, WY 82443 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.135 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael R Shockley**
PO Box 802
Bristow, OK 74010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael R. Worrell**
543 Countryside Pl
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Rae White**
322 Red Rock Rd.
Silver City, NM 88061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael S. Carey**
1603 W. Millbrook Rd
Mt. Pleasant, MI 48858

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael S. Harrington**
P.O. Box 1473
Stillwater, OK 74076

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael S. Pierson**
3819 NW Bell
Lawton, OK 73505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Shepherd**
2390 N. Hillcrest Rd.
Vincennes, IN 47591

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,254.92 |
|---|---|---|---|

**Michael Steiner**
**50 Emery St. #47**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Thompson**
**324 E Derrick**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Ty Hand**
**585 Purgatory**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael V Bertucci**
**PO Box 188**
**Ft. Atkinson, WI 53538**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael W Bittle**
**12324 E. 86th St. N. #263**
**Owasso, OK 74055**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael W Evers**
**PO Box 1022**
**Somerville, TX 77879**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael W Steiner**
**50 Emery St #47**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☒ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 197 of 289

| 3.136 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael W. Szekeresh**
523 Benshoff Hill Road
Johnstown, PA 15906

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Worcester**
5100 B. Shady Lane Dr.
Midland, TX 79703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Micheal D. Johnson**
191 Ranch Road
Farmington, UT 84025

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Micheal D. Lawson**
15900 Roland Dr
Jones, OK 73049

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michel E Bosco**
1860 Golden Ranch Rd
Fruita, CO 81521

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michele  L. Latter**
PO Box 2791
Boise, ID 83701

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michelle A Upton**
1182 Upton Rd
Crystal Springs, MS 39059

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michelle Lee**
**13805 Limestone Rd**
**Kingston, OK 73439**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michelle R Lee**
**13805 Limestone Rd**
**Kingston, OK 73439**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mickealla J. Jackman**
**4819 Tamar Dr.**
**Harrisburg, PA 17111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mickey Butler**
**1991 Tidwell Road**
**Diboll, TX 75941**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike A. Wilson**
**18155 N. Sagebrush Circle**
**Luther, OK 73054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike D. Cook**
**PO Box 2432**
**Mills, WY 82644**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Milen K Dimitrov**
**1106 Roosevelt Street**
**New Castle, PA 16101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miles Patrick OHara**
10575 Foreman St.
Lowell, MI 49331

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mitchell Cole Crews**
118 4th St
Starks, LA 70661

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.138 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mitchell G. Rubash**
1500 Oklahoma Star Trail West
Billings, MT 59105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.138 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mitchell S Pendergraft**
110 East Center Street #3196
Maddison, SD 57042

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.138 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mittie Louise Owens**
5801 Calhoun #243
Thornton, AR 71766

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.138 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Molly Kaye Redden**
53 Dogwood Rd
Roswell, NM 88201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.138 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Monte R Bates**
26 Rd 5127
Bloomfield, NM 87413

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.138 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nancy P. Clark**
381 W. Cedar Street
Palmyra, PA 17078

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Natalie J. Jenkins - Deceased**
2100 W Baker Road
Baytown, TX 77521

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan R. Cavanaugh**
9531 N M-18
Gladwin, MI 48624

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathaniel E Moorhead**
1123 S. Ponderosa Lane
Lovington, NM 88260

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathaniel I Helfand**
2087 Tustin Ave
Costa Mesa, CA 92627

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**NCCER**
13614 Progress Blvd
Alachua, FL 32615

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neil E Helterbran**
223 Greenbriar Road
Acme, PA 15610

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neil Ernest Birdwell**
**3300 Trace Ct.**
**Knoxville, TN 37912**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nelcome Joe Courville**
**14092 Roddy Road**
**Gonzales, LA 70737**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nelson D Wirt**
**2703 West Salinas**
**San Antonio, TX 78207**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nelson J Potier**
**5938 W. Waxwing Rd**
**Erath, LA 70533**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nelson T. Jr Ott**
**P.O. Box 427**
**Osyka, MS 39657**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.47 |
|---|---|---|---|

**Nice Ice Co**
**801 W 2nd St**
**Roswell, NM 88201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0740**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.21 |
|---|---|---|---|

**Nice Ice Co.**
**801 W 2nd St.**
**Roswell, NM 88201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 1 | Nonpriority creditor's name and mailing address | | $21.47 |
|---|---|---|---|

**Nice Ice Co.**
**801 W 2nd St.**
**Roswell, NM 88201**

Date(s) debt was incurred  6/13/18

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | Nonpriority creditor's name and mailing address | | $14.73 |
|---|---|---|---|

**Nice Ice Co.**
**801 W. 2nd St**
**Roswell, NM 88201**

Date(s) debt was incurred  6/7/18

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | Nonpriority creditor's name and mailing address | | $28.21 |
|---|---|---|---|

**Nice Ice Co.**
**801 W. 2nd St**
**Roswell, NM 88201**

Date(s) debt was incurred  6/21/18

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nicholas  J Foss**
**624 Sage Brush Trail**
**Durango, CO 81302**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nicholas A Jr Hensgens**
**136 Deer Park**
**Rayne, LA 70578**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nicole Inglett**
**5610 Three Rivers Drive**
**Pasco, WA 99301**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nita F Sturges**
**2708 Gaye Drive**
**Roswell, NM 88201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Noel D Pond**
**624 N. Indiana**
**Salem, IL 62881**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Norman C. Chisholm**
**5560 Hummingbird Ln**
**Kingston, OK 73439**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Norman Edward Hoepfer - Deceased**
**11720 E. 17th Ave**
**Spokane Valley, WA 99206**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Norman F Hoover**
**655 Heather Dr.**
**Harlingen, TX 78552**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Norman J Charland**
**2399 E. Riverwood Dr.**
**Twin Lake, MI 49457**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Norman Lee Sr Payton**
**420 49th St. East #153**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Norman W Faver**
**50 CR 3179**
**Aztec, NM 87410**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 204 of 289

| | |
|---|---|
| 3.141 5 | **$1,668.12** |

**Nonpriority creditor's name and mailing address**
**nQativ**
**5214 68th St, Suite 200**
**Lubbock, TX 79424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 6 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Odie T Johnson**
**1570 CR 250**
**Dublin, TX 76446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 7 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Olan L. Nicholson**
**28 Asher Lane**
**Tijeras, NM 87059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 8 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Olen D Lane**
**459025 E 1115**
**Sallasaw, OK 74955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 9 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Oliver H Fredenburg**
**PO Box 518**
**Jacksboro, TX 76458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.142 0 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Oliver Mack Worcester - Deceased**
**3501 Princeton**
**Midland, TX 79703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.142 1 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Orrin D. Miller**
**663 Spruce Creek Rd.**
**Jamestown, TN 38556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Orville Jack Frymier**
1321 Bullfork Rd.
Tanner, WV 26137

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 3 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Oscar B Herring**
254 Crouch Rd.
Benton, LA 71006

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 4 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Oscar D Tisdale**
961 N Hwy 75 N
Streetman, TX 75859

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 5 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Owen M. Austin**
120 E. Main St.
Loganton, PA 17747

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 6 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Page Blake Leazier**
4609 S. Eastland Center Drive, Apt 523
Independence, MO 64055

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 7 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Paige W. Travis**
10607 E Broomfield Rd.
Shepherd, MI 48883

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 8 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Pamela Kay Shepherd**
2930 N Hillcrest Road
Vincennes, IN 47591

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11     Doc 56     Filed 08/30/18     Entered 08/30/18 15:35:55 Page 206 of 289

| 3.142 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pamela M Cantrelle**
**2360 Jackson Drive**
**Mobile, AL 36605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pamela Myers**
**3093 S Nashua Rd**
**St. George, UT 84790**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia  A. Cox**
**1065 York Drive**
**North Salt Lake, UT 84054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia  Francis Starkey**
**11154 Bennington Pike**
**Vevay, IN 47043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia Ann Steele**
**907 Saunders Drive**
**Roswell, NM 88201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia Lynn Scarborough**
**2112 Pineview Pitts Hwy**
**Pineview, GA 31071**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia Trujillo**
**2840 Las Vegas Drive SW**
**Albuquerque, NM 87105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case 18-11579-t11     Doc 56     Filed 08/30/18     Entered 08/30/18 15:35:55 Page 207 of 289

| 3.143 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick F Williams**
**865 West McCulloch Blvd**
**Pueblo West, CO 81007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick A Tindall**
**7875 Open Sky Rd**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick H Edwards**
**106 51st Ave E**
**Superior, WI 54080**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Keith King**
**2101 S 15th Street**
**Ocean Springs, MS 39564**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick L. Tompkins**
**1770 Broadmoor Dr.**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patsy F Casamassa**
**26 Gail Rd**
**Morris Plains, NJ 07950**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patsy M Marano**
**18 Jordan Street**
**Fairchance, PA 15436**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 208 of 289

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,391.04 |
|---|---|---|---|

**Patsy Marano**
18 Jordan Street
Fairchance, PA 15436

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul A. Tam**
2279 Oliver Rd.
Victoria, TX 77904

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Batten McBride**
2355 Ed Brown Rd
Hawesville, KY 42348

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul D. Szekeresh**
623 Allie Buck Rd.
Nanty Glo, PA 15943

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul E Evans**
28611 27 Mile Rd
New Haven, MI 48048

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul E. Morneault**
107 Crayton Street
Morganton, NC 28655

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul G Jr Casey**
P O Box 468
Sterling, AK 99672

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Stat.labor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.145 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Paul J. Tahtinen** | ☐ Contingent | |
| | **234 Wisconsin Ave.** | ☐ Unliquidated | |
| | **Chetek, WI 54728** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Paul K Srodes** | ☐ Contingent | |
| | **481 Kennon Circle** | ☐ Unliquidated | |
| | **Palo Pinto, TX 76484** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Paul K. Hines** | ☐ Contingent | |
| | **15933 Whitewillow Road** | ☐ Unliquidated | |
| | **Newark, IL 60541** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Paul L. Booth** | ☐ Contingent | |
| | **309 W. Galena St.** | ☐ Unliquidated | |
| | **Granite Falls, WA 98252** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Paul T Farmer** | ☐ Contingent | |
| | **907 Woodland Ave** | ☐ Unliquidated | |
| | **Johnson City, TN 37601** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Paul Tahtinen** | ☐ Contingent | |
| | **234 Wisconsin Ave.** | ☐ Unliquidated | |
| | **Chetek, WI 54728** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Paul Terrence McElroy** | ☐ Contingent | |
| | **407 Belton Lane** | ☐ Unliquidated | |
| | **Anahuac, TX 77514** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Stat.labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1457 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul W Griffith**
**#25 Road 3535**
**Flora Vista, NM 87415**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.1458 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pedro G Buentello**
**603 Lucas Drive**
**Early, TX 76802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.1459 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pennie J Pittman**
**PO Box E**
**Charlotte, TN 37036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.1460 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pernell W Hogue**
**706 N Rio Grande**
**Aztec, NM 87410**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.1461 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Perry G Drannon**
**2585 PR 300 A**
**Seminole, TX 79360**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.1462 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pete L Shabay**
**802 Norton**
**Wetherford, TX 76086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.1463 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter F. Blanch**
**2950 NE 52nd Ct**
**Silver Springs, FL 34488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.146 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Lee Anthony**
514 Americas Way #4105
Box Elder, SD 57719

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phil A. Alexander**
PO Box 3233
Durango, CO 81302

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phil D Jr Mohler**
7937 Stagecoach Rd NW
Rushville, OH 43150

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phil L. Jr Henson**
380 SW 5th Street
Madras, OR 97741

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Philip E Sr. Mohler**
1825 Old Rushville Rd.
Rushville, OH 43150

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Philip Ron Devers**
14015 Glen Ellis Road
Walker, LA 70785

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phillip Jenkins**
1551 Jenkins Road
Cheneyville, LA 71325

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.147 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillip L Zakrzewicz**
912 N 5th St
Sayre, OK 73662

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillip O McClelland**
1167 Saint Matthew Place #102
Concord, CA 94518

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,655.00** |
|---|---|---|---|

**Pipeline Testing Consortium, Inc.**
PO Box 842566
Kansas City, MO 64184

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49.99** |
|---|---|---|---|

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ralph  E Dyer**
#1 Del Norte Dr
Roswell, NM 88201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ralph Edward Bishop**
618 Ave H
Lovington, NM 88260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ralph L Hopkinson**
25 Pine Street
Douglas, MA 01516

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _Stat.labor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ralph T Maxwell - Deceased**
**5002 Thomason Rd.**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.147<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randall D Weathers**
**308 Parkview Place**
**Elk City, OK 73644**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randall G Schultz**
**739 Rork Ave.**
**Eau Claire, WI 54703**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randall G. Crothers**
**19 Panorama Lane**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randall Keith Rains**
**1603 CR 1577**
**Hughes Springs, TX 75656**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randall S. Graham**
**44 Crazy Horse Dr**
**Durango, CO 81301**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randall W Nichols**
**6901 North CR 1297**
**Midland, TX 79707**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Randall Wayne Jr Lamey**
**2210 Liberty Drive W**
**Mobile, AL 36608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 6 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Randy Allen**
**1235 Natty Flat Rd**
**Lipan, TX 76462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 7 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Randy Allen Halferty**
**P O Box 443**
**Laughlintown, PA 15655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 8 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Randy C. Johnson**
**16178 Andrusia Rd NE**
**Cass Lake, MN 56633**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 9 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Randy D Taylor**
**6250 Hwy 613**
**Lucedale, MS 39452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 0 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Randy F. Eklund**
**2600 Cliffside Dr.**
**Farmington, NM 87401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 1 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Randy J. Young**
**PO Box 107**
**Stinnett, TX 79083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Stat.labor_

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 215 of 289

| | |
|---|---|
| **3.149 2** | |

**Nonpriority creditor's name and mailing address**
**Randy L. Willson**
**P.O. Box 811**
**Salome, AZ 85348**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.149 3** | |

**Nonpriority creditor's name and mailing address**
**Randy Richardson**
**200 Terry St.**
**White Oak, TX 75693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.149 4** | |

**Nonpriority creditor's name and mailing address**
**Randy Watson**
**713 W. Maple Ave.**
**Bloomfield, NM 87413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.149 5** | |

**Nonpriority creditor's name and mailing address**
**Raul Jr Sanchez**
**117 Tenderfoot Trail**
**Del Rio, TX 78840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.149 6** | |

**Nonpriority creditor's name and mailing address**
**Raul Sanchez**
**117 Tenderfoot Trail**
**Del Rio, TX 78840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.149 7** | |

**Nonpriority creditor's name and mailing address**
**Ray A DuBois**
**508 Trahan Ave.**
**Kaplan, LA 70548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.149 8** | |

**Nonpriority creditor's name and mailing address**
**Ray A Landry**
**8357 Ft. Caroline Rd**
**Jacksonville, FL 32277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.149 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond B. Lindsey**
**1600 Oak Ave**
**Panhandle, TX 79068**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond F Villarreal**
**402 Keller St**
**Tivoli, TX 77990**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond Joe Barnes**
**143 Rainbow Drive**
**Livingston, TX 77399**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond L Dockter**
**PO Box 1072**
**Stanley, ND 58784**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond R Robison**
**PO Box 1873**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond Tony A Johnston**
**5612 Stone Dr**
**North Richland Hills, TX 76180**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond W Sr Scarborough**
**PO Box 582**
**Addis, LA 70710**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11   Doc 56   Filed 08/30/18   Entered 08/30/18 15:35:55 Page 217 of 289

| 3.150 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,610.00 |
|---|---|---|---|

**REDW**
PO Box 93656
Albuquerque, NM 87199

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reed Darren McCluskey**
533 County Road 484
Stephenville, TX 76401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reyes A Lara**
2303 Walnut
Odessa, TX 79761

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rhett Butler**
3811 Bailey Ln
Missouri City, TX 77459

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rhonda L. Thurston**
17509 Crawford Rd
Laurelville, OH 43135

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ricardo Guzman**
1117 Stonegate
Alice, TX 78332

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard  C. Bignall**
7403 NE 158 Ave.
Vancouver, WA 98682

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 218 of 289

| 3.151 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard H. Lambert**
1824 N 17th St
Gladstone, MI 49837

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard N Monroe**
12060 Drew Ave
Kingston, OK 73439

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard A Anderson**
4541 CR 117
San Saba, TX 76877

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Chad Aucoin**
8712 N Vernon Rd
Zachary, LA 70791

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard E Streun**
8672 County Road 291
Early, TX 76802

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard E. Thomas**
E 5962 County Rd D
Colfax, WI 54730

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard F Dansby**
11901 CR 4236
Frankston, TX 75763

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 219 of 289

| 3.152 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Gill**
**622 Stan Dr**
**Grand Junction, CO 81504**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 |
|---|

**Richard Gilson**
**4459 Morse Road**
**Alexandria, OH 43001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 |
|---|

**Richard H Chavez**
**3417 S. 213th East Ave**
**Broken Arrow, OK 74014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 |
|---|

**Richard J Jr Blanchard**
**211 Bubernak Blvd**
**Old Forge, PA 18518**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 4 |
|---|

**Richard J. Zenzen**
**14271 Knightwood Rd**
**Cold Spring, MN 56320**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 |
|---|

**Richard James Crane**
**2770 Chief White Bird Trail**
**Laurel, MT 59044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 6 |
|---|

**Richard Jamison**
**129 Riverwalk Ln**
**Bastrop, TX 78602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard John Nolin**
**831 CR 4314**
**Dekalb, TX 75559**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard K. Anderson**
**940 Skelton Road**
**Thermopolis, WY 82443**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard L Denby**
**2100 E. Blanco Blvd. Spc #90**
**Bloomfield, NM 87413**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard L. Bjornerud**
**622 8th St. NE**
**Fosston, MN 56542**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard L. Robbins**
**90 Kelsey Dr.**
**Laurel, MS 39443**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Lance Matthews**
**PO Box 1235**
**Glenn Rose, TX 76043**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard M. Crump**
**3639 Leslie Ave.**
**Odessa, TX 79764**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard M. Gilson**
**4459 Morse Road**
**Alexandria, OH 43001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard O. Renick**
**232 Rd. 3950**
**Farmington, NM 87401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard P. Swanson**
**125 Gibbs St**
**Prescott, WI 54021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard R Martin**
**1555 FM 2543**
**Yoakum, TX 77995**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard R Stephens**
**106 East Hill Street**
**Alpena, AR 72611**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Ryan Gill**
**622 Stan Dr**
**Grand Junction, CO 81504**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Streun**
**8672 County Road 291**
**Early, TX 76802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 222 of 289

| 3.154 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard W Bennett**
**586 Pine Ridge Drive**
**Livingston, TX 77351**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick A Johnson**
**7604 Hughitt Ave.**
**Superior, WI 54880**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick J. Phillips**
**123 Hwy 107**
**Centerpoint, LA 71323**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rickey D Jay**
**17139 Hwy 231**
**Fountain, FL 32438**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rickey W Thomason**
**1613 Jackson Rd 311**
**Bradford, AR 72020**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ricki Lynn Berry**
**411 Indianapolis**
**Lake Arthur, NM 88253**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rickie A. Hudson**
**16073 McAlister Rd.**
**Buhl, AL 35446**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricklynn J. Box**
**7519 West Land Oaks Drive**
**Jacksonville, FL 32244**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricky  W Franklin**
**11722 Balvano Srive**
**Richmond, TX 77406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricky D. Edwards**
**1724 Priest Hollow Road**
**Russell, PA 16345**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricky D. Williams**
**P.O. Box 214**
**El Campo, TX 77437**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricky E Moss - Deceased**
**252 Private Road 5938**
**Emory, TX 75440**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricky E. Hendrickson**
**PO Box 200**
**Trenary, MI 49891-0200**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricky L Berthelot**
**709 Wind Rd.**
**Oak Grove, LA 71263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rita Amanda Seales**
P O Box 562
Hemphill, TX 75948

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rita Wilson**
139 Rainbow Drive, #3955
Livingston, TX 77399-1039

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert  A Lake**
1350 Donnan Ave, Apt A9
Washington, PA 15301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert  C. Gunter**
15216 County Road 472
Tyler, TX 75706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert  H Ray**
1207 Grassy Creek Rd
Pinnacle, NC 27043

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert A Lear**
91 Woodbine Drive
Hershey, PA 17033

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert A Nichols**
695 County Road 414
Dayton, TX 77535

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert A. Wroblewski**
**4260 County Line Road**
**Lenox Township, MI 48050**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Bell**
**602 E. Vista Parkway**
**Roswell, NM 88201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert C Costello**
**3828 Hale Drive**
**Lovington, NM 88260**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert C Halweg**
**25602 Chipwood**
**Minooka, IL 60447**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert C Pierce**
**1181 SR 17**
**West Plains, MO 65775**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert C. Davis**
**705 W. 34th St.**
**Sand Springs, OK 74063**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Chris Thomas**
**1103 E. Widhelm**
**Beeville, TX 78102**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 226 of 289

| 3.156 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert D Seaman**
**487 CR 812**
**Buna, TX 77612**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert D. Giffen**
**224 Sherwood Ave So.**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert E Crambell**
**7462 Kellogg Rd**
**Rapid City, MI 49676**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert E Schurman**
**4983 CR 311**
**Ignacio, CO 81137**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert E. Bankson**
**313 NW 3rd Street**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert E. Rowley**
**1711 Boyd St.**
**Chillicothe, MO 64601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert Evans**
**4884 N. Hwy 43**
**Seneca, MO 64865**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 227 of 289

---

**3.157 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Robert F Clearman**
**554 Forrest Street**
**Marion, MS 39342**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Robert Franklin Ray**
**2901 North Wilder Road**
**Plant City, FL 33563**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Robert H Jackson**
**243 County Road 42**
**Toronto, OH 43964**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Robert J. Beach**
**PO Box 545**
**Joseph, OR 97846**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.158 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Robert K Churchill**
**7274 Coors Court**
**Arvada, CO 80005**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.158 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Robert Keith Williams**
**10305 Revere Beach Drive**
**Bakersfield, CA 93314**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.158 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Robert L Jr Chabrier**
**5610 Three Rivers Dr**
**Pasco, WA 99301**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert L Sanchez**
**1515 19th Avenue West**
**Williston, ND 58801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert L Thompson**
**PO Box 69**
**Cascade, MT 59421**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert L Vanzant**
**PO Box 1711**
**Andrews, TX 79714**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert L. Johnson**
**3780 Harmony Rd.**
**Helena, MT 59602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert M Razo**
**7716 Skylake Drive**
**Fort Worth, TX 76179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert M. Pettus**
**9216 Adenleigh Way**
**Knoxville, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Michael Reed**
**390 S. Tyndall Pkwy #233**
**Panama City, FL 32404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 229 of 289

| 3.159 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Nichols**
**695 County Road 414**
**Dayton, TX 77535**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert R. Fox**
**8696 E. Townline Lake Rd.**
**Harrison, MI 48625**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Ray**
**1207 Grassy Creek Rd**
**Pinnacle, NC 27043**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Sean Chesters**
**392 Blue Oak Trl**
**Harper, TX 78631**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Tyler Goss**
**1124 14th St., NW**
**Minot, ND 58703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Wade Spears**
**5017 S Ripley Rd**
**Ripley, OK 74062**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rock A Roberts**
**19640 Busby Rd.**
**Van Cleave, MS 39565**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rockney Rocky Elliott**
**830 Hidden Estates**
**Saint Anthony, ID 83445**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rocky J Shenold**
**P.O. Box 54**
**Glencoe, OK 74032**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rodney E. King**
**8910 Dublin Ave**
**Odessa, TX 79765**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rodric D III Bushnell**
**103 Sugar Town Rd**
**Calcasieu, LA 71433**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rodrigo G. Aldava**
**6104 Glendale Circle**
**Las Vegas, NV 89107**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger Allen Mills**
**332 Independence Road APT 523**
**Port Lavaca,, TX 77979**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger C Stewart**
**PO Box 788**
**Sunray, TX 79080**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger Colton Byrd**
**10401 N 2310 Rd**
**Clinton, OK 73601**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger D II Welch**
**2152 Cypress Creek Rd.**
**Oakdale, LA 71463**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger Dale McDonald**
**310 Elm Street**
**Frankston, TX 75763**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roland J Hammer**
**11673 60th Ave.**
**Evart, MI 49631**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,505.00 |
|---|---|---|---|

**Ron Spangler**
**5075 West Berrendo Rd.**
**Roswell, NM 88201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald Alvin Gerard**
**988 Tucker Road**
**Toledo, WA 98591**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.161 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald D Dutton**
**108 Ebner Lake Dr**
**Montgomery, TX 77316**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.161 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nonpriority creditor's name and mailing address**
**Ronald D Hoelewyn**
**365 Cedar Grove**
**Livingston, TX 77351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 |

**Nonpriority creditor's name and mailing address**
**Ronald D. Blackburn**
**60 Willow Street**
**South Windsor, CT 06074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 |

**Nonpriority creditor's name and mailing address**
**Ronald E Newman**
**3635 NW 23rd Ave**
**Gainesville, FL 32605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 4 |

**Nonpriority creditor's name and mailing address**
**Ronald E Spangler**
**5075 West Berrendo Rd**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 |

**Nonpriority creditor's name and mailing address**
**Ronald E. Dumas**
**699 Fourway Loop Road**
**Farmerville, LA 71241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 6 |

**Nonpriority creditor's name and mailing address**
**Ronald Frank Ethington**
**15250 Hwy. 491**
**Dolores, CO 81323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 7 |

**Nonpriority creditor's name and mailing address**
**Ronald G Kirk**
**909 18th Ave SE**
**Minot, ND 58701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

Each "Unknown" appears at the right of entries 1–7.

| 3.161 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald J Melancon**
PO Box 622
Duson, LA 70529

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.161 9 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ronald James Hare**
303 Luehr Rd
Cuero, TX 77954

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.162 0 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ronald Kent Brown**
307 Painter Roth Road
Kelso, WA 98626

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.162 1 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ronald L Boggs**
326 N. 11th Street
Escanaba, MI 49829

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.162 2 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ronald L Nelson**
504 E. 10th  St
Smackover, AR 71762

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.162 3 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ronald L. Gay**
3385 CR 3190
Mountain View, MO 65548

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.162 4 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ronald L. Jr Crawford**
65170 Calhoun St.
Pearl River, LA 70452

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald L. Scrivner**
**2909 Warren Ave.**
**Cheyenne, WY 82001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald L. Whaley**
**3423 Santa Catalina Ct.**
**Katy, TX 77450**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald Lancaster**
**4711 Peaceful Pine Rd**
**Rapid City, SD 57702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald Lancaster**
**4711 Peaceful Pine Rd**
**Rapid City, SD 57702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.162 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald Melancon**
**PO Box 622**
**Duson, LA 70529**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald N. Cole**
**380 Saul Place**
**Ventura, CA 93004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.163 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald R DeBoard**
**1835 Whipporwill Rd.**
**Conroe, TX 77303**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.163 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald R. Barker**
**8754 Linkwood Dr.**
**Denham Springs, LA 70706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.163 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald Ray Rascoe**
**204 Mill Run Drive**
**Longview, TX 75604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.163 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald S. Gray**
**892 County Rd. 19**
**Mountain Home, AR 72653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.163 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald Scott Gramme**
**730 Frier Drive**
**Aurora, IL 60505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.163 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald W Vanover**
**PO Box 846**
**China, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.163 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronda R Poth-Weber**
**22849 Osborn Street**
**Cassopolis, MI 49031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.163 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronna Westland**
**808 Brown St**
**Georgewest, TX 78022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

| 3.163 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronnie A. Walker**
P.O. Box 87
Stafford, KS 67578

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronnie D. Blevins**
PO Box 1
Bluejacket, OK 74333

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronny A Campbell**
817 Osage Cove Rd.
Burbank, OK 74633

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronny L Boyd**
466754 East 1050 RD
Sallisaw, OK 74955

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosa Romero**
709 S Montana Ave.
Roswell, NM 88203

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosalie Franks**
426 W. Fifth Ave
Hohenwald, TN 38462

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosemary H Stuter**
583 Long Lane
Lewistown, PA 17044

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ross A. Ayres**
**Rt. 1 Box 182A**
**Delaware, OK 74027**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ross Powell**
**1342 CR 308**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Roswell High School**
**Coyotes Cheer Booster Club, Inc.**
**500 W. Hobbs St.**
**Roswell, NM 88203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Rotary Desert Sun**
**Pro-Am Golf Classic**
**PO Box 1573**
**Roswell, NM 88202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roy Dean Stephenson**
**38210 Waco Rd**
**Shawnee, OK 74801**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roy Franklin Howard**
**4936 Lubbock Ave.**
**Ft. Worth, TX 76115**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Royce David Clifton**
**PO Box 276**
**Graham, TX 76450**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Royce L Hendrix**
992 Hampton Canyon Road
Aztec, NM 87410

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rudy M Folds**
1957 S 20th
Abilene, TX 79602

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rudy Quiroz**
1405 W Ave H
Lovington, NM 88260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rupert A. Brice**
1204 Upper Seese Hill Rd
Canadensis, PA 18325

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell A Miller**
672 NM 170
Farmington, NM 87401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell B. Ryals**
11039 Mahaffey Rd.
Tomball, TX 77375

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell G. Rhen**
13134 120th St. N.E.
Thief River Falls, MN 56701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell R Williamson**
**3320 Miramar Drive**
**LaPorte, TX 77571**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.166 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell T Lynch**
**20606 NE 229th St**
**Battleground, WA 98604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.166 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan D Dejmal**
**PO Box 125**
**Kermit, TX 79745**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.166 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan D Krebsbach**
**144 Hilltop Lane**
**Jacksboro, TN 37757**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.166 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan D. Miller**
**440357 E. 180th**
**Blue Jacket, OK 74333**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.166 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan P Montoya**
**220 E McCune**
**Roswell, NM 88203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.166 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan P Ronsonet**
**309 Sugar Trace Lane**
**New Iberia, LA 70563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.166 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sam A. Brock - Deceased**
**215 South Lincoln Street**
**Mankato, KS 66956**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sam E. Fetters**
**P.O. Box 434**
**Bedford, PA 15522**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sammy  R Lawson**
**301 CR 3223**
**Jacksonville, TX 75766**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sandra K Thomason**
**1000 Roya Street**
**Sedalia, MO 56301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sandra L Larsen**
**2440 Archerwood Dr.**
**Longview, WA 98632**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sandra M Seelye**
**13921 Upper Georges Creek Road**
**Frostburg, MD 21532**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,438.57 |
|---|---|---|---|

**Sandra Seelye**
**921 Upper Georges Creek Rd**
**Frostburg, MD 21532**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara K. McClain**
**846 Crystal Bay Lane**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara Lynn Mann**
**PO Box 222**
**McLean, TX 79057**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sarah D Anderson**
**PO Box 405**
**Hazen, ND 58545**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sarah N Stevens**
**4 Hill Court**
**Rio Vista, CA 94571**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scot Stefan McManus**
**230 Cook Road**
**Carthage, MS 39051**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott A Kauffman**
**9231 Fort Sumter Lane**
**Saint Louis, MO 63126**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott E. Sizemore**
**5420 Mohawk Drive**
**Harrison, MI 48625**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Scott J. Cowan** | ☐ Contingent | |
| **27238 County Road M** | ☐ Unliquidated | |
| **Dolores, CO 81323** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Scott Spencer McNallie** | ☐ Contingent | |
| **85 Brotherhood Hall Rd** | ☐ Unliquidated | |
| **Dagmar, MT 59219** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Scott W. Fornelius** | ☐ Contingent | |
| **77 Scenic Hills Cr.** | ☐ Unliquidated | |
| **North Salt Lake, UT 84054** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sean Arnold Larson** | ☐ Contingent | |
| **2706 15th St** | ☐ Unliquidated | |
| **Vero Beach, FL 32960** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sean Slade** | ☐ Contingent | |
| **5811 2nd Street** | ☐ Unliquidated | |
| **Katy, TX 77493** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sergio Kurquis** | ☐ Contingent | |
| **1456 54th Street SE** | ☐ Unliquidated | |
| **Kentwood, MI 49508** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Shane A Whitmer** | ☐ Contingent | |
| **2750 Rd 21** | ☐ Unliquidated | |
| **Cortez, CO 81321** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Stat.labor_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane Edward Compton**
**215 N. Pyote**
**Wink, TX 79789**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane M McGill**
**10692 East Aspen Drive**
**Claremore, OK 74019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane Slettom**
**27974 Ridgewood Drive**
**Merrifield, MN 56465**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane T Branson**
**1630 64th St. NW**
**Minot, ND 58703**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shannon C Guckeen**
**1012 Duval Drive**
**Laurel, MT 59044**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shannon M. Richards**
**1402 Valley Pine Cirlce**
**Apopka, FL 32712**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shannon P Carson**
**479 W. Wind Rd**
**Kane, PA 16735**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shannon P Soileau**
**168 Christie Lea Drive**
**Opelousas, LA 70570**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shannon Wayne Beach**
**86085 Lewiston Highway**
**Enterprise, OR 97828**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn  T Robison**
**20774 McCoy Road**
**Freeport, OH 43973**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn Andrus**
**5142 W. College Blvd**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn D Shelton**
**7079 Old Aztec Highway**
**Farmington, NM 87402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn L Hopson**
**5759 S 300 W**
**Columbia City, IN 46725**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn P Glynn**
**610 Alloo Gobi**
**Durango, CO 81303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shelly Jean Henderson**
5962 S 2550 W
Roy, UT 84067

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shelly R Bell**
602 E. Vista Parkway
Roswell, NM 88201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sherri L McInnes**
895 CR 223
Durango, CO 81301

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sherry G Landers**
7 Arbor Circle
Cincinnati, OH 45255

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Skyler J Johnson**
2701 E Quail Run
Emmett, ID 83617

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sonia Hidalgo**
2705 Emerald Dr.
Roswell, NM 88203

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stan Mobley**
409 Avenue C  SE
Childress, TX 79201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stanford R. Phillips**
**324 Park Ave.**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stanley A. Sr Johnson**
**209 Union 361**
**Smackover, AR 71762**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stanley F. French**
**PO Box 502**
**Tipton, OK 73570**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stanley Wade Patterson**
**PO Box 567**
**Warner, OK 74469**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephan W. Price**
**1219 Mansfield St**
**Houston, TX 77091**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephen A Todd**
**401 E. 8th St**
**Sioux Falls, SD 57103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephen James Nicholson**
**29 Deerhaven Dr.**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 247 of 289

| 3.171 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Joe Fowler**
**5720 East 24th Place**
**Tulsa, OK 74114**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.171 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen L Barnes**
**RR4 Box 6630**
**Eufaula, OK 74432**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.171 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen OLexy**
**949 Oriental Avenue**
**Collingswood, NJ 08108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.171 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Scott Edmonson**
**401 Lee Lane**
**Destin, FL 32548**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.172 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen T. Durall**
**955 22nd Street W**
**Dickinson, ND 58601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.172 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve C. Williams**
**8010 Tims Lane**
**Claremore, OK 74019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.172 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Joe Ceja**
**11052 Mount Hunter**
**Las Vegas, NV 89179**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.172 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Myers**
**7701 Shady Banks Terrace**
**Chesterfield, VA 23832**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven C Ellis**
**75 Applebaum Way**
**Colbert, GA 30628**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven C. Mitchell**
**PO Box 204**
**Fordyce, AR 71742**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven D Allen**
**170 Jennifer's Cove**
**Montevallo, AL 35115**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven D Crocker**
**1331 Roebuck Lane**
**Silsbee, TX 77656**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven G Booth**
**8611 Beall St.**
**Dyer, IN 46311**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven K Smith**
**14593 Highway 8**
**Jonesville, LA 71343**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stat.labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven K. Wentworth**
**7200 N Eberhart Ave**
**Harrison, MI 48625**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven L Skipper**
**PO Box 1557**
**Red Oak, TX 75154**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven P Shields**
**13443 US 20 West**
**Lena, IL 61048**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven R Jr. Edwards**
**190 FCR 980**
**Mexia, TX 76667**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven S Gentry**
**5408 Villa View Dr**
**Farmington, NM 87402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven T Howard**
**475 Texas**
**Vidor, TX 77662**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven V Meyer**
**PO Box 1902**
**Blairsville, GA 30514**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven W Blankenbeckler**
**641 Pacific Cascades Dr.**
**Henderson, NV 89012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.173 8

**Nonpriority creditor's name and mailing address**
**Steven W Irwin**
**9190 Mount Pleasant Drive**
**Reno, NV 89523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.173 9

**Nonpriority creditor's name and mailing address**
**Stevie Lynn Jr Dehart**
**1409 Coulson Ave.**
**Kemmerer, WY 83101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.174 0

**Nonpriority creditor's name and mailing address**
**Stoney D Wilson**
**412624 E 1220 Rd**
**Eufaula, OK 74432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.174 1

**Nonpriority creditor's name and mailing address**
**Susan Annitte Rogers**
**2291 Piney Creek Rd**
**Groveton, TX 75845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.174 2

**Nonpriority creditor's name and mailing address**
**Susan K. Griffith**
**PO Box 1850**
**Watford City, ND 58854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.174 3

**Nonpriority creditor's name and mailing address**
**Susan M Gaona**
**7019 Lasker Dr Apt 1434**
**Galveston, TX 77551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| 3.174 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Susan S. Stark**
**12540 NW 160th Ave.**
**Morriston, FL 32668**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Suyapa Elizabeth Pineda**
**12812 Westbranch Ct**
**Houston, TX 77072**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Suzi L. Fraser**
**5066 S. Rockmont Rd.**
**Poplar, WI 54864**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sylvester Romero**
**101 Edgebrook Circle**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tammie E Theriot**
**5722 Bull Whip Road**
**Iowa, LA 70647**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.07 |
|---|---|---|---|

**Tascosa Office Machines, Inc**
**321 N Main St**
**Roswell, NM 88201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.175 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Taylor C Holman**
**1179 Greenbriar Dr**
**New Lexington, OH 43764**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.175 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ted A Spence**
P O Box 1616
Ozona, TX 76943

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ted Anthony Jr Nunez**
218 NE Main St.
Lee's Summit, MO 64063

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ted Nunez**
218 NE Main St.
Lees Summit, MO 64063

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Teresa M Hogle**
4350 Noddins Rd
Belding, MI 48809

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terri Jo Greenwalt**
16398 E Wyoming Drive
Aurora, CO 80017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry A Evans**
789 King Street
Jefferson, TX 75657

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry A Lebeda**
29354 211th Ave
Bagley, MN 56621

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.175 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry Alan Neihardt**
**6474 Ryckman Rd. South**
**Boardman, MI 49680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.175 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry Allen Eaton**
**109 Harphen Drive**
**Mckeesport, PA 15132**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.176 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry C Wooten**
**456 Wild Rose Lane**
**Stockdale, TX 78160**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.176 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry C. Knapp**
**15722 Lakeview Drive**
**Beach City, TX 77523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.176 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry G Putman**
**275 FM 2575**
**Amarillo, TX 79108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.176 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry Glynn Basham**
**P.O. 1878**
**Fredericksburg, TX 78624**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.176 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry J Weathermon**
**P O Box 623**
**Hamshire, TX 77622**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.176 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry L Johnson - Deceased**
1931 Knolton Ave
Orange City, FL 32763

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry L. Dyas**
1119 MC 211
Fouke, AR 71837

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry L. Koontz**
39 Noble Rd.
Monticello, MS 39654

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry M. Weier**
PO Box 37
Marion, SD 87043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry Paul Wilson**
145 Melle Street
Natchitoches, LA 71457

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry R Albee**
3904 C Deer Creek Rd
Valley, WA 99181

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry R. Williams**
PO Box 603
Talco, TX 75487

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry T. Vining**
20356 US Hwy 84E
Rusk, TX 75785

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terry Vining**
20356 US Hwy 84E
Rusk, TX 75785

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thad M. Davis**
37637 Nutmeg St.
Anabel, MO 63431

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thayer A. Dufresne**
35 Gilmore Rd.
Kutztown, PA 19530

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Theodore B Frady**
2860 Rock Creek Dr
Grand Junction, CO 81503

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Theodore E Borst**
PO Box 339
Perryton, TX 79070

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Theresa A King**
20 W. Forest Dr.
Roswell, NM 88203

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Theresa M. Fox**
8696 E Townline Rd
Harrison, MI 48625

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas  R Ballard**
110 Austin St
New Boston, TX 75570

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas  Raymond Kerr**
631 Dorothy Bowen Drive
Sheridan, MI 48884

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas A Carroll**
406 Corley Dr
Highlands, TX 77562

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas B Stark**
75 Brady Lane
Lecompte, LA 71346

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas B. Poindexter**
P.O. Box 173
Mangham, LA 71259

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Brett Robertson**
7432 NW 131st Street
Oklahoma City, OK 73142

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 3.178 6 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas D Bagley**
**1409 W. Aztec Blvd, Ste. #5, PMB 160**
**Aztec, NM 87410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 7 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas E Burns**
**W 12522 Paser Lane**
**Leopolis, WI 54948**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 8 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas E. Vennard**
**1955 MC 29**
**Fouke, AR 71837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 9 | | | | $4,701.34 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Ganci**
**380 Big Sky**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 0 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Hill Stark**
**189 Acthley Court**
**Trinity, TX 75862**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 1 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas I. Royer**
**266 Gene Broxson Road**
**Maryville, LA 70653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 2 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas J Ganci**
**380 Big Sky**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas J Hample**
**6235 Horsethief Lane**
**Sheperd, MT 59079**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 4 |

**Thomas Jason Dobbins**
**842 NW Hilltop Drive**
**Lawton, OK 73507**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.179 5 |

**Thomas Kort Henderson**
**5962 S 2550 W**
**Roy, UT 84067**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.179 6 |

**Thomas L. Irwin**
**215 E 32nd Street**
**Indianapolis, IN 46205**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.179 7 |

**Thomas L. Kaliher**
**11047 West Twin Lake Road**
**Hayward, WI 54843**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.179 8 |

**Thomas M Drake**
**1764 State Route 7**
**South Shore, KY 41175**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.179 9 |

**Thomas M Ruggles**
**3465 County Road 23.5**
**Merino, CO 80741**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.180 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Thomas Michael Blackwell**<br>**PO Box 224**<br>**Bay Springs, MS 39422** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Thomas R II Miller**<br>**1803 CR 2101**<br>**Kemp, TX 75143** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Thomas R Tjaden**<br>**2333 Jonathan Way**<br>**Madera, CA 93637** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Thomas Ryan McIntosh**<br>**HC 64 Box 1422**<br>**Eufallia, OK 74432** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Thomas T Carlisle**<br>**21994 FM 449**<br>**Longview, TX 75605** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Thomas W Jones**<br>**2879 Grimes Road**<br>**Dansville, MI 48819** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Thomas W Ryan**<br>**4314 Poppy Dr**<br>**Mansfield, TX 76063** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Stat.labor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Thomas W. Bosworth**
26711 Rustic Brook
San Antonio, TX 78261

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Thomas W. Larson**
606 Collins Ct
Mandan, ND 58554

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tillman L Freeman**
PO Box 1989
Arboles, CO 81121

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tim J Fournier**
185 Lake Penchant Court
Houma, LA 70360

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Timmy L Brumley**
608 Comanche
Woodward, OK 73801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Timothy Adam Dockery**
232 Byrd Road
Mineral Bluff, GA 30559

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Timothy D Satterfield**
3678 West Buffalo Rd
Robbinsville, NC 28771

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy F. Adrian**
**P.O. Box 935**
**West Branch, MI 48661**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Stat.labor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy H. Engel**
**525 Coolidge Ave.**
**Harrison, MI 48625**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Stat.labor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy J Murry**
**508 S/W 102nd St.**
**Oklahoma City, OK 73139**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Stat.labor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy J Regan**
**451 Hollis Road**
**Lunenburg, MA 01462**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Stat.labor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy J. Lashuay**
**488 W. Ashby**
**Midland, MI 48640**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Stat.labor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy R Jensen**
**12271 S. Copeland Rd.**
**Solon Springs, WI 54873**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Stat.labor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy R. Burdine**
**4799 Wagner Lane**
**Orange, TX 77632**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Stat.labor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Timothy V Porter**
**164 Market Street Apt. 172**
**Charleston, SC 29401**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Tina E Allen**
**3415 S Cooper St 103**
**Arlington, TX 76015**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Tina T. Mulkey**
**12 2nd Ave. West**
**Culbertson, MT 59218**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Tobi C Ogden**
**5028 Suter Dr**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Toby W Underwood**
**35 Underwood Lane**
**Pell City, AL 35125**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Tod E McCartney**
**388 Fisher Road**
**Stoneboro, PA 16153**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Todd B Adams**
**18 Amberway Court**
**New Cumberland, WV 26047**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Todd D. Bass**
610 Hwy 582
Oak Grove, LA 71263

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Todd G. Fenn**
PO Box 3127
Minot, ND 58702

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Todd Jason Boone**
1832 Bentley Drive
Las Cruces, NM 88001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Todd Russell Niva**
5474 Bill Henley Rd.
Centerville, TN 37033

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Tom Cochran**
14197 Co Rd 188
Bullard, TX 75757

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Tom Q Capron**
HC 31 Box  200
Hatch, NM 87937

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Tommy A Mathews**
PO Box 403
Oilton, OK 74052

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tommy A. Wright**
**PO Box 697**
**Levelland, TX 79336**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tommy D. Watkins**
**630 Riverpoint Way**
**Trinity, TX 75862**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tommy J Gilmore**
**501 State Hwy. 239 E.**
**Tivoli, TX 77990**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tommy L. McClure**
**3516 FM 2782**
**Nacogdoches, TX 75964**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tommy L. Stansell**
**1461 FM 54**
**Littlefield, TX 79339**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tommy Leroy Johnson**
**8914 Cumberland Ct.**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tony D. Hudman**
**351 Indian Trails Dr**
**Wallisville, TX 77597**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tony L. Plunkett**
34789 Wild Horse Road
Wister, OK 74966

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tony R Jr Nelson**
PO Box 25
Hugo, OK 74743

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tracey B. Boyd**
3425 Wisconsin Ave Apt 11
Vicksburg, MS 39180

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tracy J Hess**
PO Box 705
Powderly, TX 75473

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tracy L Thompson**
259 E FM 1238
Iredell, TX 76649

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tracy Lynn Bly**
179 Dickerson Ave
Bellville, OH 44813

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tracy S McBride**
878 County Road 125
Hesperus, CO 81326

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.184 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis J Weber**
**PO Box 334**
**Victor, MT 59875**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis L Ewert**
**28200 CR 16**
**Guthrie, MN 56461**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Lee Herring**
**1084 County Road 1600**
**Ravenna, TX 75476**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis P Petty**
**316 Adams Ave**
**Brownsville, PA 15417**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis S Daniels**
**1302 W. Linda Vista**
**Roswell, NM 88201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trent J Mattick**
**10000 Rolling Ridge Rd**
**Colorado Springs, CO 80925**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trent Pruett**
**136 Taylor Lane**
**Monroe, LA 71202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevor S McAvey**
**7265 W Saddlehorn Rd**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy B Peterson**
**776 Salt Creek Road**
**Ignacio, CO 81137**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy J. Parker**
**6235 Bayou Paul Rd**
**St. Gabriel, LA 70776**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy M. Wilharm**
**1911 North Tulley Road**
**Turlock, CA 95380**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy W Church**
**43147 Cimarron Rd**
**Carman, OK 73726**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trulane  D. Thompson**
**530 Canal St**
**Pinedale, WY 82941**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler B. Coleman**
**Rt 3 Box 3952**
**Checotah, OK 74426**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler D. Sifton**
**1210 Daisy Lane**
**East Lansing, MI 48823**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler G Hillsberg**
**375 N 2nd**
**Ralston, OK 74650**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler James Glynn**
**610 Alloo Gobi**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Lyle**
**5289 Us Highway 281**
**Russell, KS 67665**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler P Gledhill**
**318 37th Ave East**
**Superior, WI 54880**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler R. Johns**
**6172 Walker Rd.**
**Jonesboro, LA 71251**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**V. Matthew Castaneda**
**2021 County Road 7960**
**Moody, MO 65777**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valerie N Caillier**
1101 Callaway Drive Apt. 3404
Carlsbad, NM 88220

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vannean A Barnes**
RR 4 Box 6630
Eufaula, OK 74432

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vaughn R Causey**
2148 Hwy 425 N
Monticello, AR 71655

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Verna  S. Blevins**
PO Box 1
Bluejacket, OK 74333

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor A Menor**
36 Wilmot Ave
Norwich, CT 06360

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor H Anaya**
213 Santa Rita Dr
Odessa, TX 79763

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor M Martinez**
402 South Daniel
Tatum, NM 88267

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Victor Martinez**
**402 South Daniel**
**Tatum, NM 88267**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.187 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Victor N. Whittington**
**PO Box 151**
**Start, LA 71279**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.187 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Vienna J Snapp**
**PO Box 334**
**Victor, MT 59875**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.188 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Vince D. Willoughby**
**17819 Hwy HH**
**Neosho, MO 64850**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.188 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Vincent W Gatlin**
**222 CR 52812**
**Bay Springs, MS 39422**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.188 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Virgil Howell**
**4967 Herndon Dr.**
**Auburndale, FL 33823**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Virgil M. Howell**
**4967 Herndon Dr.**
**Auburndale, FL 33823**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.188 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Virginia I Bissey**
PO Box 194
Eunice, NM 88231-0194

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walter E. Syms**
509 Grizzly Lane
Enid, OK 73703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walter Salazar**
1205 Camino Oro
Farmington, NM 87401

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walter W Ryan**
9016 Calumet Ave
St John, IN 46373

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Warren Brown**
1446 Cody Ave.
Casper, WY 82604

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Warren D Jeter**
PO Box 6718
Katy, TX 77491

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Warren Edward Jr Penton**
64338 Penton St.
Pearl River, LA 70450

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | | |
| 1 | | |

**Nonpriority creditor's name and mailing address**

**Warren Randy Witherspoon**
**3604 W. Michigan Ave.**
**Midland, TX 79703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.189 | | |
| 2 | | |

**Nonpriority creditor's name and mailing address**

**Wayne C. Vaughn**
**PO Box 1821**
**Woodward, OK 73802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.189 | | |
| 3 | | |

**Nonpriority creditor's name and mailing address**

**Wayne L. Mather**
**#8 Road 5315**
**Bloomfield, NM 87413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.189 | | |
| 4 | | |

**Nonpriority creditor's name and mailing address**

**Wayne T McKenzie**
**4800 Davis Sawmill Rd**
**Lucedale, MS 39452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.189 | | |
| 5 | | |

**Nonpriority creditor's name and mailing address**

**Weldon Walker**
**7902 Clearmeadow Drive**
**Amarillo, TX 79119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.189 | | |
| 6 | | |

**Nonpriority creditor's name and mailing address**

**Wendy Brann**
**1055 Pine Street, #361**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,218.09**

---

| 3.189 | | |
| 7 | | |

**Nonpriority creditor's name and mailing address**

**Wendy Marie Brann**
**1055 Pine Street, #361**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wesley Paul Ward**
**31651 N 3960 Rd**
**Ramona, OK 74061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilburn Raymond Schultz**
**106 Church**
**Donaldson, AR 71941**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William  Cody Buxton**
**742 Joe Lorenz Road**
**Singer, LA 70660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William  Mike Tipton**
**605 E Hobson Rd**
**Roswell, NM 88203**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William  R Sawyer**
**1204 Hunt's Corner Rd**
**Albany Township, ME 04217**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William A King**
**8780 Underwood Mountain Rd**
**Tuscumbia, AL 35674**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William A Pierce**
**118 Newton Calhoun Rd**
**Newton, MS 39345**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William A Scott**
**415 Pueblo Road**
**Lake Arthur, NM 88253**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William A. Howard**
**PO Box 1456**
**Iowa, LA 70647**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William A. II Rock**
**136 Dixie Lane**
**Morganton, GA 30560**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William A. Smith**
**302 E County Road**
**Colony, KS 66015**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Barney Hendry**
**229 Country Club Rd. 29**
**Bay Springs, MS 39422**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Ben Smith**
**7600 E. 1800 North Road**
**Carlock, IL 61725**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Blake Harp**
**PO Box 1688**
**Tahlequah, OK 74465**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Brock Brown**
**PO Box 51522**
**Midland, TX 79710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.191 3 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**William Broderick Tyson**
**1765 Turning Leaf Trail**
**Haughton, LA 71037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 4 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**William Bryan Hendry**
**7069 Willowick Drive**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 5 | | | **$24,745.57** |

**Nonpriority creditor's name and mailing address**
**William Bryner**
**100 Victory Lane**
**Lemont Furnace, PA 15456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 6 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**William C A Boulden**
**PO Box 863**
**Artesia, NM 88211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 7 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**William C Fiegel**
**8405 146th Ave. SW**
**Bowman, ND 58623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 8 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**William C. Armstrong**
**2268 Garards Fort Rd.**
**Waynesburg, PA 15370**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.191 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William C. Cox**<br>**120 N 8th St**<br>**WaKeeny, KS 67672** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.192 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Chad Luker**<br>**PO Box 628**<br>**Athens, TX 75751** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.192 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William D Bryant**<br>**190 Shirley Dr.**<br>**Monticello, GA 31064** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.192 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William D Gilligan**<br>**2305 Garey Rd.**<br>**Junction City, OH 43748** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.192 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William D. Embree**<br>**3507 CR 311**<br>**Ignacio, CO 81137** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.192 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William David Jeoffroy**<br>**P.O. Box 2108**<br>**Anahuac, TX 77514** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.192 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William E Peveto**<br>**10951 Laureate Dr Apt 1419**<br>**San Antonio, TX 78249** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.192 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William E Tidmore**
PO Box 29
Valliant, OK 74764

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William E. Johnson**
3700 Harmony Rd
Helena, MT 59602

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William E. Wilson**
7870 County Road 15A
Wheeler, TX 79096

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Earl Ward**
125 Gibbs St. N
Prescott, WI 54021

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William F III Williams**
1434 Loflin Road
Winnsboro, LA 71295

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William G Snowden**
1115 Magnolia Ave
Tylertown, MS 39667

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Gary Moores**
515 Forest Ave
Eufala, OK 74432

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-11579-t11    Doc 56    Filed 08/30/18    Entered 08/30/18 15:35:55 Page 278 of 289

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

**William H Fawcett**
**10330 Roseway Blvd**
**North Huntington, PA 15642**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

**William H Jr Lozar**
**927 8 Mile Road**
**Pavillion, WY 82523**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

**William H Sanders**
**5202 W. Broadway**
**Muskogee, OK 74401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

**William Howard Forse**
**5007 E County Rd 60**
**Midland, TX 79705**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.193 7**

**Nonpriority creditor's name and mailing address**

**William Hunter Hays**
**61 Hays Drive**
**Rayville, LA 71269**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.193 8**

**Nonpriority creditor's name and mailing address**

**William J Anderson**
**PO Box 89**
**Bogue, KS 67625**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.193 9**

**Nonpriority creditor's name and mailing address**

**William J Barrow**
**503 Walker Road**
**Waycross, GA 31503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.194 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William J Cunningham**
210 Polk Rd. 41 North
Mena, AR 71953

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William J III Rein**
1020 Ski Hill Rd.
Two Harbors, MN 55616

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William J Lash**
323 Hillandale Ave
Belen, NM 87002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William J. Sperber**
380 Grand Ave.
Forestville, WI 54213

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William K. Lehman**
PO Box 101
Carrier, OK 73727

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William Kelly Richards**
902 Harrison St
Borger, TX 79007

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William L Brooks**
397 Circle Drive
Alexander City, AL 35010

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Stat.labor__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.194 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William L. Martinez**
**P O Box 176**
**Flora Vista, NM 87415**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William M Bryner**
**100 Victory Lane**
**Lemont Furnace, PA 15456**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William Mark Herring**
**1404 Southern Hills 217**
**West Plains, MO 65775**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William Marshall Lawrence**
**14411 Cherokee Landing**
**Malakoff, TX 75148**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William Martin Irvin**
**331 Ragland Rd**
**Monroe, LA 71202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William Morris Keith**
**103 CR 2860**
**Lubbock, TX 79403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**William O. Henderson**
**4604 FM 39**
**North Zulch, TX 77872**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Owen Inabinette**
40 Ruth Rd
Perkinston, MS 39573

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William P Bennet**
2201 E Bland
Roswell, NM 88201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William P Savell**
8606 Glenhaven Dr
Shreveport, LA 71106

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William R. Cronister**
PO Box 262
Cortez, CO 81321

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William R. Quinn**
3130 West 17th Place
Yuma, AZ 85364

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Scotty Lee**
Rt. 2 Box 20 Hutchins Rd
Olney, TX 76374

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,829.43 |
|---|---|---|---|

**William Sperber**
380 Grand Ave.
Forestville, WI 54213

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stat.labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William T Roberts** | ☐ Contingent | |
| **2724 Horse Haven Lane** | ☐ Unliquidated | |
| **College Station, TX 77845** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Troy Hall** | ☐ Contingent | |
| **37021 Florence Lane** | ☐ Unliquidated | |
| **Pearl River, LA 70452** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William W Loomis** | ☐ Contingent | |
| **101 Chrystal Lane** | ☐ Unliquidated | |
| **Durango, CO 81301** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Warner** | ☐ Contingent | |
| **PO Box 2045** | ☐ Unliquidated | |
| **Port Barre, LA 70577** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Willie D Campbell** | ☐ Contingent | |
| **36550 Dawson Street** | ☐ Unliquidated | |
| **Fremont, CA 94536** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Willie G Hanson** | ☐ Contingent | |
| **2203 E. Missabe St.** | ☐ Unliquidated | |
| **Superior, WI 54880** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Willie S Shelton** | ☐ Contingent | |
| **4016 Beckland Dr** | ☐ Unliquidated | |
| **Farmington, NM 87402** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Stat.labor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wyman Blake Hendry**
43 CR 1531
Louin, MS 39338

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.196 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zach R Henson**
405 E D Street
Clover, OR 97734

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.197 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary A Fidler**
1114 Emily Lane
Ada, OK 74820

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.197 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary A. Nunez**
101 Plume Poppy Ct.
Ladson, SC 29456

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.197 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zebariah M Steele**
34 Rd 3522
Flora Vista, NM 87415

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.197 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zinn P Bennett**
429 Jefferson St
Klamath Falls, OR 97601

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stat.labor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 135,475.12 |
| **5b. Total claims from Part 2** | 5b. + $ | 267,544.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 403,019.34 |

| Type of Debt | Creditor's Name and Mailing Address | Date Incurred | Account Number | Amount of Debt | Is Debt Disputed? | Is Anyone Else Liable on this Claim? |
|---|---|---|---|---|---|---|
| Unpaid rent | 805 Partners<br>805 N. Richardson Ave.<br>Roswell, NM 88201 | 06/08/18 | None | 8,500.00 | No | No |
| Unpaid taxes | New Mexico Dept. of Taxation & Revenue<br>1100 South St. Francis Drive<br>Santa Fe, NM 87504 | 06/01/18 | 03049804000 | 45,751.03 | No | No |
| Unpaid taxes | New Mexico Dept. of Taxation & Revenue<br>1100 South St. Francis Drive<br>Santa Fe, NM 87504 | 06/22/18 | 03049804000 | 34,615.49 | No | No |
| Unpaid taxes | EFTPS-Internal Revenue Service<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005 | 06/22/18 | 20-3125709 | 162,508.20 | No | No |
| Unpaid taxes | EFTPS-Internal Revenue Service<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005 | 06/22/18 | 20-3125709 | 1,613.38 | No | No |
| Unpaid taxes | Arizona Department of Revenue<br>P.O. Box 29009<br>Phoenix, AZ 85038 | 06/22/18 | 203125709 | 491.44 | No | No |
| Unpaid taxes | Southern Ute Indian Tribe<br>Tero Tax Division<br>P. O. Box 737<br>Ignacio, CO 81137 | 06/22/18 | None | 980.09 | No | No |
| Unpaid taxes | South Dakota Department of Revenue | | | 4,120.68 | No | No |
| Unpaid taxes | California Employment Dev. Dept.<br>Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0651 | 06/22/18 | 287-3611-4 | 4,413.13 | No | No |
| Unpaid taxes | Colorado Department of Revenue<br>Denver, CO 80261 | 06/22/18 | 28-64242-0000 | 349.20 | No | No |
| Unpaid taxes | Montana Department of Revenue<br>PO Box 8021<br>Helena, MT 59604-8021 | 06/22/18 | 5872926-002-WTH | 1,171.00 | No | No |
| Unpaid taxes | Oregon Department of Revenue<br>PO BOX 14260<br>Salem, OR 97309-5060 | 06/22/18 | 1539939-2 | 887.00 | No | No |
| Unpaid taxes | Pennsylvania Department of Revenue<br>PO BOX 280901<br>HARRISBURG, PA 17128-0901 | 06/22/18 | 94-392-908 | 774.65 | No | No |
| Unpaid taxes | State of California<br>P.O. Box 826276<br>Sacramento, CA 94230-6276 | 06/22/18 | 287-3611-4 | 2,234.48 | No | No |
| Unpaid taxes | Colorado State Treasurer<br>P.O. Box 46545<br>Denver, CO 80201-6545 | 06/22/18 | 733248.00-9 | 131.53 | No | No |
| Unpaid taxes | Idaho Department of Labor<br>317 W. Main Street<br>Boise, ID 83735-0610 | 06/22/18 | 0002827620 | 200.97 | No | No |
| Unpaid taxes | Kansas Dept. of Labor<br>P. O. Box 400<br>Topeka, KS 66601-0400 | 06/22/18 | 036-203125709-F01 | 15.58 | No | No |
| Unpaid taxes | Kentucky Office of Employment & Training | 06/22/18 | 000339305 | 341.04 | No | No |
| Unpaid taxes | U.I. Tax Liability and Adjudication<br>P.O. Box 94186<br>Baton Rouge, LA 70804-9186 | 06/22/18 | 592162-6 | 570.91 | No | No |
| Unpaid taxes | Massachusetts Labor & Workforce<br>19 Stanford St.<br>Boston, MA 02114 | 06/22/18 | 10042710 | 1,983.00 | No | No |
| Unpaid taxes | Job Services North Dakota<br>P.O. Box 5507<br>Bismarck, ND 58506-5507 | 06/22/18 | 1126237 | 5,420.62 | No | No |

Attachment to Part 1
2.1 - 2.6

| | | | | | | |
|---|---|---|---|---|---|---|
| Unpaid taxes | NM Department of Workforce Solutions<br>P. O. Box 2281<br>Albuquerque, NM 87103-2281 | 06/22/18 | | 8,130.53 | No | No |
| Unpaid taxes | NYS Unemployment Insurance<br>PO Box 4301<br>Binghamton, NY 13902-4301 | 06/22/18 | 48-72508 8 | 476.88 | No | No |
| Unpaid taxes | Ohio Dept. of Job & Family Services<br>209 W Fourth St<br>Lorain, OH 44052 | 06/22/18 | 1550862-00-5 | 9,960.89 | No | No |
| Unpaid taxes | Oklahoma Employment Security<br>PO Box 52004<br>Oklahoma City, OK 73152-2004 | 06/22/18 | 14778075 | 143.00 | No | No |
| Unpaid taxes | Office of UC Tax Services<br>P.O. Box 60848<br>Harrisburg, PA 17106-0848 | 06/22/18 | 82-25643 1 | 4,939.26 | No | No |
| Unpaid taxes | Tennessee Department of Labor<br>P.O. Box 101<br>Nashville, TN 37202-0101 | 06/22/18 | 0743-669 2 | 547.70 | No | No |
| Unpaid taxes | Texas Workforce Commission<br>PO Box 149037<br>Austin, TX 78714-9037 | 06/22/18 | | 10,353.91 | No | No |
| Unpaid taxes | Utah Department Workforce Services<br>140 East 300 South<br>PO Box 45233<br>Salt Lake City, UT 84145-0233 | 06/22/18 | C 3-444106-0 | 5,100.48 | No | No |
| Unpaid taxes | Employment Security Department<br>PO Box 34467<br>Seattle, WA 98124-1467 | 06/22/18 | | 60.40 | No | No |
| Unpaid taxes | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT, 84134 | 06/22/18 | 13058553-003-WTH | 822.19 | No | No |
| Unpaid taxes | Alabama Department of Revenue | 06/22/18 | WTH-R008266485 | 445.14 | No | No |
| Unpaid taxes | Indiana Department of Revenue<br>P.O. Box 7221<br>Indianapolis, IN 46207-7221 | 06/22/18 | 0137193580-001 | 334.94 | No | No |
| Unpaid taxes | Kansas Dept. of Revenue<br>Division of Taxation<br>915 SW Harrison St.<br>Topeka, KS 6625-2007 | 06/22/18 | 036-203125709-F01 | 274.00 | No | No |
| Unpaid taxes | Kentucky State Treasurer | 06/22/18 | 000339305 | 386.00 | No | No |
| Unpaid taxes | Louisiana Dept. of Revenue<br>P.O. Box 91017<br>Baton Rouge, LA 70821-9017 | 06/22/18 | 4944682001 | 7,540.54 | No | No |
| Unpaid taxes | Massachusetts Department of Revenue<br>PO Box 7000<br>Boston, MA 02204 | 06/22/18 | 203125709 | 2,133.93 | No | No |
| Unpaid taxes | Missouri Department of Revenue<br>301 W High St # 330<br>Jefferson City, MO 65101 | 06/22/18 | 21603596 | 2,078.00 | No | No |
| Unpaid taxes | Mississippi State Tax Commission<br>Witholding Tax<br>P.O. Box 23075<br>Jackson, MS 39225-3075 | 06/22/18 | 1144-4491 | 7,554.00 | No | No |
| Unpaid taxes | ND Office of State Tax Commissioner<br>600 E. Boulevard Ave., Dept. 127<br>Bismarck, ND 58505-0550 | 06/22/18 | 203125709 01 | 6,159.00 | No | No |
| Unpaid taxes | Ohio Dept. of Job & Family Services<br>209 W Fourth St<br>Lorain, OH 44052 | 06/22/18 | 53040105 | 8,473.69 | No | No |
| Unpaid taxes | Oklahoma Tax Commission<br>2501 N Lincoln Blvd<br>Oklahoma City, OK 73194 | 06/22/18 | WTH1011469602 | 4,425.00 | No | No |
| Unpaid taxes | Rhode Island Department of Revenue | 06/22/18 | 20312570900 | 375.69 | No | No |
| Unpaid taxes | Wisconsin Department of Revenue<br>Central Collection Section<br>P.O. Box 8960<br>Madison, WI 53708-8960 | 06/22/18 | 036-1026606009-04 | 978.65 | No | No |

|  | Other: | | | | | |
|---|---|---|---|---|---|---|
| Employee garnishment | HAB-DLT (ER) Berkheimer P.O. Box 21690 Lehigh Valley, PA 18002-1690 | 06/01/18 | 6722540 | 100.98 | No | No |
| Employee garnishment | Oregon Department of Revenue P.O. Box 14725 Salem, OR 97309-5018 | 06/01/18 | 544255130 | 500.00 | No | No |
| Unpaid insurance | Liberty Mutual Insurance P.O. Box 85307 San Diego, CA 92186-5307 | 06/02/18 | 4-444371-5200 | 5,697.57 | No | No |
| Employee garnishment | US Treasury Internal Revenue Service 1205 Texas Avenue, Room 609 Lubbock, TX 79401-4037 | 06/08/18 | 465909116 | 1,100.00 | No | No |
| Employee garnishment | HAB-DLT (ER) Berkheimer P.O. Box 21690 Lehigh Valley, PA 18002-1690 | 06/15/18 | 6722540 | 311.34 | No | No |
| Employee garnishment | Oregon Department of Revenue P.O. Box 14725 Salem, OR 97309-5018 | 06/15/18 | 544255130 | 500.00 | No | No |
| Unpaid insurance | Excelsior Companies / Lifelock P.O. Box 13930 Scottsdale, AZ 85267-3930 | 06/15/18 | 8950429 | 157.36 | No | No |
| Employee garnishment | US Treasury Internal Revenue Service 1205 Texas Avenue, Room 609 Lubbock, TX 79401-4037 | 06/21/18 | 465909116 | 1,100.00 | No | No |
| Employee garnishment | Expert Pay | 06/22/18 | None | 866.19 | No | No |
| Unpaid 401(k) | American United Life Insurance Company Attn: ACCT/Control 3761 Reliable Parkway Chicago, IL 60686-0054 | 06/22/18 | G38162 | 17,183.56 | No | No |
| Unpaid insurance | United Healthcare Insurance Company 22561 Network Place Chicago, IL 60673-1225 | 06/22/18 | 303800 | 5,616.77 | No | No |
| Unpaid insurance | New Benefits, Ltd. P.O. Box 803475 Dallas, TX 75380 | 06/22/18 | HUB1006A | 166.98 | No | No |
| Unpaid insurance | United Healthcare Specialty Benefits P.O. Box 860511 Minneapolis, MN 55486-0511 | 06/25/18 | 303800 | 3,567.82 | No | No |
| Unpaid loan interest | Valley Bank of Commerce 217 W. 2nd St. Roswell, NM 88201 | 06/22/18 | 203125709 | 647.26 | No | No |
| Unpaid loan interest | Inspection Leasing, Inc. 805 N. Richardson Ave. Roswell, NM 88201 | 06/22/18 | None | 7,765.47 | No | No |

## Unsworn Declaration Under Penalty of Perjury for Amended Schedule(s)

I declare under penalty of perjury that the information provided in the foregoing amended schedule(s) listed here:
**Schedule F**

is true and correct.

_____
Debtor signature
Name(print):   **Frank Sturges**
Date:   **August 29, 2018**

_____
Joint debtor
Name(print):
Date:   **August 29, 2018**

*******************************************************************************

**Federal Rule of Bankruptcy Procedure 1008**

**Verification of Petitions and Accompanying Papers**  All petitions, lists, schedules, statements and amendments thereto shall be verified or contain an unsworn declaration as provided in 28 U.S.C. §1746.

**28 U.S.C. § 1746**

**Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".