UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:
MBF INSPECTION SERVICES, INC.,

    Debtor(s).                          No. 18-11579-t11

## APPOINTMENT OF A COMMITTEE OF
## UNSECURED CREDITORS IN A CHAPTER 11 CASE

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed to the committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a)(1):

Thomas Ganci
c/o Nichols Kaster, PLLP
4600 IDS Center
80 South Eight Street
Minneapolis MN 55402
(612) 256-3200
abaggio@nka.com

Gary Brooks
c/o Nichols Kaster, PLLP
4600 IDS Center
80 South Eight Street
Minneapolis MN 55402
(612) 256-3200
abaggio@nka.com

Richard Gill
c/o Nichols Kaster, PLLP
4600 IDS Center
80 South Eight Street
Minneapolis MN 55402
(612) 256-3200
abaggio@nka.com

Respectfully Submitted,    ILENE J. LASHINSKY
United States Trustee

/s/ Filed electronically September 5, 2018
LEONARD MARTINEZ-METZGAR
Trial Attorney
P. O. Box 608
Albuquerque, NM 87103
(505) 248-6548
(505) 248-6558 (fax)
Leonard.martinez-metzgar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was filed electronically on the September 5, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following parties. Parties may access this filing through the Court's system. I additionally certify that I provided a copy of this document to the parties listed above on September 5, 2018

Filed electronically September 5, 2018
Leonard Martinez-Metzgar
Trial Attorney

**Jennie D. Behles, Esquire**
**Attorney for Debtor In Possession**
PO Box 7070
Albuquerque NM 87194

**MBF Inspection Services, Inc.**
805 N. Richardson
P.O. Box 2428
Roswell, NM 88201

**James A. Roggow**
**Attorney for Bank of the Southwest**
Roggow Law LLC
205 W Boutz Road, Bldg 2, Suite C
Las Cruces NM 88005-3259
Email:   jaroggow@qwwestoffice.net

**Louis Puccini, Jr.**
**Robert D. Gorman, P.A.**
Attorney for Inspection Leasing, Inc.
PO Box 25164
Albuquerque NM 87125-0164
Email:   louis@rdgormanlaw.com

**Richard E Olson**
**Hinkle Shanor LLP**
Special Counsel for Debtor
P.O. Box 10
Roswell, NM 88202
(575) 622-6510
Fax : (575) 623-9332
Email: rolson@hinklelawfirm.com

**Joseph Gerling**
**Lane Alton Attorney's at Law**
Special Counsel for Debtor
Two Miranova Place Suite 220
Columbus, OH 43215

**Eric Bravo**
**Lane Alton Attorney's at Law**
Special Counsel for Debtor
Two Miranova Place Suite 220
Columbus, OH 43215

*/s/ Leonard Martinez-Metzgar*
LEONARD MARTINEZ-Metzgar