UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:

MBF Inspection Services, Inc.,     No. 18-11579-11
       Debtor.                          Chapter 11

**STATEMENT OF THOMAS GANCI PURSUANT TO RULE 2019 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Thomas Ganci hereby submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully states as follows:

1. Thomas Ganci ("Ganci") has been appointed to a committee of unsecured creditors pursuant to 11 U.S.C. § 1102. The Committee was formed on September 7, 2018.

2. Ganci's current address is 1074 Stone Hollow, New Braunfels, Texas, 78130.

3. Ganci was an employee of Debtor MBF Inspection Services, Inc. from approximately July 7, 2015 through October 14, 2015.

4. Reserving all rights, Ganci has unsecured claims against the Debtor in the approximate amount of $15,558.74 for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and Ohio Minimum Fair Wage Standards Act, O.R.C. §§ 4111, *et seq.*, plus attorneys' fees and costs.

5. Ganci's claim accrued during the course of his employment with Debtor (which ended in approximately October 14, 2015) and is therefore a pre-petition claim.

### Verification

I hereby certify that, based on inquiry, the foregoing facts and statements are true and correct, to the best of my knowledge, information, and belief. I reserve the right to revise and supplement this statement.

Respectfully submitted,

Date: 10/19/2018

s/ Thomas Ganci
Thomas Ganci

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was filed electronically on October 23, 2018 pursuant to the service requirements of the ECF/CM for the United States Bankruptcy Court for the District of New Mexico, which will notify all counsel of record.

                                          s/ Daniel H. Reiss
                                          Daniel H. Reiss