UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:

MBF Inspection Services, Inc.,     No. 18-11579-11
Debtor.     Chapter 11

**STATEMENT OF GARY BROOKS PURSUANT TO RULE 2019 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Gary Brooks hereby submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully states as follows:

1. Gary Brooks ("Brooks") has been appointed to a committee of unsecured creditors pursuant to 11 U.S.C. § 1102. The Committee was formed on September 7, 2018.

2. Brooks' current address is 2848 Cochran Loop McAlester, OK 74501.

3. Brooks was an employee of Debtor MBF Inspection Services, Inc. from approximately April 2014 through December 2015.

4. Reserving all rights, Brooks has unsecured claims against the Debtor in the approximate amount of $152,864.49 for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and Ohio Minimum Fair Wage Standards Act, O.R.C. §§ 4111, *et seq.*, plus attorneys' fees and costs.

5. Brooks' claim accrued during the course of his employment with Debtor (which ended in approximately December 2015) and is therefore a pre-petition claim.

**Verification**

I hereby certify that, based on inquiry, the foregoing facts and statements are true and correct, to the best of my knowledge, information, and belief. I reserve the right to revise and supplement this statement.

Respectfully submitted,

Date: 10/21/2018         s/ *Gary Brooks*
                         Gary Brooks

# Signature Certificate

 **Document Reference:** `2J6EE9IHVKB5D7WVK7EE88`





**Gary Brooks**
Party ID: EE7IGEIRPLYZIFADA85H5Y
IP Address: 174.236.2.61

**VERIFIED EMAIL:** qcgary88@live.com

Electronic Signature:



Multi-Factor
**Digital Fingerprint Checksum** `fe695df604d664d17a9b0e64e8ad97953dd22c4f`

| Timestamp | Audit |
|---|---|
| 2018-10-21 09:12:10 -0700 | All parties have signed document. Signed copies sent to: Gary Brooks and Jacob Skold. |
| 2018-10-21 09:12:10 -0700 | Document signed by Gary Brooks (qcgary88@live.com) with drawn signature. - 174.236.2.61 |
| 2018-10-21 09:08:40 -0700 | Document viewed by Gary Brooks (qcgary88@live.com). - 174.236.2.61 |
| 2018-10-19 06:46:07 -0700 | Document created by Jacob Skold (jskold@nka.com). - 207.250.239.174 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was filed electronically on October 23, 2018 pursuant to the service requirements of the ECF/CM for the United States Bankruptcy Court for the District of New Mexico, which will notify all counsel of record.

s/ Daniel H. Reiss
Daniel H. Reiss