UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:

MBF Inspection Services, Inc.,  No. 18-11579-11
Debtor.  Chapter 11

**STATEMENT OF RICHARD GILL PURSUANT TO RULE 2019 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Richard Gill hereby submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully states as follows:

1. Richard Gill ("Gill") has been appointed to a committee of unsecured creditors pursuant to 11 U.S.C. § 1102. The Committee was formed on September 7, 2018.

2. Gill's current address is 7250 38th St NW Lot 64 Parshall, ND 58770.

3. Gill was an employee of Debtor MBF Inspection Services, Inc. from approximately May 2013 through April 2016.

4. Reserving all rights, Gill has unsecured claims against the Debtor in the approximate amount of $282,490.29 for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and Ohio Minimum Fair Wage Standards Act, O.R.C. §§ 4111, *et seq.*, plus attorneys' fees and costs.

5. Gill's claim accrued during the course of his employment with Debtor (which ended in approximately April 2016) and is therefore a pre-petition claim.

**Verification**

I hereby certify that, based on inquiry, the foregoing facts and statements are true and correct, to the best of my knowledge, information, and belief. I reserve the right to revise and supplement this statement.

Respectfully submitted,

Date: 10/22/18

s/
Richard Gill

# Signature Certificate

 **Document Reference:** ASYLUKJBE24ZJUSS4VSWHP





**Richard Gill**
Party ID: VF3E9NIKDLETJ2S4GYYK32
IP Address: 174.219.129.205
**VERIFIED EMAIL:** rrgill9155@hotmail.com

Electronic Signature:



Multi-Factor
**Digital Fingerprint Checksum**    `da31a0a688b64da36bc3a574e74d513fd590d711`

| Timestamp | Audit |
|---|---|
| 2018-10-22 12:22:24 -0700 | All parties have signed document. Signed copies sent to: Richard Gill and Jacob Skold. |
| 2018-10-22 12:22:24 -0700 | Document signed by Richard Gill (rrgill9155@hotmail.com) with drawn signature. - 174.219.129.205 |
| 2018-10-22 12:20:10 -0700 | Document viewed by Richard Gill (rrgill9155@hotmail.com). - 174.219.129.205 |
| 2018-10-22 10:16:46 -0700 | Document created by Jacob Skold (jskold@nka.com). - 207.250.239.174 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was filed electronically on October 23, 2018 pursuant to the service requirements of the ECF/CM for the United States Bankruptcy Court for the District of New Mexico, which will notify all counsel of record.

                                              s/ Daniel H. Reiss
                                              Daniel H. Reiss