UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

MBF INSPECTION SERVICES, INC.              Case No. 18-11579-11

    Debtor(s).

# DECLARATION OF DANIEL H. REISS IN SUPPORT OF
# LIMITED OPPOSITION BY THE OFFICIAL COMMITTEE OF UNSECURED
# CREDITORS TO DEBTOR'S MOTION TO EXTEND THE EXCLUSIVE PERIOD IN
# WHICH THE DEBTOR HAS TO FILE A CHAPTER 11 PLAN

I, Daniel H. Reiss, hereby declare as follows:

1. Except where otherwise indicated, the statements made herein are of my own personal knowledge and review of the record in this case, and if called upon to testify, I could and would competently testify to their truth.

2. I am a partner in the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P., proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 bankruptcy case. I am admitted to practice in all state and federal Courts in California and in the District of Columbia. I was admitted *pro hac vice* to appear before this Court by order entered September 25, 2018 [Dkt. No. 77].

3. I make this declaration in support of the concurrently filed Limited Opposition by the Official Committee of Unsecured Creditors to Debtor's Motion to Extend the Exclusive Period in Which the Debtor has to File a Chapter 11 Plan

4. The Committee was formed by the United States Trustee on September 5, 2018.

5. Neither I nor any other representative of the Committee nor, to my knowledge, any of its constituent members have been contacted by the Debtor or its counsel to discuss potential terms of a chapter 11 reorganization in this bankruptcy case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of November, 2018 at Los Angeles, California.

_/s/ David_ _____

.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was filed electronically on October 4, 2018 pursuant to the service requirements of the ECF/CM for the United States Bankruptcy Court for the District of New Mexico, which will notify all counsel of record.

                                            s/ Daniel H. Reiss
                                            Daniel H. Reiss