UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
    **MBF Inspection Services, Inc.**

    **Debtor.**

No. 18-11579-11
Chapter 11

### ERRATA NOTICE RE: RESPONSE IN REGARD TO MEMORANDUM OPINION OF THIS COURT ON STAY MOTION/WAIVER

**COMES NOW** the Debtor by and through its counsel Jennie D. Behles of B.L.F. LLC and hereby notifies the court of a clerical error in the Response In Regard To Memorandum Opinion Of This Court On Stay Motion/Waiver.

The last sentence of paragraph 5 should read as follows:

To the extent that any specific concession or waiver may be considered ineffective, this general waiver applies as a cure.

Respectfully submitted,

B.L.F., LLC

By: s/ Jennie D. Behles
Jennie Deden Behles
P.O. Box 7070
Albuquerque, NM 87194-7070
(505) 242-7004, (505) 242-7066 fax

1

# CERTIFICATE OF SERVICE

I certify that I sent a true and correct copy of the foregoing to the parties listed below on December 21, 2018 through the Court's electronic noticing system, the CM/ECF SYSTEM.

Leonard Martinez-Metzgar
United States Trustee
P.O. Box 608
Albuquerque, NM 87103
Email: leonard.martinez-metzgarusdoj.gov

Daniel Harris Reiss
Levene Neale. et al LLP
10250 Constellation Blvd #1700
Los Angeles, CA 90067
Phone Number: (310) 229-1234
Fax Number: (310) 229-1244
Email: dhr@lnbyb.com

Matthew C. Helland
NICHOLS KASTER, PLLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: 415-277-7235
Facsimile: 415-277-7238
Email: helland@nka.com

Louis Puccini Jr.
Robert D. Gorman P.A.
P.O. Box 25164
Albuquerque, NM 87125-0164
Email:  louis@rdgormanlaw.com


By:     *s/ filed electronically*
        Jennie Deden Behles

3